**<u>Exhibit F</u>**

**Liquidation Analysis**

**(TO BE FILED)**