Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
John N. Schwartz (SBT 00797397)
Liz Boydston (SBT 24053684)
Timothy S. Springer (SBT 24088460)
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

PROPOSED ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ADPT DFW HOLDINGS LLC, *et al.*,[1] | § § | Case No. 17-31432 |
| Debtors. | § § § | Jointly Administered under Case No. 17-31432 |

## DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a), 328 AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

I, LOUIS R. STRUBECK, JR., do hereby declare as follows:

1.     I am over twenty-one (21) years of age, of sound mind, and capable of making this

Declaration.

2.     I am a partner at the law firm of Norton Rose Fulbright US LLP ("NRFUS" or the

"Firm"), and am duly authorized to make this declaration (the "Declaration")[2] on behalf of

---

[1]  The Debtors include all of the affiliated entities that are listed on the Appendix, attached hereto.

[2]  Terms not otherwise defined herein maintain the definitions previously described to them in the Application.

DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 1
28242805.1

NRFUS. I am an attorney admitted to practice law in the courts of the State of Texas and before the

U.S. Bankruptcy Court for the Northern District of Texas.

3.       I make this Declaration in support of *the Application for Entry of an Order*

*Pursuant to 11 U.S.C. §§ 327(a), 328 and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and*

*Bankruptcy Local Rule 2014-1 Authorizing Retention and Employment of Norton Rose Fulbright*

*US LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* (the "Application").

4.       Except as otherwise set forth herein, all facts set forth in this Declaration are based

upon my personal knowledge or derived from information available to me which I believe to be true

and correct. I will supplement this Declaration if pertinent additional information becomes available to

me concerning any relationship between NRFUS and the creditors of, or interest holders in, the

Debtors.

## General Statement

5.       Insofar as I have been able to ascertain after due diligence, neither I, NRFUS, nor

any partner, associate, or counsel of NRFUS represent any party in interest or any other entity

other than the Debtors in connection with these chapter 11 cases. Thus, NRFUS is a

"disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as

modified by section 1107(b) of the Bankruptcy Code. NRFUS's due diligence has revealed that

NRFUS:

(a)       neither holds nor represents any interest adverse to the Debtors' estates or
fails to be a disinterested person so as to render NRFUS ineligible to serve
as counsel for the Debtors under section 327(a) of the Bankruptcy Code;

(b)       is not a creditor, equity security holder, or insider of any of the Debtors
and does not currently represent any entity (or its attorneys or accountants)
other than the Debtors in connection with the Debtors' chapter 11 cases;

(c)       is not, and was not, within two (2) years prior to the Petition Date, a
director, officer, or employee of any of the Debtors;

**DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY
LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS
COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 2**
28242805.1

(d)    does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders of the Debtors by reason of any direct or indirect relationship to, connection with, or interest in, any of the Debtors, or for any other reason; and

(e)    has no connections with the Debtors or their creditors, equity interest holders, or any party in interest herein; with the respective attorneys or accountants of the foregoing; or with the United States Trustee or any person employed in the Office of the United States Trustee, except as set forth herein.

6.    Although NRFUS has, in connection with unrelated matters, certain relationships with other parties in interest and other professionals involved in these chapter 11 cases, NRFUS has not represented any other party in connection with matters relating to the Debtors or the Debtors' estates in these Chapter 11 cases.

### Search and Disclosure Procedures

7.    With respect to NRFUS's representation of the Debtors, I utilized NRFUS's master client database and conflicts database system to assess potential conflicts (the "Conflicts Check").

8.    NRFUS's master client database contains the names of entities for which NRFUS has provided services or has otherwise billed for services for approximately the past seven years, and three years for other members of the Norton Rose Fulbright Verein (the "Client Database"). In conjunction with the Client Database, NRFUS maintains a computer software system that enables a user to input the name of an entity and search the Client Database for any related entities that NRFUS currently represents or has represented in the past (the "Conflict Search System").

9.    With respect to the Conflicts Check, I performed, or caused to be performed, the following actions to identify potential conflicts:

**DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 3**
28242805.1

(a)     Through consultations between the senior management of the Debtors and NRFUS attorneys who have provided services to the Debtors, developed a comprehensive list consisting of the entities that may have contacts with the Debtors (the "Known Contacts List").

(b)     After reviewing the Debtors' documents and files and through discussions with the Debtors, used the Known Contacts List to compile a list of the names of any entities that may be parties in interest in the Debtors' chapter 11 cases ("Potential Parties in Interest"). A list of the Potential Parties in Interest is attached hereto as **Exhibit A**, and includes:

(i)     known prepetition and post-petition secured lenders and lienholders;

(ii)    the Debtors (including DBAs) and the Debtors' affiliates;

(iii)   the Debtors' joint venture partners;

(iv)    the Debtors' landlords;

(v)     the United States Trustees for the Northern District of Texas;

(vi)    the Debtors' restructuring and ordinary course professionals;

(vii)   the Debtors' letter of credit beneficiaries;

(viii)  the Debtor's third party administrators;

(ix)    current and former directors and officers of the Debtors for the past two (2) years;

(x)     the Debtors' major contract counterparties;

(xi)    parties to current litigation involving the Debtors;

(xii)   the Debtors' utility providers;

(xiii)  the Debtors' banks;

(xiv)   the Debtors' general unsecured creditors;

(xv)    the Debtors' insurance providers;

(xvi)   the Debtors' Taxing Authorities and Other Relevant Government Entities; and

(xvii)  the holders of over 5% of the Debtors' equity interests.

(c)     Entered the names of each of the Potential Parties in Interest into the Conflict Search System to pull information on NRFUS's relationship with entities in the Client Database that are or may be related to the Potential Parties in Interest (the "Conflict Search Results").[3]

---

[3] The Conflict Search Results list was compiled after reviewing the results generated for all Potential Parties in

DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 4
28242805.1

(d)     Reviewed the Conflict Search Results to delete obvious name coincidences and to delete those entities that were adverse to NRFUS's clients in the matter.

(e)     Using information in the Client Database concerning entities on the Conflict Search Results, verified that NRFUS does not represent and has not represented any entity on the Conflict Search Results in connection with the Debtors or these chapter 11 cases, except as disclosed herein.

(f)     In addition to utilizing the Conflict Search System, a general inquiry was sent to all NRFUS attorneys by electronic mail to determine whether any NRFUS attorney has any personal or professional connection to any name on the Potential Parties in Interest list.

<u>**Summary of Conflicts Analysis**</u>

10.     The Conflict Search Results revealed that various attorneys at NRFUS may now or hereafter counsel or represent, or may have previously counseled or represented, certain creditors of the Debtors or other Potential Parties in Interest. Accordingly, NRFUS attorneys divided the entities listed on the Conflict Search Results into two categories: (a) Potential Parties in Interest that are currently represented by NRFUS in another unrelated matter ("<u>Current Clients</u>"); and (b) Potential Parties in Interest that have been represented in the past by NRFUS in another unrelated matter ("<u>Former Clients</u>"). A list of the Current Clients and Former Clients are attached to this Declaration as **Exhibits B and C**, respectively, and are fully incorporated herein for all purposes. Although NRFUS has been, and currently is, adverse to various parties-in-interest in unrelated matters, no such connections are disclosed herein; only connections to current and former NRFUS clients are disclosed herein.

---

Interest in NRF's conflicts database. NRFUS, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Out of an abundance of caution and for purposes of full disclosure, certain of the current clients identified herein, and/or affiliates/potential affiliates thereof which are included herein as well, may include those of other member firms.

11.     NRFUS has reviewed each of the client connections listed on the attached **Exhibits B and C**. As a result of NRFUS's review, and as more fully described below, I have determined that NRFUS does not hold or represent an interest that is adverse to the Debtors' estates. To assure that no attorney at NRFUS will inadvertently commence representation of any creditor or other party adverse to the Debtors or their estates, the Conflict Search System has now been programmed with a "block" to require that no such representation or relationship may commence without first obtaining specific clearance; accordingly, no such clearance shall be given during NRFUS's representation of the Debtors in these chapter 11 cases.

12.     To the best of my knowledge, of the entities listed as Potential Parties in Interest, none has represented more than 1 percent (1%) of NRFUS's annual gross revenue over the past twelve (12) months.

## The Debtors

13.     NRFUS has rendered, among other services, refinancing and restructuring related legal services to the Debtors since February 7, 2017. Since that time, NRFUS has advised the Debtors concerning their affairs, debt obligations, and restructuring alternatives. NRFUS also has performed services necessary to enable the Debtors to file for protection under chapter 11.

14.     On October 27, 2016, the Oklahoma Law Enforcement Retirement System filed a federal securities class action against Adeptus Health Inc., Thomas S. Hall, Timothy L. Fielding, Richard Covert, Daniel W. Rosenberg, Gregory W. Scott, Ronald L. Taylor, Jeffery S. Vender, Steven V. Napolitano, Stephen M. Mengert, Sterling Partners, Goldman, Sachs & Co., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (the "OLERS Lawsuit"). The OLERS Lawsuit is currently pending in the United States District Court for the Eastern District of Texas,

**DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 6**
28242805.1

Tyler Division as Case No. 6:16-cv-01243-RWS. NRFUS represents Sterling Partners in the OLERS Lawsuit.

15.     On or about October 27, 2016, NRFUS was retained by VST Holdings 1-18, LLC ("VST") to assist VST and certain entities controlled by VST (CJC 18-2 LLC, CCMR 18 LLC, MTL Jamie LLC, MTL Jennifer LLC, RLC Jenna 18 LLC and RLC Justin 18 LLC) in the acquisition of real property in Dallas that is leased to the Debtors. NRFUS's work on the matter concluded on or about November 15, 2016.

### Current Clients

16.     The Conflicts Search System results have revealed that NRFUS currently represents certain creditors or other Potential Parties in Interest in matters unrelated to the Debtors' chapter 11 cases. A list of creditors or other Potential Parties in Interest that NRFUS currently represents in matters unrelated to these chapter 11 cases is attached hereto as **Exhibit B**.

17.     NRFUS's representation of the Current Clients will not affect its representation of the Debtors in these chapter 11 cases, as NRFUS does not and will not represent any of the Current Clients in matters related to the Debtors.

18.     NRFUS will not represent the Debtors in an adversary proceeding or other litigation against any Current Client of NRFUS without obtaining appropriate waivers where necessary or appropriate. In addition, NRFUS will not represent any client in any matter involving the Debtors or these chapter 11 cases while retained as the Debtors' counsel in these chapter 11 cases. NRFUS will notify the United States Trustee of any waivers it receives during the pendency of the Debtors' bankruptcy cases. If any matters arise with respect to which

**DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS,** *NUNC PRO TUNC* **TO THE PETITION DATE – Page 7**
28242805.1

NRFUS cannot obtain a necessary waiver, special counsel will be retained to represent the interests of the Debtors.

## Former Clients

19.    NRFUS has determined that it has formerly represented certain Former Clients that are listed as Potential Parties in Interest. A list of these Former Clients is attached hereto as **Exhibit C**. Each of NRFUS's representations with the Former Clients was in connection with a matter unrelated to the Debtors or their chapter 11 cases.

## Other Connections to Parties in Interest

20.    Numerous attorneys at NRFUS have personal banking relationships with parties on **Exhibit A**. NRFUS does not believe that these connections pose a conflict of interest in this matter.

21.    In addition, NRFUS represents a number of law firms as clients in litigation. Accordingly, it is possible that any party in interest to the Debtors' bankruptcy cases may be represented or counseled by one or more of such client law firms, either in the Debtors' matters or in other matters unrelated to the Debtors. Because of the confidentiality of such attorney-client relationships between our client law firms and their own clients, NRFUS has no practical way of knowing which of its client law firms, if any, have been contacted by parties in interest to the Debtors' bankruptcy cases. Since such potential connections would pose no conflict of interest in this matter, we do not propose to undertake any such investigation absent instructions to do so from the United States Trustee or the Court.

22.    Similarly, NRFUS has represented in the past, and currently represents, a number of international, national, regional, and local accounting firms, and, therefore, it is possible that any party in interest to the Debtors' bankruptcy cases may be served by one or more of such

DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 8
28242805.1

client accounting firms, either in the Debtors' matters or in other matters unrelated to the Debtors.

23.     As always, our independent representations of other law firms, or of accounting firms, are not connected with, or adverse to, the Debtors so far as we have been able to determine, and such representations and connections will not affect NRFUS's zealous representation of the Debtors in these chapter 11 cases.

24.     In addition, to the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, neither I nor any attorney at NRFUS is a relative of the United States Bankruptcy Judge assigned to the Chapter 11 Cases, and NRFUS does not have a connection with the United States Bankruptcy Judge that would render the Firm's retention in the Chapter 11 Cases improper.

25.     Finally, in accordance with Bankruptcy Rule 2014, NRFUS has no known direct connection to the Office of the United States Trustee for the Northern District of Texas. Individual attorneys within NRFUS have in the past served as bankruptcy trustees appointed by various United States Trustees and have been compensated for such services in accordance with orders of the respective bankruptcy courts presiding over those cases according to law.

## Supplemental Disclosures

26.     Despite the efforts described above to identify and disclose NRFUS's connections with parties in interest in these chapter 11 cases, because NRFUS is an international law firm with approximately 1,000 attorneys, and approximately 2,800 attorneys spread across the other members of the Norton Rose Fulbright Verein, NRFUS is unable to state with absolute certainty that every client representation or other connection has been disclosed. In this regard, if NRFUS

**DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 9**
28242805.1

discovers additional information that requires disclosure, NRFUS will file a supplemental disclosure with the Court.

## Payments to NRFUS

27.     NRFUS is not a creditor of the Debtors. In the ninety (90) days prior to the commencement of these cases, NRFUS received from the Debtors advances in the aggregate amount of $2,201,227.05 on account of services to be performed and expenses incurred and to be incurred in connection with services to be provided by NRFUS, including the commencement and prosecution of these chapter 11 cases. As of the Petition Date, the fees and expenses incurred by NRFUS and debited, or input into NRFUS's billing system to be debited, against the amounts advanced to it by the Debtors within the previous ninety (90) days approximated $1,692,623.16. The precise amount will be determined upon the final recording of all time and expense charges. Accordingly, as of the Petition Date, NRFUS had a remaining credit balance in favor of the Debtors in the approximate amount of approximately $508,603.89 for additional professional services performed and to be performed and expenses incurred and to be incurred in connection with these chapter 11 cases. After application of amounts for payment of any additional prepetition professional services and related expenses, the excess advance amount will be held by NRFUS in a trust account for application to and payment of postpetition fees and expenses that are allowed by the Court upon motion of NRFUS.

28.     An accounting summary of payments invoiced or to be invoiced and received by NRFUS in the ninety (90) days prior to the Petition Date is set forth below:

**DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 10**
28242805.1

| Date | Description | Transaction Type | Billed | Payment/ Application | Fee Advance Balance |
|---|---|---|---|---|---|
| 2/15/17 | Fee Advance | Wire | | $200,000.00 | $200,000.00 |
| 3/2/17 | Services and Expenses 2/7/17 to 2/25/17 | Invoice | $139,164.00 | -$139,164.00 | $60,836.00 |
| 3/2/17 | Fee Advance | Wire | | $139,164.00 | $200,000.00 |
| 3/22/17 | Services and Expenses 2/26/17 to 3/11/17 | Invoice | $153,129.75 | -$153,129.75 | $46,870.25 |
| 3/22/17 | Fee Advance | Wire | | $153,129.75 | $200,000.00 |
| 3/27/17 | Fee Advance | Wire | | $118,587.02 | $318,587.02 |
| 3/28/17 | Services and Expenses 3/9/17 to 3/18/17 | Invoice | $118,587.02 | -$118,587.02 | $200,000.00 |
| 3/28/17 | Services and Expenses 3/19/17 to 3/25/17 | Invoice | $188,553.75 | -$188,553.75 | $11,446.25 |
| 3/28/17 | Fee Advance | Wire | | $188,553.75 | $200,000.00 |
| 3/29/17 | Fee Advance | Wire | | $922,000.00 | $1,122,000.00 |
| 4/5/17 | Services and Expenses 3/26/17 to 4/1/17 | Invoice | $266,279.15 | -$266,279.15 | $855,720.85 |
| 4/13/17 | Services and Expenses 4/1/17 to 4/8/17 | Invoice | $150,609.88 | -$150,609.88 | $705,110.97 |
| 4/13/17 | Fee Advance | Wire | | $150,609.88 | $855,720.85 |
| 4/18/17 | Fee Advance | Wire | | $329,182.65 | $1,184,903.50 |
| 4/19/17 | Services and Expenses 4/9/17 to 4/16/17 | Invoice | $237,903.50 | -$237,903.50 | $947,000.00 |
| 4/19/17 | Services and Expenses 4/17/17 to 4/19/17 | Invoice | $438,396.11 | -$438,396.11 | $508,603.89 |

## **Benefit to the Estate**

29.     In addition to their specific expertise with these Debtors, NRFUS has extensive

experience in all aspects of law that NRFUS will advise the Debtors on in its capacity as counsel

in these chapter 11 cases.

**DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY
LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS
COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 11**
28242805.1

30.    NRFUS's experience and expertise, as well as its familiarity with the Debtors and their businesses, will substantially benefit the Debtors' estates by allowing NRFUS to provide effective and efficient legal services in these chapter 11 cases. Through its prepetition representation of the Debtors and its recognized knowledge and experience in all aspects of chapter 11 bankruptcy cases, NRFUS is uniquely able to assist the Debtors to maximize the value of their estates for the benefit of creditors and other interested parties.

### Compensation and Statement Pursuant to Sections 329 & 504
### of the Bankruptcy Code and Federal Bankruptcy Rule 2016(b)

31.    Subject to the Court's approval, NRFUS intends to (a) charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered and (b) seek reimbursement of actual and necessary out-of-pocket expenses in connection with the rendition of legal services in accordance with NRFUS's policies for all clients.[4]    NRFUS will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described in the Application.

32.    The fees charged by NRFUS are based upon hourly rates, which are periodically adjusted in the normal course of the firm's business. NRFUS and the Debtors have agreed that the standard rate structure utilized by the Firm will apply to fees charged in connection with this case. Generally, our hourly billing rates for domestic offices range from $550 to $1,125 for partners; from $420 to $820 for senior associates; from $475 to $940 for senior counsel; from $220 to $850 for counsel; from $210 to $760 for associates; from $270 to $460 for patent agents; from $655 to $1,150 for of counsel; from $150 to $465 for paralegals; and from $210 to $415 for

---

[4] The hourly rates charged by NRF professionals differ based on, among other things, the professional's level of

DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 12
28242805.1

senior paralegals. My current hourly rate for this matter is $1,050 per hour. NRFUS and its professionals will keep track of their billings on a tenth of an hour basis with time charges allocated in accordance with the categories set forth by the Office of the United States Trustee.

33.     In addition to the hourly rates set forth above, NRFUS customarily charges its clients for all reimbursable expenses incurred, including photocopying charges, facsimile transmissions, messengers, courier mail, overtime meals, overtime and late night transportation, travel, lodging, meal charges for business meetings, postage, printing, transcripts, filing fees, computer research, and similar items.

34.     Other than the Debtors' agreement to compensate NRFUS at its regular hourly rates and to reimburse NRFUS for the reasonable and necessary expenses incurred on behalf of the Debtors, NRFUS has not received any promises from the Debtors or any other person to compensate or reimburse NRFUS in connection with the Debtors' chapter 11 cases.

35.     Neither NRFUS nor any partners of NRFUS have divided, paid over, or shared or agreed to divide, pay over, or share, (a) any compensation it or they has or have received or may receive for services rendered or expenses incurred in connection with this case with another party or person (except as among the partners, counsel, and associates of NRFUS, as described above), or (b) any compensation another party or person has received or may receive for services rendered or expenses incurred in connection with these chapter 11 cases.

36.     The proposed retention of NRFUS is not prohibited by or improper under Federal Bankruptcy Rule 5002. NRFUS and the professionals it employs are qualified to represent the Debtors in the matters for which NRFUS is proposed to be retained.

---

experience and the rates normally charged in the location of the office in which the professional is resident.

**DECLARATION AND STATEMENT OF LOUIS R. STRUBECK, JR. IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A), 328 AND 1107(B), FED. R. BANKR. P. 2014 AND 2016, AND BANKRUPTCY LOCAL RULE 2014-1 AUTHORIZING RETENTION AND EMPLOYMENT OF NORTON ROSE FULBRIGHT US LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE – Page 13**
28242805.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2017.

*/s/ Louis R. Strubeck, Jr.*
Louis R. Strubeck, Jr.

## Appendix
### (Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Adeptus Health Colorado Holdings LLC | 17-31448 | 47-3455146 |
| 2. | Adeptus Health Inc. | 17-31434 | 46-5037387 |
| 3. | Adeptus Health LLC | 17-31435 | 32-0432716 |
| 4. | Adeptus Health Management LLC | 17-31455 | 32-0448472 |
| 5. | Adeptus Health Phoenix Holdings LLC | 17-31461 | 35-2487075 |
| 6. | Adeptus Health Ventures LLC | 17-31466 | 36-4802997 |
| 7. | ADPT Columbus Holdings LLC | 17-31471 | 36-4835265 |
| 8. | ADPT DFW Holdings LLC | 17-31432 | 30-0857947 |
| 9. | ADPT Houston Holdings LLC | 17-31479 | 30-0857977 |
| 10. | ADPT New Orleans Holdings LLC | 17-31486 | 32-0479313 |
| 11. | ADPT New Orleans Management LLC | 17-31493 | Pending |
| 12. | ADPT-AZ MPT Holdings LLC | 17-31497 | 61-1772047 |
| 13. | ADPT-AZ RE Holdings LLC | 17-31502 | 47-5241979 |
| 14. | ADPT-CO MPT Holdings LLC | 17-31508 | 47-3512571 |
| 15. | ADPT-CO RE Holdings LLC | 17-31512 | 47-3565144 |
| 16. | ADPT-Columbus MPT Holdings LLC | 17-31519 | Pending |
| 17. | ADPT-Columbus RE Holdings LLC | 17-31523 | Pending |
| 18. | ADPT-DFW MPT Holdings LLC | 17-31527 | 81-0772445 |
| 19. | ADPT-DFW RE Holdings LLC | 17-31532 | 81-0785981 |
| 20. | ADPT-Houston MPT Holdings LLC | 17-31533 | 30-0914017 |
| 21. | ADPT-Houston RE Holdings LLC | 17-31536 | 61-1781468 |
| 22. | ADPT-LA MPT Holdings LLC | 17-31542 | 81-0752643 |
| 23. | ADPT-LA RE Holdings LLC | 17-31545 | 81-0758384 |
| 24. | AJNH Medical Center LLC | 17-31548 | 36-4729524 |
| 25. | Alamo Heights SA Medical Center LLC | 17-31553 | 35-2547715 |
| 26. | Algiers Medical Center LLC | 17-31556 | 32-0455775 |
| 27. | Alvin Medical Center LLC | 17-31561 | 90-1008817 |
| 28. | Anthem Medical Center LLC | 17-31564 | 37-1740119 |
| 29. | Antoine Medical Center LLC | 17-31440 | 35-2537322 |
| 30. | Arizona General ER LLC | 17-31444 | 90-1025598 |
| 31. | Atascocita 1960 Medical Center LLC | 17-31449 | 36-4780687 |
| 32. | Austin Brodie Medical Center LLC | 17-31454 | 61-1713294 |
| 33. | Baytown Medical Center LLC | 17-31456 | 30-0840445 |
| 34. | Bella Terra Medical Center LLC | 17-31459 | 80-0957867 |
| 35. | Bender's Landing Medical Center LLC | 17-31468 | 37-1752156 |
| 36. | Blacklick Woods Medical Center LLC | 17-31475 | 30-0805532 |
| 37. | Briar Forest-Eldridge Medical Center LLC | 17-31482 | 35-2481862 |
| 38. | Broad Wagoner Medical Center LLC | 17-31488 | 35-2492252 |
| 39. | Brushy Creek Medical Center LLC | 17-31494 | 38-3923792 |
| 40. | Camelback 83rd Medical Center LLC | 17-31498 | 38-3945993 |
| 41. | Cedar Park Lakeline Medical Center LLC | 17-31505 | 35-2493773 |
| 42. | Centennial Medical Center LLC | 17-31509 | 32-0436930 |
| 43. | Center Street DP Medical Center LLC | 17-31516 | 35-2453223 |
| 44. | Chandler Germann Medical Center LLC | 17-31521 | 80-0938469 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 45. | Chandler Heights Medical Center LLC | 17-31525 | 32-0456525 |
| 46. | Cinco Ranch Medical Center LLC | 17-31529 | 61-1744313 |
| 47. | Colonial Lakes Medical Center LLC | 17-31535 | 90-1004044 |
| 48. | Colorado General Hospital LLC | 17-31539 | 35-2506314 |
| 49. | Conroe Medical Center LLC | 17-31544 | 37-1743660 |
| 50. | Converse Medical Center LLC | 17-31551 | 30-0820305 |
| 51. | Copperwood Medical Center LLC | 17-31554 | 84-1697403 |
| 52. | Creekside Forest Medical Center LLC | 17-31557 | 36-4781064 |
| 53. | Culebra-Tezel Medical Center LLC | 17-31559 | 90-1020838 |
| 54. | De Zavala Medical Center LLC | 17-31560 | 30-0879734 |
| 55. | Dublin Medical Center LLC | 17-31563 | 80-0965351 |
| 56. | Eagles Nest Medical Center LLC | 17-31565 | 04-3847518 |
| 57. | East Mesa Medical Center LLC | 17-31437 | 90-1033851 |
| 58. | East Pflugerville Medical Center LLC | 17-31439 | 90-1023315 |
| 59. | East Riverside Medical Center LLC | 17-31442 | 38-3973259 |
| 60. | ECC Management, LLC | 17-31443 | 16-1711879 |
| 61. | FCER Management, LLC | 17-31447 | 11-3798239 |
| 62. | First Choice ER, LLC | 17-31436 | 27-5348156 |
| 63. | First Texas Hospital Cy-Fair LLC | 17-31451 | 47-3480091 |
| 64. | Four Points Medical Center LLC | 17-31464 | 38-3938637 |
| 65. | Friendswood Medical Center LLC | 17-31469 | 38-3916132 |
| 66. | FTH Houston Partners LLC | 17-31474 | 47-3466871 |
| 67. | Garland Centerville Medical Center LLC | 17-31477 | 35-2537960 |
| 68. | Gilbert  Medical Center LLC | 17-31481 | 80-0940827 |
| 69. | Gleannloch Farms Medical Center LLC | 17-31485 | 35-2481256 |
| 70. | Glendale Medical Center LLC | 17-31489 | 90-1012820 |
| 71. | Goodyear Medical Center LLC | 17-31490 | 90-1007336 |
| 72. | Greenville Stacy Medical Center LLC | 17-31492 | 38-3926926 |
| 73. | Guadalupe River Medical Center LLC | 17-31496 | 35-2514826 |
| 74. | Hampden Tower Medical Center LLC | 17-31499 | 38-3928757 |
| 75. | Helotes Medical Center LLC | 17-31501 | 36-4782313 |
| 76. | Hilliard  Medical Center LLC | 17-31504 | 35-2491198 |
| 77. | Houston 9520 Jones Medical Center LLC | 17-31507 | 32-0432459 |
| 78. | Houston  FM 1960 Medical Center LLC | 17-31511 | 37-1783329 |
| 79. | Katy ER Center LLC | 17-31514 | 45-2583773 |
| 80. | Keller Medical Center LLC | 17-31517 | 61-1736669 |
| 81. | Kingwood Medical Center LLC | 17-31520 | 80-0684495 |
| 82. | Kuykendahl Medical Center LLC | 17-31524 | 34-2028269 |
| 83. | La Porte Medical Center LLC | 17-31526 | 80-0927953 |
| 84. | Lakewood Forest Medical Center LLC | 17-31530 | 90-1013791 |
| 85. | League City Medical Center LLC | 17-31438 | 36-4766358 |
| 86. | Legacy Trails Medical Center LLC | 17-31441 | 61-1744649 |
| 87. | Lewis Center Medical Center LLC | 17-31445 | 32-0431791 |
| 88. | Litchfield Park Medical Center LLC | 17-31446 | 36-4801379 |
| 89. | Louetta Medical Center LLC | 17-31450 | 74-3178584 |
| 90. | Marrero Medical Center LLC | 17-31453 | 61-1753468 |
| 91. | Meadowbrook Heights Medical Center LLC | 17-31457 | 32-0448039 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 92. | Medical Center of Crosby Lynchburg LLC | 17-31458 | 38-3922039 |
| 93. | Medical Center of Spring Rayford Richards LLC | 17-31462 | 37-1747613 |
| 94. | Mesa Tierra Medical Center LLC | 17-31465 | 35-2523890 |
| 95. | Midlothian Medical Center LLC | 17-31470 | 30-0802928 |
| 96. | Mountain Park Ranch Medical Center LLC | 17-31473 | 38-3939092 |
| 97. | National Medical Professionals of Arizona LLC | 17-31478 | 37-1757007 |
| 98. | National Medical Professionals of Ohio LLC | 17-31483 | 30-0829176 |
| 99. | New Orleans East Medical Center LLC | 17-31510 | 61-1753435 |
| 100. | Northwest Harris County Medical Center LLC | 17-31538 | 36-4781722 |
| 101. | Ohio General ER LLC | 17-31540 | 38-3918055 |
| 102. | Ohio General Hospital LLC | 17-31547 | 80-0956267 |
| 103. | OpFree Licensing LP | 17-31549 | 01-0831027 |
| 104. | OpFree RE Investments,  Ltd. | 17-31558 | 06-1740727 |
| 105. | OpFree, LLC | 17-31562 | 34-2028263 |
| 106. | Pearland 518 Medical Center LLC | 17-31566 | 90-1025398 |
| 107. | Pearland Parkway Medical Center LLC | 17-31567 | 51-0576704 |
| 108. | Pearland Sunrise Medical Center LLC | 17-31568 | 90-1001726 |
| 109. | Pflugerville Medical Center LLC | 17-31569 | 45-2552050 |
| 110. | Potranco Medical Center LLC | 17-31570 | 80-0966887 |
| 111. | Provinces Medical Center LLC | 17-31571 | 80-0967881 |
| 112. | Queen Creek Medical Center LLC | 17-31572 | 32-0457346 |
| 113. | Rosenberg Medical Center LLC | 17-31452 | 80-0964882 |
| 114. | Roy Richard Medical Center LLC | 17-31460 | 35-2491802 |
| 115. | San Antonio Nacogdoches Medical Center LLC | 17-31463 | 80-0937326 |
| 116. | San Tan Valley Medical Center LLC | 17-31467 | 36-4801184 |
| 117. | Seguin Foster Medical Center LLC | 17-31472 | 35-2532650 |
| 118. | Sienna Plantation  Medical Center LLC | 17-31476 | 90-1009494 |
| 119. | South Bend Medical Center LLC | 17-31480 | 61-1770288 |
| 120. | South Carrier Medical Center LLC | 17-31484 | 32-0429602 |
| 121. | South Green Oaks Medical Center LLC | 17-31487 | 90-1012518 |
| 122. | Spanish Oaks Medical Center LLC | 17-31491 | 90-1012951 |
| 123. | Spring 2920 Medical Center LLC | 17-31495 | 36-4776092 |
| 124. | Spring Green Medical Center LLC | 17-31500 | Pending |
| 125. | SSH Medical Center LLC | 17-31503 | 77-0666943 |
| 126. | Sterling Ridge Medical Center II LLC | 17-31506 | 32-0439505 |
| 127. | Sterling Ridge Medical Center LLC | 17-31513 | 16-1711883 |
| 128. | Summerwood Medical Center LLC | 17-31515 | 30-0802964 |
| 129. | Surprise Medical Center LLC | 17-31518 | 90-1012038 |
| 130. | SW Chandler Medical Center LLC | 17-31522 | 90-1032288 |
| 131. | Sycamore School Medical Center LLC | 17-31528 | 35-2494277 |
| 132. | Tempe McClintock Baseline Medical Center LLC | 17-31531 | 38-3923748 |
| 133. | Tempe Rural-Baseline Medical Center LLC | 17-31534 | 30-0852296 |
| 134. | Texas Regional Hospital LLC | 17-31537 | 37-1753820 |
| 135. | Victory Lakes Medical Center LLC | 17-31541 | 37-1751372 |
| 136. | Wadsworth-Belleview Medical Center LLC | 17-31543 | 35-2486458 |
| 137. | Waterside Medical Center LLC | 17-31546 | 36-4767886 |
| 138. | White Settlement Medical Center LLC | 17-31550 | 38-3970573 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 139. | Wilderness-Hardy Oak Medical Center LLC | 17-31552 | 80-0954867 |
| 140. | William Cannon Medical Center LLC | 17-31555 | 35-2493839 |

(Sorted Numerically By Case Number)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | ADPT DFW Holdings LLC | 17-31432 | 30-0857947 |
| 2. | Adeptus Health Inc. | 17-31434 | 46-5037387 |
| 3. | Adeptus Health LLC | 17-31435 | 32-0432716 |
| 4. | First Choice ER, LLC | 17-31436 | 27-5348156 |
| 5. | East Mesa Medical Center LLC | 17-31437 | 90-1033851 |
| 6. | League City Medical Center LLC | 17-31438 | 36-4766358 |
| 7. | East Pflugerville Medical Center LLC | 17-31439 | 90-1023315 |
| 8. | Antoine Medical Center LLC | 17-31440 | 35-2537322 |
| 9. | Legacy Trails Medical Center LLC | 17-31441 | 61-1744649 |
| 10. | East Riverside Medical Center LLC | 17-31442 | 38-3973259 |
| 11. | ECC Management, LLC | 17-31443 | 16-1711879 |
| 12. | Arizona General ER LLC | 17-31444 | 90-1025598 |
| 13. | Lewis Center Medical Center LLC | 17-31445 | 32-0431791 |
| 14. | Litchfield Park Medical Center LLC | 17-31446 | 36-4801379 |
| 15. | FCER Management, LLC | 17-31447 | 11-3798239 |
| 16. | Adeptus Health Colorado Holdings LLC | 17-31448 | 47-3455146 |
| 17. | Atascocita 1960 Medical Center LLC | 17-31449 | 36-4780687 |
| 18. | Louetta Medical Center LLC | 17-31450 | 74-3178584 |
| 19. | First Texas Hospital Cy-Fair LLC | 17-31451 | 47-3480091 |
| 20. | Rosenberg Medical Center LLC | 17-31452 | 80-0964882 |
| 21. | Marrero Medical Center LLC | 17-31453 | 61-1753468 |
| 22. | Austin Brodie Medical Center LLC | 17-31454 | 61-1713294 |
| 23. | Adeptus Health Management LLC | 17-31455 | 32-0448472 |
| 24. | Baytown Medical Center LLC | 17-31456 | 30-0840445 |
| 25. | Meadowbrook Heights Medical Center LLC | 17-31457 | 32-0448039 |
| 26. | Medical Center of Crosby Lynchburg LLC | 17-31458 | 38-3922039 |
| 27. | Bella Terra Medical Center LLC | 17-31459 | 80-0957867 |
| 28. | Roy Richard Medical Center LLC | 17-31460 | 35-2491802 |
| 29. | Adeptus Health Phoenix Holdings LLC | 17-31461 | 35-2487075 |
| 30. | Medical Center of Spring Rayford Richards LLC | 17-31462 | 37-1747613 |
| 31. | San Antonio Nacogdoches Medical Center LLC | 17-31463 | 80-0937326 |
| 32. | Four Points Medical Center LLC | 17-31464 | 38-3938637 |
| 33. | Mesa Tierra Medical Center LLC | 17-31465 | 35-2523890 |
| 34. | Adeptus Health Ventures LLC | 17-31466 | 36-4802997 |
| 35. | San Tan Valley Medical Center LLC | 17-31467 | 36-4801184 |
| 36. | Bender's Landing Medical Center LLC | 17-31468 | 37-1752156 |
| 37. | Friendswood Medical Center LLC | 17-31469 | 38-3916132 |
| 38. | Midlothian Medical Center LLC | 17-31470 | 30-0802928 |
| 39. | ADPT Columbus Holdings LLC | 17-31471 | 36-4835265 |
| 40. | Seguin Foster Medical Center LLC | 17-31472 | 35-2532650 |
| 41. | Mountain Park Ranch Medical Center LLC | 17-31473 | 38-3939092 |
| 42. | FTH Houston Partners LLC | 17-31474 | 47-3466871 |
| 43. | Blacklick Woods Medical Center LLC | 17-31475 | 30-0805532 |
| 44. | Sienna Plantation Medical Center LLC | 17-31476 | 90-1009094 |
| 45. | Garland Centerville Medical Center LLC | 17-31477 | 35-2537960 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 46. | National Medical Professionals of Arizona LLC | 17-31478 | 37-1757007 |
| 47. | ADPT Houston  Holdings LLC | 17-31479 | 30-0857977 |
| 48. | South Bend Medical Center LLC | 17-31480 | 61-1770288 |
| 49. | Gilbert  Medical Center LLC | 17-31481 | 80-0940827 |
| 50. | Briar  Forest-Eldridge Medical Center LLC | 17-31482 | 35-2481862 |
| 51. | National Medical Professionals of Ohio LLC | 17-31483 | 30-0829176 |
| 52. | South Carrier Medical Center LLC | 17-31484 | 32-0429602 |
| 53. | Gleannloch Farms Medical Center LLC | 17-31485 | 35-2481256 |
| 54. | ADPT New Orleans Holdings LLC | 17-31486 | 32-0479313 |
| 55. | South Green Oaks Medical Center LLC | 17-31487 | 90-1012518 |
| 56. | Broad Wagoner Medical Center  LLC | 17-31488 | 35-2492252 |
| 57. | Glendale Medical Center LLC | 17-31489 | 90-1012820 |
| 58. | Goodyear Medical Center LLC | 17-31490 | 90-1007336 |
| 59. | Spanish Oaks Medical Center LLC | 17-31491 | 90-1012951 |
| 60. | Greenville Stacy Medical Center LLC | 17-31492 | 38-3926926 |
| 61. | ADPT New Orleans Management LLC | 17-31493 | Pending |
| 62. | Brushy Creek Medical Center LLC | 17-31494 | 38-3923792 |
| 63. | Spring 2920 Medical Center LLC | 17-31495 | 36-4776092 |
| 64. | Guadalupe River Medical Center LLC | 17-31496 | 35-2514826 |
| 65. | ADPT-AZ MPT Holdings LLC | 17-31497 | 61-1772047 |
| 66. | Camelback 83rd Medical Center  LLC | 17-31498 | 38-3945993 |
| 67. | Hampden Tower Medical Center LLC | 17-31499 | 38-3928757 |
| 68. | Spring Green Medical Center LLC | 17-31500 | Pending |
| 69. | Helotes Medical Center LLC | 17-31501 | 36-4782313 |
| 70. | ADPT-AZ  RE Holdings LLC | 17-31502 | 47-5241979 |
| 71. | SSH Medical Center LLC | 17-31503 | 77-0666943 |
| 72. | Hilliard  Medical Center LLC | 17-31504 | 35-2491198 |
| 73. | Cedar Park Lakeline  Medical Center  LLC | 17-31505 | 35-2493773 |
| 74. | Sterling Ridge Medical Center II LLC | 17-31506 | 32-0439505 |
| 75. | Houston 9520 Jones Medical Center LLC | 17-31507 | 32-0432459 |
| 76. | ADPT-CO MPT Holdings LLC | 17-31508 | 47-3512571 |
| 77. | Centennial Medical Center LLC | 17-31509 | 32-0436930 |
| 78. | New Orleans East Medical Center LLC | 17-31510 | 61-1753435 |
| 79. | Houston  FM 1960 Medical Center LLC | 17-31511 | 37-1783329 |
| 80. | ADPT-CO  RE Holdings LLC | 17-31512 | 47-3565144 |
| 81. | Sterling Ridge Medical Center LLC | 17-31513 | 16-1711883 |
| 82. | Katy ER Center LLC | 17-31514 | 45-2583773 |
| 83. | Summerwood Medical Center LLC | 17-31515 | 30-0802964 |
| 84. | Center Street  DP Medical Center LLC | 17-31516 | 35-2453223 |
| 85. | Keller Medical Center LLC | 17-31517 | 61-1736669 |
| 86. | Surprise Medical Center LLC | 17-31518 | 90-1012038 |
| 87. | ADPT-Columbus MPT Holdings LLC | 17-31519 | Pending |
| 88. | Kingwood Medical Center LLC | 17-31520 | 80-0684495 |
| 89. | Chandler Germann Medical Center LLC | 17-31521 | 80-0938469 |
| 90. | SW Chandler Medical Center LLC | 17-31522 | 90-1032288 |
| 91. | ADPT-Columbus RE Holdings  LLC | 17-31523 | Pending |
| 92. | Kuykendahl Medical Center LLC | 17-31524 | 34-2028269 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 93. | Chandler Heights Medical Center LLC | 17-31525 | 32-0456525 |
| 94. | La Porte Medical Center LLC | 17-31526 | 80-0927953 |
| 95. | ADPT-DFW MPT Holdings LLC | 17-31527 | 81-0772445 |
| 96. | Sycamore School Medical Center LLC | 17-31528 | 35-2494277 |
| 97. | Cinco Ranch Medical Center LLC | 17-31529 | 61-1744313 |
| 98. | Lakewood Forest Medical Center LLC | 17-31530 | 90-1013791 |
| 99. | Tempe McClintock Baseline Medical Center LLC | 17-31531 | 38-3923748 |
| 100. | ADPT-DFW RE Holdings LLC | 17-31532 | 81-0785981 |
| 101. | ADPT-Houston MPT Holdings LLC | 17-31533 | 30-0914017 |
| 102. | Tempe Rural-Baseline Medical Center LLC | 17-31534 | 30-0852296 |
| 103. | Colonial Lakes Medical Center LLC | 17-31535 | 90-1004044 |
| 104. | ADPT-Houston RE Holdings LLC | 17-31536 | 61-1781468 |
| 105. | Texas Regional Hospital LLC | 17-31537 | 37-1753820 |
| 106. | Northwest Harris County Medical Center LLC | 17-31538 | 36-4781722 |
| 107. | Colorado General Hospital LLC | 17-31539 | 35-2506314 |
| 108. | Ohio General ER LLC | 17-31540 | 38-3918055 |
| 109. | Victory Lakes Medical Center LLC | 17-31541 | 37-1751372 |
| 110. | ADPT-LA MPT Holdings LLC | 17-31542 | 81-0752643 |
| 111. | Wadsworth-Belleview Medical Center LLC | 17-31543 | 35-2486458 |
| 112. | Conroe Medical Center LLC | 17-31544 | 37-1743660 |
| 113. | ADPT-LA RE Holdings LLC | 17-31545 | 81-0758384 |
| 114. | Waterside Medical Center LLC | 17-31546 | 36-4767886 |
| 115. | Ohio General Hospital LLC | 17-31547 | 80-0956267 |
| 116. | AJNH Medical Center LLC | 17-31548 | 36-4729524 |
| 117. | OpFree Licensing LP | 17-31549 | 01-0831027 |
| 118. | White Settlement Medical Center LLC | 17-31550 | 38-3970573 |
| 119. | Converse Medical Center LLC | 17-31551 | 30-0820305 |
| 120. | Wilderness-Hardy Oak Medical Center LLC | 17-31552 | 80-0954867 |
| 121. | Alamo Heights SA Medical Center LLC | 17-31553 | 35-2547715 |
| 122. | Copperwood Medical Center LLC | 17-31554 | 84-1697403 |
| 123. | William Cannon Medical Center LLC | 17-31555 | 35-2493839 |
| 124. | Algiers Medical Center LLC | 17-31556 | 32-0455775 |
| 125. | Creekside Forest Medical Center LLC | 17-31557 | 36-4781064 |
| 126. | OpFree RE Investments, Ltd. | 17-31558 | 06-1740727 |
| 127. | Culebra-Tezel Medical Center LLC | 17-31559 | 90-1020838 |
| 128. | De Zavala Medical Center LLC | 17-31560 | 30-0879734 |
| 129. | Alvin Medical Center LLC | 17-31561 | 90-1008817 |
| 130. | OpFree, LLC | 17-31562 | 34-2028263 |
| 131. | Dublin Medical Center LLC | 17-31563 | 80-0965351 |
| 132. | Anthem Medical Center LLC | 17-31564 | 37-1740119 |
| 133. | Eagles Nest Medical Center LLC | 17-31565 | 04-3847518 |
| 134. | Pearland 518 Medical Center LLC | 17-31566 | 90-1025398 |
| 135. | Pearland Parkway Medical Center LLC | 17-31567 | 51-0576704 |
| 136. | Pearland Sunrise Medical Center LLC | 17-31568 | 90-1001726 |
| 137. | Pflugerville Medical Center LLC | 17-31569 | 45-2552050 |
| 138. | Potranco Medical Center LLC | 17-31570 | 80-0966887 |
| 139. | Provinces Medical Center LLC | 17-31571 | 80-0967881 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 140. | Queen Creek Medical Center LLC | 17-31572 | 32-0457346 |

**Exhibit A**

**Debtors**
Adeptus Health Colorado Holdings LLC
Adeptus Health Inc.
Adeptus Health LLC
Adeptus Health Management LLC
Adeptus Health Phoenix Holdings LLC (fka Arizona General Hospital LLC)
Adeptus Health Ventures LLC
ADPT Columbus Holdings LLC
ADPT DFW Holdings LLC
ADPT Houston Holdings LLC
ADPT New Orleans Holdings LLC
ADPT New Orleans Management LLC
ADPT-AZ MPT Holdings LLC
ADPT-AZ RE Holdings LLC
ADPT-CO MPT Holdings LLC
ADPT-CO RE Holdings LLC
ADPT-Columbus MPT Holdings LLC
ADPT-Columbus RE Holdings LLC
ADPT-DFW RE Holdings LLC
ADPT-DFW MPT Holdings LLC
ADPT-Houston MPT Holdings LLC
ADPT-Houston RE Holdings LLC
ADPT-LA MPT Holdings LLC
ADPT-LA RE Holdings LLC
AJNH Medical Center LLC
Alamo Heights SA Medical Center LLC
Algiers Medical Center LLC
Alvin Medical Center LLC
Anthem Medical Center LLC
Antoine Medical Center LLC
Arizona General ER LLC
Atascocita 1960 Medical Center LLC
Austin Brodie Medical Center LLC
Baytown Medical Center LLC
Bella Terra Medical Center LLC
Bender's Landing Medical Center LLC
Blacklick Woods Medical Center LLC
Briar Forest-Eldridge Medical Center LLC
Broad Wagoner Medical Center LLC
Brushy Creek Medical Center LLC (fka Baltimore Taylor Medical Center LLC)
Camelback 83rd Medical Center LLC
Cedar Park Lakeline Medical Center LLC
Centennial Medical Center LLC
Center Street DP Medical Center LLC
Chandler Germann Medical Center LLC
Chandler Heights Medical Center LLC
Cinco Ranch Medical Center LLC
Colonial Lakes Medical Center LLC
Colorado General Hospital LLC
Conroe Medical Center LLC
Converse Medical Center LLC
Copperwood Medical Center LLC (fka Copperwood Medical Center, Ltd.)
Creekside Forest Medical Center LLC

Culebra-Tezel Medical Center LLC
De Zavala Medical Center LLC
Dublin Medical Center LLC
Eagles Nest Medical Center LLC (fka Eagles Nest Medical Center, Ltd.)
East Mesa Medical Center LLC
East Pflugerville Medical Center LLC
East Riverside Medical Center LLC
ECC Management, LLC
FCER Management, LLC (fka FMER Management, LLC)
First Choice ER, LLC
First Texas Hospital Cy-Fair LLC
Four Points Medical Center LLC
Friendswood Medical Center LLC
FTH Houston Partners LLC
Garland Centerville Medical Center LLC
Gilbert Medical Center LLC (aka AGH Gilbert Medical Center LLC)
Gleannloch Farms Medical Center LLC
Glendale Medical Center LLC (aka AGH Glendale Medical Center LLC)
Goodyear Medical Center LLC
Greenville Stacy Medical Center LLC
Guadalupe River Medical Center LLC
Hampden Tower Medical Center LLC
Helotes Medical Center LLC
Hilliard Medical Center LLC
Houston FM 1960 Medical Center LLC
Houston 9520 Jones Medical Center LLC
Katy ER Center LLC (fka Katy ER Center, Ltd.)
Keller Medical Center LLC
Kingwood Medical Center LLC (fka Kingwood Medical Center, Ltd.)
Kuykendahl Medical Center LLC (fka Kuykendahl Medical Center, Ltd.)
La Porte Medical Center LLC
Lakewood Forest Medical Center LLC
League City Medical Center LLC
Legacy Trails Medical Center LLC
Lewis Center Medical Center LLC
Litchfield Park Medical Center LLC
Louetta Medical Center LLC (fka Louetta Medical Center, Ltd.)
Marrero Medical Center LLC
Meadowbrook Heights Medical Center LLC
Medical Center of Crosby Lynchburg LLC
Medical Center of Spring Rayford Richards LLC
Mesa Tierra Medical Center LLC
Midlothian Medical Center LLC
Mountain Park Ranch Medical Center LLC
National Medical Professionals of Arizona LLC
National Medical Professionals of Ohio LLC
New Orleans East Medical Center LLC
Northwest Harris County Medical Center LLC
Ohio General ER LLC

Ohio General Hospital LLC
OpFree Licensing LP (fka OpFree Licensing, Ltd.)
OpFree RE Investments, Ltd.
OpFree, LLC
Pearland 518 Medical Center LLC
Pearland Parkway Medical Center LLC (fka Pearland
Parkway Medical Center, Ltd.)
Pearland Sunrise Medical Center LLC
Pflugerville Medical Center LLC (fka Pflugerville
Medical Center, Ltd.)
Potranco Medical Center LLC
Provinces Medical Center LLC
Queen Creek Medical Center LLC
Rosenberg Medical Center LLC
Roy Richard Medical Center LLC
San Antonio Nacogdoches Medical Center LLC
San Tan Valley Medical Center LLC
Seguin Foster Medical Center LLC
Sienna Plantation Medical Center LLC
South Bend Medical Center LLC
South Carrier Medical Center LLC
South Green Oaks Medical Center LLC
Spanish Oaks Medical Center LLC
Spring 2920 Medical Center LLC
Spring Green Medical Center LLC
SSH Medical Center LLC (fka SSH Medical Center,
Ltd.)
Sterling Ridge Medical Center II LLC
Sterling Ridge Medical Center LLC (fka Sterling Ridge
Medical Center, Ltd.)
Summerwood Medical Center LLC
Surprise Medical Center LLC
SW Chandler Medical Center LLC
Sycamore School Medical Center LLC
Tempe McClintock Baseline Medical Center LLC
Tempe Rural-Baseline Medical Center LLC
Texas Regional Hospital LLC
Victory Lakes Medical Center LLC
Wadsworth-Belleview Medical Center LLC
Waterside Medical Center LLC
White Settlement Medical Center LLC
Wilderness-Hardy Oak Medical Center LLC
William Cannon Medical Center LLC

**DBAs**

First Choice Emergency Room
First Choice ER
First Texas Hospital
National Medical Professionals

**Non-Debtor Affiliates**

AGH Laveen LLC
AGH Mesa LLC
AGH Phoenix LLC
Allen Bethany Medical Center LLC
Arvada Ralston Medical Center LLC
Basswood Medical Center LLC
Briargate Medical Center LLC

Broomfield Huron Medical Center LLC
Cedar Hill Medical Center LLC
Colleyville Medical Center LLC
Colorado Springs Meadowgrass Medical Center LLC
Commerce City Medical Center LLC
Custer Bridges Medical Center LLC
Desoto Beltline Medical Center LLC
Firestone Medical Center LLC
First Texas Hospital Carrollton LLC
FM Crossing Medical Center LLC
Fountain Medical Center LLC
Frisco DNT Eldorado Medical Center LLC
Frisco Preston Medical Center LLC
FTH DFW Partners LLC
Garland Shiloh Medical Center LLC
Green Valley Medical Center LLC
Haslet Medical Center LLC
Hickory Creek Medical Center LLC
Highland Village Medical Center LLC
Horizon Park Medical Center LLC
Hunter's Glen Medical Center LLC
Lake Highlands Medical Center LLC
Lewisville Medical Center LLC
Little Elm FM 423 Medical Center LLC
Little Road Medical Center LLC
Littleton-Bowles Medical Center LLC
Mansfield Walnut Creek Medical Center LLC
Matlock Medical Center LLC
McKinney 5000 El Dorado Medical Center LLC
Mesquite Town East Medical Center LLC
Mid-Collin County Medical Center LLC
Mount Carmel EHN, LLC
National Medical Professionals of Colorado, PLLC
National Medical Professionals of Houston PLLC
National Medical Professionals of Louisiana Professional
LLC
National Medical Professionals of Texas PLLC
North Aurora Medical Center LLC
North Dallas Tollway Medical Center LLC
North Powers Medical Center LLC
NRH Medical Center LLC
Ochsner Health Partners
Ochsner Health Partners Hospital LLC
Parker-Lincoln Medical Center LLC
Plano ERCare Center LLC
Richardson Mimosa Medical Center LLC
Rowlett Medical Center LLC
Samuel Farm Medical Center LLC
Tallyn's Reach Medical Center LLC
Thornton 136th Medical Center LLC
UCHealth Broomfield Hospital LLC
UCHealth Colorado Springs Hospital LLC
UCHealth Partners LLC
WC Medical Center LLC
WCB Medical Center LLC
Woodglen Medical Center LLC
Wylie Medical Center LLC

**Other Creditors**

3MEBS Property Company, LLC
A-1 Freeman North American, Inc.
AAA Cooper Transportation
Abbott Diabetes Care Sales Corporation
ABM Building & Energy Solutions Inc.
Abraham Jacob
Accent Cost Containment Solutions
Acist Medical Systems, Inc.
Active Imagination, Inc.
Acumed LLC
Adam McCombs
Adams County Treasurer
Admiral Linen & Uniform
Advanced Gastroenterology Of Texas PLLC
Advanced Medical Solutions LLC
Aesculap, Inc.
Aetna
Aetna PPO
AGH Laveen LLC
AGH Mesa LLC
AGH Phoenix LLC
Air Methods Corporation
Airgas, Inc.
Alere Inc.
Alimed Inc.
All Commercial Floors Inc.
All Storage Carrollton LP
Allen Bethany Medical Center LLC
Allen Medical Systems Inc.
Allied Systems Inc.
Allied Universal Security Service
Alpha Glass And Mirror Company Inc.
Alpha Graphics
Alpha Hospitalist Group LLC
Alpha Services Corporation
Alpha Testing, Inc.
Alpine Glass Aquisition LLC
Amcol Systems Inc.
AMDT LLC
American Advertising
American Association Of Bioanalysts
American Express
American Medical Response Of Texas, Inc.
American Organization Of Nurse Executives
American Proficiency Institute
Anesthesia Associates Of Colorado Springs PC
Anthem BC/BS
Anthem Blue Cross & Blue Shield Central Region
Apex Park & Recreation District
APG Southwest LLC
APMI Inc.
Apple, Inc.
Applied Medical Distribution Corp
Arapahoe County Treasurer
Arapahoe Fire Protection, Inc.
Arcpoint Labs
Arizona Generator Technology Inc.

Arizona Pinnacle Engineering LLC
Arizona Plumbing & Heating Inc.
Armstrong Medical, Inc.
Arrow Pest Control Of Houston
Arthrex, Inc.
Artimed Solutions, LLC
Arun R Singh Do PLLC
Arvada Ralston Medical Center LLC
Ascension Group Architects, LLP
Austin Generator Service
Austin Mobile Drug Testing
Austin Permit Service, Inc.
AUUS Healthcare Services LLC
B Braun Medical Inc.
Baker Creative Group LLC
Baptist Health System
Bare Roots Landscape Design, Inc.
Bass Surgical LLC
Basswood Medical Center LLC
Baxter Healthcare Corporation
Beacon Hill Staffing Group, LLC
Beatty Bangle Strama
Beckman Coulter Inc.
Becton, Dickinson And Company
Bella Design Group, LLC
Belle Bonfils Memorial Blood Center
Beltmann Integrated Logistics
Benjamin D Hummel
BGB Enterprises LLC
Bibby Financial Services (Midwest) Inc.
Binswanger Glass
Binswanger Holding Corp
Biomet Sports Medicine, LLC
Biomet, Inc.
Bio-Rad Laboratories, Inc.
Black & Decker SWS Vidmarlista Innerspace
Blood Systems Inc.
Blue & Co LLC
Blue Cross & Blue Shield Attn: Central Region
Blue Preferred PPO
Blue Shield Of Arizona PPO
Bound Tree Medical LLC
Bracco Diagnostics, Inc.
Brazen Technologies Inc.
Breg, Inc.
Briargate Medical Center LLC
Bridgepose Digital LLC
Broomfield Huron Medical Center LLC
Broughton Pharmaceuticals, LLC
Brown & Associates Medical Laboratories LLP
Bury & Partners
Business It Source, Inc.
Buxton Company
Cajas Consulting Group
Canteen Vending Services
Capitol Focus LLC
Cardinal Health 110 LLC
Cardinal Health Pharmacy Services, LLC

Carefusion 203 Inc.
Carefusion 2200 Inc.
Carstens Health Industries
Carter Bloodcare
Casler Foliage
Cayenne Medical, Inc.
CCNC Inc.
CDW Government, Inc.
Cedar Hill Medical Center LLC
Central Admixture Pharmacy Services Inc.
Centurion Medical Products Corp
Chad E. Treece, MD PA
Chandler Signs Holdings LLC
Channing Bete Company, Inc.
Cigna Healthcare
Cigna Healthcare PPO
Cisco Systems Inc
Cisco Webex LLC
City And County Of Denver
City Of Colorado Springs
City Wide Building Services LLC
Civco Medical Instruments Co Inc.
Civco Medical Solutions
Clean Scapes LP
Clear Lake Regional Medical Center
Clia Laboratory Program
Clinical Diagnostics Solutions Inc.
Clinical Pathology, Inc.
Cmbc Investments LLC Business Essentials
Cnic Health Solutions
Cola, Inc.
College Of American Pathologies
Colleyville Medical Center LLC
Colorado Associates In Medical Physics
Colorado Cab Company LLC
Colorado Doorways Inc.
Colorado Springs Meadowgrass Medical Center LLC
Colorado Springs School District 11
Colormark LC
Comed Medical Specialties LLC
Commerce City Medical Center LLC
Commonwealth Electric Company Of The Midwest
Communications Unlimited, LLP
Community Self Storage LP
Compass Group USA Inc.
Compugroup Medical, Inc.
Computer Programs And Systems Inc.
Computershare Inc.
Concur Technologies Inc.
Conley Group, Inc.
Conmed Corporation
Conroe Welding Supply Inc.
Consolidated Communications Network Of Colorado
Construction Eco Services II Inc.
Convergint Technologies, LLC
Cook Group Incorporated
Cook Medical
Cooper Surgical Inc.

Corepoint Health, LLC
Corin USA Ltd
Cornerstone Government Affairs LLC
Corporate Incentives Inc.
Covey Security
Covidien LP
Covidien Sales LLC, Dba Given Imaging
Creekridge Capital LLC
Creekside Village Center Owners Association Inc.
Crisis Preparation And Recovery Inc.
CRST Specialized Transportation, Inc.
CT Corporation
CT Service 24-7
Cubesmart #691
Cubesmart LP
Cummins Southern Plains LLC
Curbell Medical Products Inc.
Custer Bridges Medical Center LLC
Custom Drapery Blinds & Shutter
Customized Security
Cy-Fair Bone & Joint LLP
Cypress Creek Hospital
Dallas-Fort Worth Hospital Council Groupone Services Inc.
Daniel J Para
Darrell Y Calderon
Davol Inc., Division Of Crbard
De Lage Landen Financial
Decision Toolbox, Inc.
Dedicated Resource Scheduling Services USA, Inc.
Dell Financial Services, LLC
Dell Marketing, LP
Dembny Pharmacy Consultants LLC
Depuy Synthes Sales
Desoto Beltline Medical Center LLC
Dfw, Inc.
Dh Pace Company Inc.
Direct Difference Inc.
Dittert Rubber Stamp Ltd
Diversified Radiology Of Colorado, P.C.
DJO Surgical
Do It Outdoors Media LLC
Donald Booth
Door Services Corp - Texas Access Controls
Douglas County Government
Dr. Biju Mathew Lukose MD FACS PLLC
Dry Utility Services, Inc.
DSS-Fire Incorporated
Dunbar Medical Imaging & Diagnostics Inc.
Dunbar Security Products Inc.
Duplantis Design Group, PC
ECC Management, LLC
Echo, Inc.
El Paso County Treasurer
Elmtree Net Lease Fund II, LLC
Elsevier Inc.
EMD Millipore Corp
Emedco

Emergency Medical Specialists PC
Employers Choice Testing, LLC
Encision Inc.
Encore Electric Inc.
Encore Medical LP
Encore One LLC
Endogastric Solutions, Inc.
Enhanced Medical Services, LLC
Entech Sales And Service, Inc.
Envser, LLC (Enviroserve)
Er Express, LLC
Evoqua Water Technologies LLC
EWT Holdings Iii Corp
Exactech Us, Inc.
Exalt Printing Solutions LLC
Facilities Contracting, Inc.
Facility Solutions Group, Inc.
Fagron Inc.
FAS Systems Group, LLC
Fastsigns
Faultless Laundry
Fedex
Fedex Office And Print Services, Inc.
Filtration Specialists Inc.
Firestone Medical Center LLC
Firetrol Protection Systems, Inc.
First National Bank (Wichita Falls)
First Texas Hospital Carrollton LLC
Fisher Scientific Company LLC
Flohrstar Landscaping Inc.
FM Crossing Medical Center LLC
Foothills Roof Services, Inc.
Fountain Medical Center LLC
Frisco DNT Eldorado Medical Center LLC
Frisco Preston Medical Center LLC
FTH DFW Partners LLC
Future Health Concepts Inc.
G Carlis Consulting LLC
Gammage & Burnham PLC
Garland Shiloh Medical Center LLC
GE Healthcare Financial
GE Healthcare IITS USA, Corp
GE Healthcare, Inc.
General Parts LLC
George Cairo Engineering Inc.
George Carlis
GL Seaman & Co
GLM Construction Inc.
Gneil
Graduate Plastics Inc, dba Quantum Medical
Grant & Associates Private Equity Solutions, LLC
Great Place To Work, Inc.
Green Valley Medical Center LLC
Grifols Diagnostic Solutions Inc.
GSR Andrade Architects, Inc.
Guaranteed Returns
Gulf Coast Regional Blood Center
Halyard Health Inc.

Halyard Sales LLC
Hamilton Linen & Uniform
Haslet Medical Center LLC
Hawkins Commercial Appliance
Hawkins Electrical Service Co Inc.
HDS Marketing Inc.
Health Care Logistics Inc.
Health Care Systems Inc.
Heidrick & Struggles Inc.
Helmer Inc.
Henry Schein, Inc.
Hickory Creek Medical Center LLC
Highland Village Medical Center LLC
Highlands Ranch Community Association
Hill And Knowlton Strategies, LLC
Hill-Rom Company, Inc.
Hootsuite Media Inc.
Horizon Park Medical Center LLC
Hospira Worldwide Inc.
Hospital Couriers Denver LLC
Hospitality Healthcare Services LLC
Howard Industries Inc.
Howard Medical
HR Direct
HSS Inc.
Hunter's Glen Medical Center LLC
Icare USA, Inc.
Ignite Partnership LLC
Infocus Marketing Inc.
Initial Building Maintenance Services Inc.
Innisfree M&A Incorporated
Innomed Inc.
Inquicker LLC
Integra Lifesciences Corporation
Integrated Support Solutions Inc.
Intelligize Inc.
International Building
International Business Machines Corp
Intralinks
Iron Mountain
J Frank Associates LLC
J S Vender & Associates
James William Olive
Jani-King
JCS Consulting Group, Inc
Jeffrey Joe Golladay
Johnson & Johnson Health Care Systems Inc.
Joint Commission
Jones Fussell LLP
Julianne Santarosa
Jurgan Development And Mfg Ltd
K. Thompson Electric Inc.
Kaiser Permanente
Kansal Eye PLLC
Karl Storz Endoscopy-America Inc.
KCI USA Inc.
Kearny Street Consulting Inc.
Key Surgical Inc.

Kids Love Stickers
Kimley Horn And Associates, Inc.
Konica Minolta Healthcare Americas Inc.
Kubin Nicholson Corp
Labdaq
Laboratory Corporation Of America
Laboratory Supply Company
Labsco Inc.
Lake Highlands Medical Center LLC
Lamar Companies
Landauer, Inc.
Landtech Contractors, Inc.
Laser Ventures Inc.
Laurie D Ramirez
LDR Services
Leah A Wheeler
Lewisville Medical Center LLC
Life Gas
Lifenet Health
Liquid Environmental Solutions Of Texas LLC
Little Elm FM 423 Medical Center LLC
Little Road Medical Center LLC
Littleton-Bowles Medical Center LLC
LMI Landscapes, LLC
Logisys Inc.
Lord & Tona LLC
Lucernex, Inc.
M & A LLC
Maceo Carter Investments LLC
Maged Amine MD PA
Mail Handlers Benefit Plan
Mailroom Finance Inc.
Maine Standard Company LLC
Mansfield Walnut Creek Medical Center LLC
Maquet Cardiovascular Us Sales LLC
Marshall Shredding Company
Matlock Medical Center LLC
Maxim Healthcare Services Inc.
Maxim Physician Resources LLC
Mays & Company Real Estate Development LLC
Mcguirewoods LLP
Mckesson Technologies Inc.
McKinney 5000 El Dorado Medical Center LLC
Med Shop Total Care Inc.
Medibadge Inc.
Medical Gas Services Inc.
Medical Properties Trust
Medical Technologist Solutions LLC
Medical White Rock Capital, LLC
Medi-Dose Incorporated
Medivators Inc.
Medline Industries, Inc.
Medsharps LLC
Medtek.Net Inc.
Medtronic USA Inc.
Med-Turn Inc.
Medusa Group LLC
Memorial Hermann Hospital System

Mercury Enterprises Inc.
Meridian Compensation Partners LLC
Merrill Communications LLC
Merry X-Ray, Inc.
Mesquite Town East Medical Center LLC
Metro Fire Equipment, Inc.
Metropolitan Electronics, Inc.
Mges, Inc.
Michael Aigbedion
Micro Precision Calibration Inc.
Mid-Collin County Medical Center LLC
Milum Textile Service
Mindray Ds USA, Inc.
Mint Medical Physician Staffing LP
Mister Sweeper LP
MLC Signs LP
Mobile Mini Inc.
Modern Biomedical Services
Molina Healthcare
Monoprice, Inc.
Moonshadow Inc.
Mount Carmel EHN, LLC
Mozaic Management, Inc.
Murer Consultants Inc.
Musculoskeletal Transplant Foundation
National Association Of Letter Carriers Health
National Medical Professional of AZ, LLC
National Medical Professional of OH, LLC
National Medical Professionals of Colorado, PLLC
National Medical Professionals of Houston PLLC
National Medical Professionals of Louisiana Professional
LLC
National Medical Professionals of Texas PLLC
National Network Services
Navex Global, Inc.
Neofunds By Neopost
New England Confectionery Company Inc.
Nextstep Recruiting LLC
Nhue Ho MD PLLC
North Aurora Medical Center LLC
North Dallas Hospitalists
North Dallas Tollway Medical Center LLC
North Powers Medical Center LLC
Nothing But Net
Nova Biomedical Corporation
Novastep Inc.
NRH Medical Center LLC
Nthrive Inc.
Nuance Communications, Inc.
O C Tanner Recognition Company
Ochsner Health Partners
Ochsner Health Partners Hospital LLC
Off Duty Services, Inc.
Ohio Medical Corporation
Olive Photography
Olympus America Inc.
Omni Filtration, LLC
Onetouchpoint - Ginny's

Orkin Pest Control
Ortho-Clinical Diagnostics Inc.
Osteo 360 LLC
Osteoremedies LLC
Oswaldo Cajas
Oxblue Corporation
Oxford Diagnostic Laboratory
Oxford Immunotec Inc.
Pa72 Association Inc.
PAI (Plan Administrators Inc.)
Pamela Burnes White
Para Surgical Specialists PLLC
Parker-Lincoln Medical Center LLC
Parkway Construction & Associates, L.P.
Pathology Associates Ltd
Payment Resolution Services
Pc Connection, Inc.
Pharmedium Healthcare Corp
Picc Me PLLC
Pitney Bowes
Plano ERCare Center LLC
Plano Sports Authority, Inc.
PLJ Information Inc.
PMRG Associates II LP
Polaris Owners Association
Policy Medical Inc.
Portfolio Solutions Group, LLC
Postmaster
Poudre Valley Medical Group
Precision Dynamics Corporation
Precision Landscape Management
Press Ganey Asso., Inc.
Printing Technologies Inc.
Proactive Network Management Corporation
Professional Services Industries, Inc.
Pronto Delivery Service LLC
Pulmonary Associates, PC
Purchase Power
Purvi Patel
Quality Medical Imaging Of Arizona Inc.
Quench USA Inc.
Quicksilver Express Courier
QUVA Pharma Inc.
R Irvin Morgan M.D. Pathology Associates
Radcom Associates, Inc.
Ralph Wilkens Company Inc.
Rebecca Mabile
Rebecca's Murals
Reed Elsevier dba State Net
Rehab Pro LP
Reis Environmental Inc.
Republic Title Of Texas, Inc.
Resource Corporation Of America & Recovery Of Texas
LLC
Revcycle+
Richard G Buch MD, PA
Richard Wolf Medical Instruments Corp
Richardson Mimosa Medical Center LLC

RNC Medical PLLC
Rocket Rooter Plumbing And Drain Service LLC
Rocky Mountain Health Plan
Rocky Mountain Health Plans
Roshal Imaging Services Inc.
Rowlett Medical Center LLC
Roye Operating LLC
RSM Us Product Sales LLC
Runtime Collective Ltd Brandwatch
Rx Security, Inc.
SAB Medical PLLC
Samuel Farm Medical Center LLC
Scimage, Inc.
Sears Roebuck & Company
Securities And Exchange Commission
Security 101 Dallas
Security Reconnaissance Team Inc.
Sedgwick
Service First
Servicenow Inc.
Seyfarth Shaw LLP
Shi International Corp
Siemens Healthcare Diagnostics Inc.
Smith & Nephew Inc.
Smith Seckman Reid Inc.
SNI Companies
Solium Capital LLC
Solium Holdings USA, Inc.
Southwest Media Group LLC
Southwest Office Systems
Southwest Search Project Solutions
SPBS, Inc.
Spectrum Promotional Products
Spiral Software
Spring Glass And Mirror, Ltd
St Josephs Pathology
Staffassist Workforce Management LLC
Stanley Access Technologies, LLC
State Of Arizona
Stericycle Inc.
Steris Corporation
Sterling Staffing Solutions
Steven Sukin
Stratum Engineering LLC
Stryker Instruments
Stryker Sales Corporation
Stryker Sales Corporation (Endoscopy)
Stuart Karon
Summit Software Technologies LLC
Supreme Roofing Systems
Supreme Systems Inc.
Surgical Specialists Of North Texas PA
Surgical Specialties Corporation
Suture Express Inc.
Swift Courier Service Inc.
Synergy Radiology Associates
Sysmex America Inc.
Systems Group

Taecho Group LLC
Tallyn's Reach Medical Center LLC
Taylor Corporation Standard Register Inc.
Taylor Corporation-Everglades Direct Inc.
Tdindustries Inc.
Teletracking Technologies Inc.
Terminix Service Co Inc.
Terracon Consultants, Inc.
Tetra Tech Inc.
Texas Association Of Free Standing Emergency Centers
Texas Dept Of State Health Services
Texas Sponsor A Highway
Texas Turf Management
Texas West Oaks Hospital
Texmaster Express Inc.
The Ahmuty Corporation - Commercial Interiors
The Campbell Agency Inc.
The Dental Box Company, Inc.
The Dental Box, LLC
The Feet Inc.
The George Washington University
The Graphs Medical Physics, Inc.
The North Highland Company
The Picard Group
The Richards Group, Inc.
The Waterboys
Theodore P. Biddle
Thomica J James
Thornton 136th Medical Center LLC
Thyssenkrupp Elevator Corporation
Tmcx Solutions LLC
Total Backyard Solutions
Town Of Parker, CO
Trane U.S. Inc.
Transmotion Medical Inc.
Treasurer-Jefferson County Colorado
Tri-Anim Health Services, Inc.
Tricare
Tricor Direct Inc.
Trinity Physics Consulting
Trubridge LLC
Trump Miami Resort Management LLC
T-System, Inc.
TTM Associates Inc.
UCHealth Broomfield Hospital LLC
UCHealth Colorado Springs Hospital LLC
UCHealth Partners LLC
UCHealth Partners, LLC
UCR Development Services, LLC
Uline
Ultralinq Healthcare Solutions Inc.
UMR
United Healthcare (Unitedhealthcare)
United Restaurant Supply Inc.
United States Endoscopy Group Inc.
Universal Hospital Services Inc.
Universal Protection Service LP
University Physicians, Inc.

USA Mobile Drug Testing
Velocity Boys Inc.
VHS San Antonio Partners LLC
Vic The Picc, Southwest, LLC
Vizient Inc.
Volt Master Electric, Inc.
W.L. Gore & Associates Inc.
W.W. Grainger Inc.
WC Medical Center LLC
WCB Medical Center LLC
Weld County Treasurer
Wells Fargo Financial Leasing Inc.
Western Healthcare LLC
Western States Fire Protection
Westport Linen Services LLC
White Mountain Medical Staffing
Wilkinson Brimmer Katcher
Wise Safety & Environmental Inc.
Wood, Patel & Associates, Inc.
Woodglen Medical Center LLC
Woodlands Joint Power Agency
Woolpert Inc.
Workplace Solutions, Inc.
Wylie Medical Center LLC
Yelp Inc.
Yes Lighting Of Texas Inc.
YPS Group, Inc.
Zimmer Biomet
Zimmer Biomet Holdings Inc.
Zimmer Us Inc.
ZRG Partners, Inc.

**UST Attorneys**
Elizabeth Ziegler
Erin Schmidt
Lisa Lambert
Meredyth Kippes
Nancy Resnick

**Banks**
Bank of America N.A.
JP Morgan Chase Bank, N.A.

**Officers and Directors**
Daniel W. Rosenberg
David Pyle
Frank R. Williams Jr.
Gregory W. Scott
Jeffery S. Vender
Michael Stephens
Richard Covert
Ronald L. Taylor
Scott Macomber
Stephen M. Mengert (Steve Mengert)
Steven V. Napolitano
Tim Mueller

**Former Officers and Directors**
Graham Cherrington
Thomas S. Hall
Timothy L. Fielding

**Former Lender Group**
Bank of America NA
Bank of Montreal
Fifth Third Bank
Goldman Sachs Bank USA
LegacyTexas Bank
Raymond James Bank, N.A.
Regions Bank
SunTrust Bank

**Current Lender Group**
Deerfield Management Company

**Insurance Provider**
Afco Credit Corporation
Aon Risk Services Northeast Inc.
Arch Specialty Insurance Company
Delta Dental Insurance Co
First Insurance Funding Corp.
Health Care Service Corporation Blue Cross
Lincoln Financial Life Insurance Company
The Plexus Group LLC

**JV Partners**
Dignity Health
Mount Carmel Health System
Ochsner Clinic Foundation
Texas Health Resources
University of Colorado Health

**Third Party Administrators**
Evident LLC
Exponent Technologies, Inc.
HealthStream, Inc.
iCIMS, Inc.
McKesson Corporation
The Encompass Group

**Ordinary Course Professionals**
Chaiken Legal Group P.C.
Hughes Arrell Kinchen LLP
Kelly Hart & Hallman LP
KPMG LLP
Montgomery Coscia Greilich LLP
Munsch Hardt Kopf & Harr, PC
Patton Boggs LLP
Polsinelli PC (Polsinelli Shughart PC)
Pricewaterhousecoopers LLP (PWC)
Protiviti Inc.
RSM US LLP
Simpson Thacher & Barlett LLP
Vinson & Elkins LLP

**Restructuring Professionals**
DLA Piper LLP (US)
Epiq Bankruptcy Solutions LLC
FTI Consulting
Houlihan Lokey Capital, Inc.
Joele Frank, Wilkinson, Brimmer, Katcher

**Over 5% Equity Owners**
BlackRock Fund Advisors
Deerfield Management Company
Franklin Advisers, Inc.
Morgan Stanley & Company, LLC
Sterling Capital Partners
Sterling Partners
The Vanguard Group, Inc.
TPG-Axon Management, L.P.
Wexford Capital LP

**Landlords**
12805 I-10 LLC
2020 East Riverside Dr, LP
28606 Northwest Freeway Cypress TX LLC
327 East 84th St Inc.
4808 North McCarty LLC
5530 Tezel LLC
AC55-1 Group LLC
Aishar LLC
Ameriland Enterprises, LLC
A-S 117 Shops At The Reserve
A-S 85 Victory Lakes Town Center LP
Baum Properties LLC
BDC Family Limited Partnership
Belt 15 Partners LLC
Benevento Properties LLC
Bhatia Family Partnership
Brazos Tc South Partnership A, LP
Bruce S. Galanter
C&C Potranco West-27
Cantor Real Estate Income And Opportunity Fund
Center At Eagle's Nest
Carole J. Cohen (CJC 18-2 LLC)
CCMR 18 LLC
Choperena Family Limited Partnership
Colorado Springs I Medical Properties
Crazy Eight, LLC
Cross Development Custer - 121 LLC
Cross Timbers Tt Owner LLC
Cypress Village, Cypress TX LLC
Dellwood Centre LLC
Dennis R. Galanter
Dillon Companies / King Soopers
El Paso Warehouse Properties
Erazo Realty, LP
Et Broomfield, LLC
Et Phoenix Fc. LLC
FFI TX Horizon
FIUSA Texas LLC
Gail Gelles
Gail W Gelles Family Exempt Irrevocable Trust
Gerry And Monica Schwarzblatt Trust
Gorgee, LLC
Hayco Realty, LLC
Hickory Creek Crossing LP
Highlands Shopping Center, LLC
Hooten Family Trust "A"
Horizon Park Partners, LLC
HSM Crossing LLC
Huicheng Star Development LLC
Ira PMRG Baseline JV
Ira PMRG Mesa JV, LLC
Ira PMRG Surprise JV LLC
Jaime And Irene Sirebrenik Trust
Jani Companies LLC
K&E Limited Partnership
Kendrew Investments LLC
LG Centerville & NW Hwy LLC

LG Summer Valley FCER, LLC
Licciardi Family Partnership
Marketplace East (P1)
Marrero Land and Improvement Association
Mbh Mesquite LLC
Megdal Chambers & Mississippi, LLC
MLE Restaurant Group LLC (Milton Ehrlich)
MPT Operating Partnership LP
MQ Arvada LLC
MTL Jamie LLC
MTL Jennifer LLC
Murphy Marketplace Station LLC
Olive Marketplace LLC
Pasatiempo Apartments
Pat Heyl & Barbara Heyl
Pavillion Park Center Ltd
Phillips Edison Westwood Station
Prime Healthcare Investors - Littleton, LLC
Prime Healthcare Investors - Wylie, LLC
Putnam Avenue Properties, Inc.
Rebound Retail LLC
RLC Jenna 18 LLC
RLC Justin 18 LLC
Round Rock ER LLC
Sahm Properties Woodland Hills Inc.
Snyder Family Trust
Southpark Cinco Ranch LLC
Stoddard, Kim
Stone-Lewis 1031, LLC
The Woodlands Land Development Company, LP
TMKY NADG Flintridge LP
Tower Commons LLC
Us Regency Retail I, LLC
W Wagenseil Testamentary Trust FBO Gail Gelles
Wav Chandler LLC
Wenzhold, LP
WFC Beach Western Commons LLC
Woldert Rentals, LLC

**Taxing Authorities**
Arizona Dept Of Revenue
Bexar County Taxing Authority
Clermont County Taxing Authority
Colorado Dept Of Revenue
Dallas County Taxing Authority
Denver County Assessor Office
Harris County Taxing Authority
Internal Revenue Service
Jefferson Parish Taxing Authority
Louisiana Dept Of Revenue
Louisiana Dept Of Revenue
Maricopa County Taxing Authority
Ohio Dept Of Taxation
Ohio Dept Of Taxation
Texas Comptroller Of Public Accounts
Travis County Taxing Authority

| **Litigation Parties** | **LC Beneficiary** |
|---|---|
| Alexander Lee, M.D. | Baseline Partners Development LLC |
| BMO Capital Markets Corp. | MPT Of Allen Fcer |
| Brent Blonigan | MPT Of Alvin Fcer |
| Brian Elmore | MPT Of Aurora Fcer |
| Chaile Steinberg | MPT Of Brodie Fcer, LLC |
| Chatan Patel | MPT Of Broomfield Fc |
| Cheri Russell | MPT Of Carrollton Ad |
| Cheryl Denise Elmore | MPT Of Cedar Hill Fc |
| Daniel J. Hosler | MPT Of Champion Fore |
| Daniel W. Rosenberg | MPT Of Chandler Fcer |
| David Adkinson | MPT Of Chandler-Ray Fcer |
| Deutsche Bank Securities Inc. | MPT Of Commerce City |
| Diana Duran | MPT Of Conroe Fcer |
| Dougherty & Company LLC | MPT Of Converse Fcer |
| Dynaten Corporation | MPT Of Denver 48th F |
| Evercore Group L.L.C. | MPT Of Firestone Fce |
| Florencio Lucio | MPT Of Fort Worth Fc |
| Frank R. Williams Jr. | MPT Of Fountain Fcer |
| Goldman, Sachs & Co. | MPT Of Frisco Fcer, |
| Hill & Wilkinson Construction Group, Ltd. | MPT Of Gilbert Fcer |
| Hill & Wilkinson Ltd. | MPT Of Glendale Fcer |
| Hill & Wilkinson Management, LLC | MPT Of Houston Vintage Ad, LLC |
| Jackie Elmore | MPT Of Houston-Eldri |
| Jeffrey S. Vender | MPT Of Little Elm Fcer, LLC |
| Justin Elmore | MPT Of Mckinney Fcer |
| Kenneth W. Deeb, MD, PA | MPT Of Missouri City |
| Krissa Price | MPT Of Nacogdoches F |
| Laborers' Local 235 Benefit Funds | MPT Of North Gate Fc |
| Lasco Acoustics & Drywall, Inc. | MPT Of Pearland Fcer |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | MPT Of Summerwood Fc |
| Michael Price | MPT Of Thornton Fcer |
| Morgan Stanley & Co. LLC | MPT Of Victory Lakes |
| Nicka & Associates, Inc. | |
| Oklahoma Law Enforcement Retirement System | |
| Patrick Wilburn | |
| Piper Jaffrey & Co. | |
| RBC Capital Markets, LLC | |
| Ronald L. Taylor | |
| SCP III AIV THREE-FCER Conduit, L.P. | |
| SCP III AIV THREE-FCER, L.P. | |
| Stephen M. Mengert | |
| Steven V. Napolitano | |
| Thomas S. Hall | |
| Tiffany Moody | |
| Timothy L. Fielding | |
| Truman Blocker III | |
| Winston Kim | |
| Zachary Franklin, M.D. | |

**Utility Providers**

AEP Ohio
American Water Enterprises Inc.
Ameripower, LLC
Arizona Public Service Company
AT&T
Atmos Energy
Aurora Water
Birch Communications, Inc.
Black Hills Utility Holdings, Inc.
Budget Conferencing Inc.
Castro Catalina (Katy Housekeeping)
Centerpoint Energy
Centurylink
Cequel Corporation
Charter Business
Cinco Southwest Municipal Utility District No. 2
City And County Of Broomfield
City Of Allen
City Of Alvin
City Of Arlington
City Of Arvada
City Of Aurora
City Of Austin
City Of Carrollton
City Of Cedar Hill
City Of Centennial
City Of Chandler
City Of Colleyville
City Of Columbus
City Of Converse
City Of Coppell
City Of Dallas
City Of Deer Park
City Of Desoto
City Of Englewood, Colorado
City Of Fort Worth
City Of Fountain
City Of Friendswood - Utility
City Of Frisco
City Of Garland, Texas
City Of Glendale
City Of Goodyear
City Of Helotes, Development Services Department
City Of Highland Village
City Of Houston
City Of Houston - Ara
City Of Katy
City Of La Porte
City Of League City
City Of Lewisville
City Of Little Elm
City Of Longmont
City Of Mansfield
City Of McKinney
City Of Mesa
City Of Mesquite
City Of North Richland Hills

City Of Pearland
City Of Pflugerville
City Of Phoenix
City Of Plano
City Of Richardson
City Of Rosenberg
City Of Round Rock
City Of Surprise
City Of Tempe
City Of Thornton
City Of Wylie
City Public Service Board
Cogent Communications, Inc.
Colorado Springs Utilities
Comcast
Communication By Hand LLC
Community Waste Disposal LP
Consolidated Communications
Cornerstones Mud
Coserv
Cox Communications Phoenix
Cox Communications, Inc.
Denver Water Administration Building
Directv
Entergy
EN-Touch Systems, Inc.
Farmers Electric
Faulkey Gully Mud
First Colony Mud No 9
Fort Bend County Mud #118
Fort Worth Water Department
Frontier Communications Of The Southwest Inc.
Gexa Energy
Grande Communications
Grayson-Collin Electric Co-Op
Green Mountain Energy
Harris County Alarm Detail
Harris County Mud #342
Harris County Mud #358 - Utility
Harris County Mud #468
Harris County WCID 114
Harris-Montgomery Counties Municipal Utility District No. 386
Hickory Creek Crossing (Utility)
Highlands Ranch Metro District
I.C. System, Inc.
Intermountain Rural Electric Association
Io Phoenix One, LLC
Jefferson Parish
Language Line
Level (3) Communications
Northwest Park Mud
Nrg Energy, Inc.
Ohio Power Company
Oncor Electric Delivery Company LLC
Oneok, Inc.
PR Newswire Assoc. LLC
Progressive Waste Solutions Of Tx, Inc.

Public Service Company
Public Services Company Of Colorado
Purple Communications
Republic Waste
Rhino Communications
Salt River Project Agricultural Improvement And Power District
San Antonio Water System
Si Energy, LP
Sienna Plantation Management District
So Adams County Water & Sanitation District
Sourcegas Holdings LLC
South Adams County Water & Sanitation District
South Arapahoe Sanitation District
Southeast Metro Stormwater Authority
Southern Montgomery Mud
Southwest Gas Corporation
Sparkletts And Sierra Spring
St Vrain Sanitation District
Stonegate Village Metropolitan District
Texas Gas Service Company

Time Warner Cable Enterprises LLC
Town Of Firestone
Town Of Flower Mound
Town Of Gilbert
TXU Delivery Company
TXU Energy
United Power, Inc.
Verizon Communications
Verizon Southwest
Verizon Wireless Services LLC
Waste Corporation Of Texas
Waste Management
WC Of Texas
WCI Of Colorado Springs
WCMP Phase I Condo
West Harris County Mud #9
Willowbrook Water And Sanitation District
WSS - 3 Shops At Conroe Plaza
Xcel Energy
XO Communications

**Exhibit B**
(Current Clients)

| | |
|---|---|
| 3MEBS Property Company, LLC | Current client |
| Abbott Diabetes Care Sales Corporation | Affiliate of current client Abbott Laboratories |
| ABM Building & Energy Solutions Inc. | Affiliate of current client ABM Industries Inc. |
| AGH Laveen LLC | Joint venture between Debtors and current client Dignity Health |
| AGH Laveen LLC | Joint venture between Debtors and current client Dignity Health |
| AGH Mesa LLC | Joint venture between Debtors and current client Dignity Health |
| AGH Mesa LLC | Joint venture between Debtors and current client Dignity Health |
| AGH Phoenix LLC | Joint venture between Debtors and current client Dignity Health |
| AGH Phoenix LLC | Joint venture between Debtors and current client Dignity Health |
| Airgas, Inc. | Current client |
| Alere Inc. | Current client |
| Allen Bethany Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Alpha Services Corporation | Affiliate of current client Service Corporation International |
| American Express | Current client |
| Aon Risk Services Northeast Inc. | Affiliate of current client AON PLC |
| Apple, Inc. | Current client |
| Arch Specialty Insurance Company | Affiliate of current client Arch Insurance Group |
| Arizona Dept Of Revenue | Currently representing entities of the State of Arizona |
| Arvada Ralston Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Ascension Group Architects, LLP | Current client |
| AT&T | Current client |
| B Braun Medical Inc. | Current client |
| Bank of America NA | Current client |
| Bank of Montreal | Current client |
| Baptist Health System | Current client |
| Basswood Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Baxter Healthcare Corporation | Affiliate of current client Baxter International Inc. |
| Beckman Coulter Inc. | Current client |
| Becton, Dickinson And Company | Current client |
| Bexar County Taxing Authority | Affiliate of current client Bexar County |
| Bibby Financial Services (Midwest) Inc. | Affiliate of current client Bibby Financial Services Limited |
| Binswanger Glass | Prior affiliate of current client Vitro |
| Binswanger Holding Corp | Affiliate of Binswanger Glass, prior affiliate of current client Vitro |
| Biomet Sports Medicine, LLC | Affiliate of current client Biomet, Inc. |
| Biomet, Inc. | Current client |
| Bio-Rad Laboratories, Inc. | Current client |
| Black & Decker SWS Vidmarlista Innerspace | Affiliate of current client Black & Decker, Inc. |
| BlackRock Fund Advisors | Affiliate of current client Blackrock, Inc. |
| Blue Cross & Blue Shield Attn: Central | Affiliate of current client Blue Cross Blue Shield Ventures |

| Region | |
|---|---|
| Blue Preferred PPO | Affiliate of current client Blue Cross Blue Shield Ventures |
| Blue Shield Of Arizona PPO | Affiliate of current client Blue Cross Blue Shield Ventures |
| BMO Capital Markets Corp. | Current client |
| Bracco Diagnostics, Inc. | Current client |
| Breg, Inc. | Prior subsidiary of current client Orthofix Holdings, Inc. |
| Briargate Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Broomfield Huron Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Cardinal Health 110 LLC | Affiliate of current client Cardinal Health |
| Cardinal Health Pharmacy Services, LLC | Affiliate of current client Cardinal Health |
| Carefusion 203 Inc. | Affiliate of current client Carefusion 303 Inc. |
| Carefusion 2200 Inc. | Affiliate of current client Carefusion 303 Inc. |
| Carole J. Cohen (CJC 18-2 LLC) | Affiliate of current client VST Holdings |
| CCMR 18 LLC | Affiliate of current client VST Holdings |
| Cedar Hill Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Centerpoint Energy | Current client |
| Charter Business | Affiliate of current client Time Warner Cable Enterprises |
| Cigna Healthcare | Affiliate of current client Cigna International |
| Cigna Healthcare PPO | Affiliate of current client Cigna International |
| Cisco Systems Inc | Current client |
| Cisco Webex LLC | Affiliate of current client Cisco Systems Inc. |
| City Of Allen | Current client |
| City Of Austin | Current client |
| City Of Carrollton | Current client |
| City Of Cedar Hill | Current client |
| City Of Colleyville | Current client |
| City Of Colorado Springs | Current client |
| City Of Converse | Current client |
| City Of Dallas | Current client |
| City Of Desoto | Current client |
| City Of Fort Worth | Affiliate of current client Dallas/Fort Worth International Airport |
| City Of Highland Village | Current client |
| City Of Houston | Current client |
| City Of Houston - Ara | Current client |
| City Of League City | Current client |
| City Of McKinney | Current client |
| City Of North Richland Hills | Current client |
| City Of Plano | Current client |
| City Of Richardson | Current client |
| City Of Rosenberg | Current client |
| City Of Wylie | Current client |

| | |
|---|---|
| City Public Service Board | Affiliate of current client City of San Antonio |
| Cogent Communications, Inc. | Current client |
| Colleyville Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Colorado Springs Meadowgrass Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Colorado Springs School District 11 | Affiliate of current client City of Colorado Springs |
| Colorado Springs Utilities | Current client |
| Comcast | Current client |
| Commerce City Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Compass Group USA Inc. | Current client |
| Compugroup Medical, Inc. | Current client |
| Concur Technologies Inc. | Affiliate of current client SAP |
| Covidien LP | Affiliate of current client Given Imaging |
| Covidien Sales LLC, Dba Given Imaging | Current client |
| Cox Communications Phoenix | Affiliate of current client Cox Enterprises |
| Cox Communications, Inc. | Affiliate of current client Cox Enterprises |
| CT Corporation | Current client |
| Custer Bridges Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Dallas County Taxing Authority | Affiliate of current client Dallas County |
| Dallas-Fort Worth Hospital Council Groupone Services Inc. | Affiliate of current client Dallas-Fort Worth Hospital Council Foundation |
| Daniel W. Rosenberg | Managing director of current client Sterling Partners.  Also connections to persons (including, a current client) named Daniel Rosenberg that are believed to not be Daniel W. Rosenberg |
| David Adkinson | Connections to persons (including, a current client) named David Atkinson that are believed to not be David Adkinson |
| Davol Inc., Division Of Crbard | Affiliate of current client CR Bard |
| De Lage Landen Financial | Currently representing affiliates of De Lage Landen Financial |
| Dell Financial Services, LLC | Affiliate of current client Dell, Inc. |
| Dell Marketing, LP | Affiliate of current client Dell, Inc. |
| Depuy Synthes Sales | Affiliate of current client Johnson & Johnson |
| Desoto Beltline Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Deutsche Bank Securities Inc. | Currently representing affiliates of Deutsche Bank |
| Dignity Health | Current client |
| Directv | Affiliate of current client AT&T |
| DJO Surgical | Current client |
| DLA Piper LLP (US) | Current client |
| Dougherty & Company LLC | Affiliate of current client Dougherty Financial Group |
| Echo, Inc. | Affiliate of current client Mitsui & Co. (USA), Inc. |
| El Paso County Treasurer | Affiliate of current client El Paso County |
| Elsevier Inc. | Current client |
| EMD Millipore Corp | Affiliate of current client Merck & Co., Inc. |
| Encore Medical LP | Current client |
| Entergy | Current client |

| | |
|---|---|
| Evercore Group L.L.C. | Current client |
| Exactech Us, Inc. | Affiliate of current client Exactech (Pty) Ltd |
| Fedex | Current client |
| Fedex Office And Print Services, Inc. | Affiliate of current client Fedex |
| Fifth Third Bank | Current client |
| Firestone Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| First Texas Hospital Carrollton LLC | Joint venture between Debtors and current client Texas Health Resources |
| Fisher Scientific Company LLC | Current client |
| FM Crossing Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Fountain Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Franklin Advisers, Inc. | Current client |
| Frisco DNT Eldorado Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Frisco Preston Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Frontier Communications Of The Southwest Inc. | Affiliate of current client Frontier Communications Corp. |
| FTH DFW Partners LLC | Joint venture between Debtors and current client Texas Health Resources |
| FTI Consulting | Current client |
| Garland Shiloh Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| GE Healthcare Financial | Affiliate of current client General Electric Company |
| GE Healthcare IITS USA, Corp | Affiliate of current client General Electric Company |
| GE Healthcare, Inc. | Affiliate of current client General Electric Company |
| Goldman Sachs Bank USA | Current client |
| Goldman, Sachs & Co. | Current client |
| Grande Communications | Current client |
| Green Valley Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Grifols Diagnostic Solutions Inc. | Affiliate of current client Grifols SA |
| Halyard Health Inc. | Affiliate of current client Kimberly-Clark |
| Halyard Sales LLC | Affiliate of current client Kimberly-Clark |
| Harris County Alarm Detail | Affiliate of current client Harris County |
| Harris County MUD #342 | Potential affiliate of current client Harris County |
| Harris County Mud #358 - Utility | Potential affiliate of current client Harris County |
| Harris County MUD #468 | Potential affiliate of current client Harris County |
| Harris County Taxing Authority | Affiliate of current client Harris County |
| Harris County WCID 114 | Potential affiliate of current client Harris County |
| Harris-Montgomery Counties Municipal Utility District No. 386 | Current client |
| Haslet Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Health Care Service Corporation Blue Cross | Current client |
| Heidrick & Struggles Inc. | Affiliate of current client H&S International Inc. |
| Henry Schein, Inc. | Current client |
| Hickory Creek Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Highland Village Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |

| | |
|---|---|
| Hill And Knowlton Strategies, LLC | Affiliate of current client Hill and Knowlton Inc. |
| Hootsuite Media Inc. | Current client |
| Horizon Park Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Hospira Worldwide Inc. | Current client |
| Houlihan Lokey Capital, Inc. | Affiliate of current client Houlihan Lokey |
| HSS Inc. | Affiliate of current client UnitedHealth Group Inc. |
| Hunter's Glen Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| International Business Machines Corp | Currently representing affiliates of IBM Corp. |
| Intralinks | Current client |
| Iron Mountain | Current client |
| Johnson & Johnson Health Care Systems Inc. | Affiliate of current client Johnson & Johnson |
| Joint Commission | Affiliate of current client The Joint Commission Resources |
| JP Morgan Chase Bank, N.A. | Current client |
| Kaiser Permanente | Affiliate of current client Kaiser Foundation Hospitals |
| Karl Storz Endoscopy-America Inc. | Affiliate of current client Karl Storz GMBH & Co, KG |
| KCI USA Inc. | Current client |
| Konica Minolta Healthcare Americas Inc. | Affiliate of current client Konica Minolta |
| KPMG LLP | Current client |
| Lake Highlands Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| LegacyTexas Bank | Affiliate of current client Legacy Texas Financial Group, Inc. |
| Level (3) Communications | Current client |
| Lewisville Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Little Elm FM 423 Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Little Road Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Littleton-Bowles Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Mansfield Walnut Creek Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Maquet Cardiovascular Us Sales LLC | Current client |
| Matlock Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Mcguirewoods LLP | Current client |
| McKesson Corporation | Current client |
| Mckesson Technologies Inc. | Affiliate of current client McKesson Corporation |
| McKinney 5000 El Dorado Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Medline Industries, Inc. | Currently representing affiliates of current client Medline |
| Medtronic USA Inc. | Current client |
| Med-Turn Inc. | Affiliate of current client Med-Turn International |
| Memorial Hermann Hospital System | Current client |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Current client |
| Mesquite Town East Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Michael Price | Connections to persons (including, a current client) named Michael Price that are believed to be not the same Michael Price |

| | |
|---|---|
| Mid-Collin County Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Mindray Ds USA, Inc. | Affiliate of current client Mindray North America |
| Morgan Stanley & Co. LLC | Current client |
| Morgan Stanley & Company, LLC | Current client |
| MTL Jamie LLC | Affiliate of current client VST Holdings |
| MTL Jennifer LLC | Affiliate of current client VST Holdings |
| National Association Of Letter Carriers Health | Affiliate of current client National Association Of Letter Carriers Health of the USA |
| North Aurora Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| North Dallas Tollway Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| North Powers Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Nrg Energy, Inc. | Current client |
| NRH Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Nuance Communications, Inc. | Current client |
| Ochsner Health Partners | Joint venture between Debtors and current client Ochsner Health System |
| Ochsner Health Partners Hospital LLC | Joint venture between Debtors and current client Ochsner Health System |
| Olympus America Inc. | Current client |
| Orkin Pest Control | Affiliate of current client Orkin Systems Inc. |
| Ortho-Clinical Diagnostics Inc. | Current client |
| Oxford Immunotec Inc. | Affiliate of current client Oxford Immunotec Limited |
| Parker-Lincoln Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Pathology Associates Ltd | Affiliate of current client Dignity Health |
| Patton Boggs LLP | Current client |
| Pitney Bowes | Current client |
| Plano ERCare Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Polsinelli PC | Current client |
| Pricewaterhousecoopers LLP | Current client |
| Progressive Waste Solutions Of Tx, Inc. | Affiliate of current client Progressive Waste Solutions Ltd. |
| Protiviti Inc. | Current client |
| Public Service Company | Affiliate of current client Excel Energy |
| Public Services Company Of Colorado | Affiliate of current client Excel Energy |
| Raymond James Bank, N.A. | Current client |
| RBC Capital Markets, LLC | Current client |
| Reed Elsevier dba State Net | Current client |
| Regions Bank | Current client |
| Richardson Mimosa Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| RLC Jenna 18 LLC | Affiliate of current client VST Holdings |
| RLC Justin 18 LLC | Affiliate of current client VST Holdings |
| Ronald L. Taylor | Board member of current client Devry, Inc.  Also connections to persons (including, a current client) named Ronald Taylor that are believed to not be Ronald L Taylor |
| Rowlett Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| RSM US LLP | Current client |

| | |
|---|---|
| RSM Us Product Sales LLC | Affiliate of current client RSM US LLP |
| Sahm Properties Woodland Hills Inc. | Affiliate of current client Sahm Family Foundation |
| Samuel Farm Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| San Antonio Water System | Current client |
| Sears Roebuck & Company | Currently representing affiliates of Sears Roebuck & Company |
| Sedgwick | Current client |
| Servicenow Inc. | Current client |
| Seyfarth Shaw LLP | Current client |
| Siemens Healthcare Diagnostics Inc. | Affiliate of current client Seimens AG |
| Smith & Nephew Inc. | Current client |
| So Adams County Water & Sanitation District | Potential affiliate of current client Adams County, Colorado |
| Solium Capital LLC | Current client |
| Solium Holdings USA, Inc. | Affiliate of current client Solium Capital LLC |
| South Adams County Water & Sanitation District | Potential affiliate of current client Adams County, Colorado |
| Southwest Gas Corporation | Current client |
| St Josephs Pathology | Affiliate of current client Dignity Health |
| Stanley Access Technologies, LLC | Affiliate of current client Black & Decker |
| State Of Arizona | Currently representing entities of the State of Arizona |
| Stericycle Inc. | Current client |
| Steris Corporation | Current client |
| Sterling Capital Partners | Affiliate of current client Sterling Partners |
| Sterling Partners | Current client |
| Steven V. Napolitano | Partner at current client DLA Piper LLP (US) |
| Stryker Instruments | Affiliate of current client Stryker Corp. |
| Stryker Sales Corporation | Affiliate of current client Stryker Corp. |
| Stryker Sales Corporation (Endoscopy) | Affiliate of current client Stryker Corp. |
| SunTrust Bank | Current client |
| Sysmex America Inc. | Affiliate of current client Sysmex Asia Pacific PTE Ltd. |
| Tallyn's Reach Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Taylor Corporation Standard Register Inc. | Affiliate of current client Taylor Corp. |
| Taylor Corporation-Everglades Direct Inc. | Affiliate of current client Taylor Corp. |
| Tetra Tech Inc. | Current client |
| Texas Comptroller Of Public Accounts | Current client |
| Texas Dept Of State Health Services | Currently representing entities of the State of Texas |
| Texas Health Resources | Current client |
| Texas West Oaks Hospital | Affiliate of current client Universal Health Services |
| The George Washington University | Affiliate of George Washington University Hospital, an affiliate of current client Universal Health Services |
| The Vanguard Group, Inc. | Current client |
| Thomas S. Hall | Connections to persons named Thomas Hall or Tom Hall that are believed to not be Thomas S. Hall |

| | |
|---|---|
| Thornton 136th Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Thyssenkrupp Elevator Corporation | Affiliate of current client Thyssenkrupp AG |
| Time Warner Cable Enterprises LLC | Affiliate of former client Charter Communications, LLC |
| Town Of Flower Mound | Current client |
| TPG-Axon Management, L.P. | Current client |
| Trane U.S. Inc. | Affiliate of current client Trane |
| Travis County Taxing Authority | Potential affiliate of current client Travis County MUD No. 21 |
| Trump Miami Resort Management LLC | Potential affiliate of current client Trump Developments Ltd. |
| T-System, Inc. | Current client |
| TXU Delivery Company | Affiliate of current client EFH |
| TXU Energy | Affiliate of current client EFH |
| UCHealth Broomfield Hospital LLC | Joint venture between Debtors and current client UCHealth |
| UCHealth Colorado Springs Hospital LLC | Joint venture between Debtors and current client UCHealth |
| UCHealth Partners LLC | Joint venture between Debtors and current client UCHealth |
| UMR | Affiliate of current client United HealthGroup Inc. |
| United Healthcare | Affiliate of current client United HealthGroup Inc. |
| University of Colorado Health | Current client |
| Verizon Communications | Current client |
| Verizon Southwest | Affiliate of current client Verizon Communications |
| Verizon Wireless Services LLC | Affiliate of current client Verizon Communications |
| VHS San Antonio Partners LLC | Affiliate of current client Vanguard Health Systems |
| Vinson & Elkins LLP | Current client |
| Vizient Inc. | Current client |
| W.L. Gore & Associates Inc. | Currently representing affiliates of W.L. Gore & Associates Inc. |
| W.W. Grainger Inc. | Current client |
| Waste Management | Current client |
| WC Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| WCB Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Wells Fargo Financial Leasing Inc. | Affiliate of current client Wells Fargo Bank N.A. |
| West Harris County MUD #9 | Potential affiliate of current client Harris County |
| Wexford Capital LP | Affiliate of current client Wexford Management LLC |
| Woodglen Medical Center LLC | Joint venture between Debtors and current client UCHealth |
| Workplace Solutions, Inc. | Current client |
| Wylie Medical Center LLC | Joint venture between Debtors and current client Texas Health Resources |
| Xcel Energy | Current client |
| Yelp Inc. | Current client |
| Zimmer Biomet Holdings Inc. | Current client |
| Zimmer Us Inc. | Current client |

**Exhibit C**
(Former Clients)

| | |
|---|---|
| AAA Cooper Transportation | Former client |
| Admiral Linen & Uniform | Affiliate of former client Alsco, Inc. |
| AEP Ohio | Affiliate of former client American Electric Power |
| Aetna | Former client |
| Aetna PPO | Affiliate of former client Aetna |
| Alimed Inc. | Former client |
| Anthem BC/BS | Affiliate of former client Anthem, Inc. |
| Anthem Blue Cross & Blue Shield Central Region | Affiliate of former client Anthem, Inc. |
| Anthem Medical Center LLC | Affiliate of former client Anthem, Inc. |
| Atmos Energy | Former client |
| BDC Family Limited Partnership | Affiliate of former client Bobby Cox Companies, Inc. |
| Black Hills Utility Holdings, Inc. | Affiliate of former client Black Hills Corp. |
| Blood Systems Inc. | Former client |
| City Of Lewisville | Former client |
| Conmed Corporation | Affiliate of former client Conmed Endoscopic Technologies, Inc. |
| Cy-Fair Bone & Joint LLP | Former client |
| David Adkinson | Connections to persons (including, a current client) named David Atkinson that are believed to not be David Adkinson |
| De Lage Landen Financial | Represent affiliates of De Lage Landen Financial |
| Deutsche Bank Securities Inc. | Represent affiliates of Deutsche Bank |
| Dillon Companies / King Soopers | Affiliate of former client Kroger |
| Envser, LLC (Enviroserve) | Former client |
| Evoqua Water Technologies LLC | Prior affiliate of former client Siemens AG |
| EWT Holdings Iii Corp | Prior affiliate of former client Siemens AG |
| Faulkey Gully Mud | Former client |
| Fort Bend County MUD #118 | Potential affiliate of former client Fort Bend County |
| Gexa Energy | Affiliate of former client Nexterra Energy Resources |
| Green Mountain Energy | Former client |
| Integra Lifesciences Corporation | Former client |
| International Business Machines Corp | Represent affiliates of IBM Corp. |
| Kelly Hart & Hallman LP | Former client |
| Laboratory Corporation Of America | Former client |
| Lincoln Financial Life Insurance Company | Affiliate of former client Lincoln National Life Insurance |
| Merry X-Ray, Inc. | Affiliate of former client Merry X-Ray Chemical Corp. |
| Michael Price | Connections to persons (including, a current client) named Michael Price that are believed to not be the same Michael Price |

| | |
|---|---|
| Molina Healthcare | Former client |
| Neofunds By Neopost | Affiliate of former client Neopost |
| Ochsner Clinic Foundation | Affiliate of former client Ochsner Health System |
| Oncor Electric Delivery Company LLC | Affiliate of former client TXU Corp. |
| Republic Title Of Texas, Inc. | Former client |
| Republic Waste | Affiliate of former client Republic Services |
| Southern Montgomery Mud | Former client |
| Spiral Software | Former client |
| Terminix Service Co Inc. | Affiliate of former client The Servicemaster Co. |
| Texas Gas Service Company | Affiliate of former client ONE Gas, Inc. |
| The Plexus Group LLC | Former client |
| The Richards Group, Inc. | Former client |
| Thomas S. Hall | Connections to persons named Thomas Hall or Tom Hall that are believed to not be Thomas S. Hall |
| WCI Of Colorado Springs | Affiliate of former client Waste Connections, Inc. |
| XO Communications | Former client |