| | |
|---|---|
| Edward S. Weisfelner (*pro hac vice*) | Phillip Lamberson – SBT #00794134 |
| Jeffrey L. Jonas (*pro hac vice*) | Rakhee V. Patel – SBT #00797213 |
| Bennett S. Silverberg (*pro hac vice*) | Annmarie Chiarello – SBT #24097496 |
| **BROWN RUDNICK LLP** | **WINSTEAD PC** |
| Seven Times Square | 500 Winstead Building |
| New York, NY 10036 | 2728 N. Harwood Street |
| Telephone: (212) 209-4800 | Dallas, TX 75201 |
| Facsimile: (212) 209-4801 | Telephone: (214) 745-5400 |
| | Facsimile: (214) 745-5390 |

*Counsel to the Official Committee*
*of Equity Security Holders of Adeptus Health Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ADPT DFW HOLDINGS LLC, *et al.*, | § | Case No. 17-31432 (SGJ) |
| | § | |
| Debtors. | § | Jointly Administered under Case No. 17-31432 |
| | § | |

**COMPENDIUM OF EXHIBITS TO THE EMERGENCY**
**MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY**
**HOLDERS OF ADEPTUS HEALTH INC. FOR AN ORDER (I) APPOINTING**
**A TRUSTEE FOR THE CHAPTER 11 ESTATE OF ADEPTUS HEALTH INC.**
**PURSUANT TO BANKRUPTCY CODE SECTION 1104(a); OR,**
**ALTERNATIVELY, (II) APPOINTING AN EXAMINER PURSUANT**
**TO BANKRUPTCY CODE SECTION 1104(c) AND TERMINATING THE DEBTORS'**
**EXCLUSIVITY PERIOD PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)**

The Official Committee of Equity Security Holders of Adeptus Health Inc. appointed in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession, by and through its undersigned counsel, hereby respectfully submits this compendium of exhibits with respect to the *Emergency Motion of the Official Committee of Equity Security Holders of Adeptus Health Inc. for an Order (I) Appointing a Trustee for the Chapter 11 Estate of Adeptus Health Inc. Pursuant to Bankruptcy Code Section 1104(a); or, Alternatively, (II) Appointing an Examiner*

*Pursuant to Bankruptcy Code Section 1104(c) and Terminating the Debtors' Exclusivity Period Pursuant to Bankruptcy Code Section 1121(d)* (the "**Motion**"), filed contemporaneously herewith. Except for the proposed plan term sheet, which is attached as **Exhibit A** to the Motion, all Exhibits referenced in the Motion refer to the Exhibits as set forth in this Compendium.

Dated: July 27, 2017
      Dallas, Texas,

Respectfully submitted,

**WINSTEAD PC**
By:

*/s/ Annmarie Chiarello*
Phillip Lamberson – SBT #00794134
Rakhee V. Patel – SBT #00797213
Annmarie Chiarello – SBT #24097496
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

- and -

**BROWN RUDNICK LLP**
Edward S. Weisfelner
Jeffrey L. Jonas
Bennett S. Silverberg
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Official Committee
of Equity Security Holders of Adeptus Health Inc.*