**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

------------------------------------------------------------

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| ADPT DFW HOLDINGS LLC, *et al.*,[1] | § | Case No. 17-31432 |
| | § | |
| Debtors. | § | Jointly Administered under Case No. 17-31432 |
| | § | |

------------------------------------------------------------

**AMENDED DECLARATION OF JANE SULLIVAN OF**
**EPIQ BANKRUPTCY SOLUTIONS, LLC, REGARDING**
**VOTING AND TABULATION OF BALLOTS CAST ON THE DEBTORS'**
**SECOND AMENDED JOINT PLAN OF REORGANIZATION PURSUANT**
**TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Jane Sullivan, declare, under penalty of perjury:

1.     I am the Executive Vice President at Epiq Bankruptcy Solutions, LLC ("Epiq")

located at 777 Third Avenue, 12th Floor, New York, New York 10017.  I am over the age of

18 years.  I do not have a direct interest in the chapter 11 cases and should be considered an

impartial party.

2.     I submit this amended declaration (the "Amended Voting Declaration") with

respect to the solicitation and tabulation of votes cast on the *Debtors' Second Amended Joint*

*Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (as amended, supplemented,

or modified from time to time, the "Plan").[2]  Except as otherwise indicated herein, all facts set

forth herein are based upon my personal knowledge or my review of relevant documents.  I am

---

[1]     The Debtors include all of the affiliated entities that are listed on the Exhibit A, attached hereto.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the
Initial Voting Declaration (as defined herein).

authorized to submit this Declaration on behalf of Epiq.  If I were called upon to testify, I could

and would testify competently as to the facts set forth herein.

3.      This Amended Declaration is filed to update the voting results with respect to

votes received and tabulated after the filing of the *Declaration of Jane Sullivan of Epiq*

*Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the Debtors'*

*Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code*,

filed September 13, 2017, [Docket No. 718] (the "Initial Voting Declaration").

4.      As noted in the Initial Voting Declaration, holders of Claims and Interests in the

following Classes (collectively, the "Voting Classes") were entitled to vote to accept or reject

the Plan.

| Class | Description |
|-------|-------------|
| Class 3 | Deerfield Secured Claims |
| Class 4 | Medical Malpractice Claims |
| Class 5 | General Unsecured Claims |
| Class 6 | Convenience Class Claims |
| Class 7 | Subordinated Claims |
| Class 8 | Existing Preferred Equity Interests |
| Class 9 | Existing Common Equity Interests |

5.      Subsequent to the filing of the Initial Voting Declaration the Debtors agreed to

waive the requirement for receipt of Ballots by the Amended Voting Deadline, and additionally,

to accept and count Ballots received by electronic mail.   Ballots received after the Amended

Voting Deadline and prior to the Extended Voting Deadlines (defined below) could be

2

considered as valid and timely and be included in the tabulation results.  Such ballots were required to be received in hard copy format by 8:00 p.m. (prevailing Central Time) on September 20, 2017, or be received by electronic mail by 11:00 a.m. (prevailing Central Time) on September 21, 2017 (together, the "Extended Voting Deadlines"). [3]

6.    All validly executed Ballots cast by holders of Claims and Interests in the Voting Classes received by Epiq on or before the Extended Voting Deadlines were tabulated as outlined in the procedures set forth in the Disclosure Statement Order and as described in the Initial Voting Declaration and herein.  I declare that the results of the voting by holders of Claims and Interests in the Voting Classes are as set forth in Exhibit B hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

7.    A comprehensive report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as Exhibit C hereto.

[*Remainder of page left intentionally blank*]

---

[3]    Evercore Group LLC submitted a Class 5 Ballot prior to the Amended Voting Deadline, and that Ballot is reported on Exhibit C as excluded from the tabulation because it did not contain an original signature. On September 21, 2017, after the Extended Voting Deadlines, a new Class 5 Ballot containing an original signature was received from Evercore Group LLC.  The Debtors waived the requirement with respect to the Extended Voting Deadlines for this later-received Class 5 Ballot, and the Evercore Group LLC vote is included in the final tabulation reported in Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:    September 21, 2017
          New York, New York

_____
Jane Sullivan
Executive Vice President
Epiq Bankruptcy Solutions, LLC

**EXHIBIT A**

## EXHIBIT A

**(Debtors Sorted Alphabetically)**

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Adeptus Health Colorado Holdings LLC | 17-31448 | 30-0857912 |
| 2. | Adeptus Health Inc. | 17-31434 | 46-5037387 |
| 3. | Adeptus Health LLC | 17-31435 | 32-0432716 |
| 4. | Adeptus Health Management LLC | 17-31455 | 32-0448472 |
| 5. | Adeptus Health Phoenix Holdings LLC | 17-31461 | 35-2487075 |
| 6. | Adeptus Health Ventures LLC | 17-31466 | 36-4802997 |
| 7. | ADPT Columbus Holdings LLC | 17-31471 | 36-4835265 |
| 8. | ADPT DFW Holdings LLC | 17-31432 | 30-0857947 |
| 9. | ADPT Houston Holdings LLC | 17-31479 | 30-0857977 |
| 10. | ADPT New Orleans Holdings LLC | 17-31486 | 32-0479313 |
| 11. | ADPT New Orleans Management LLC | 17-31493 | Pending |
| 12. | ADPT-AZ MPT Holdings LLC | 17-31497 | 61-1772047 |
| 13. | ADPT-AZ RE Holdings LLC | 17-31502 | 47-5241979 |
| 14. | ADPT-CO MPT Holdings LLC | 17-31508 | 47-3512571 |
| 15. | ADPT-CO RE Holdings LLC | 17-31512 | 47-3565144 |
| 16. | ADPT-Columbus MPT Holdings LLC | 17-31519 | Pending |
| 17. | ADPT-Columbus RE Holdings LLC | 17-31523 | Pending |
| 18. | ADPT-DFW MPT Holdings LLC | 17-31527 | 81-0772445 |
| 19. | ADPT-DFW RE Holdings LLC | 17-31532 | 81-0785981 |
| 20. | ADPT-Houston MPT Holdings LLC | 17-31533 | 30-0914017 |
| 21. | ADPT-Houston RE Holdings LLC | 17-31536 | 61-1781468 |
| 22. | ADPT-LA MPT Holdings LLC | 17-31542 | 81-0752643 |
| 23. | ADPT-LA RE Holdings LLC | 17-31545 | 81-0758384 |
| 24. | AJNH Medical Center LLC | 17-31548 | 36-4729524 |
| 25. | Alamo Heights SA Medical Center LLC | 17-31553 | 35-2547715 |
| 26. | Algiers Medical Center LLC | 17-31556 | 32-0455775 |
| 27. | Alvin Medical Center LLC | 17-31561 | 90-1008817 |
| 28. | Anthem Medical Center LLC | 17-31564 | 37-1740119 |
| 29. | Antoine Medical Center LLC | 17-31440 | 35-2537322 |
| 30. | Arizona General ER LLC | 17-31444 | 90-1025598 |
| 31. | Atascocita 1960 Medical Center LLC | 17-31449 | 36-4780687 |
| 32. | Austin Brodie Medical Center LLC | 17-31454 | 61-1713294 |
| 33. | Baytown Medical Center LLC | 17-31456 | 30-0840445 |
| 34. | Bella Terra Medical Center LLC | 17-31459 | 80-0957867 |
| 35. | Bender's Landing Medical Center LLC | 17-31468 | 37-1752156 |
| 36. | Blacklick Woods Medical Center LLC | 17-31475 | 30-0805532 |
| 37. | Briar Forest-Eldridge Medical Center LLC | 17-31482 | 35-2481862 |
| 38. | Broad Wagoner Medical Center LLC | 17-31488 | 35-2492252 |
| 39. | Brushy Creek Medical Center LLC | 17-31494 | 38-3923792 |
| 40. | Camelback 83rd Medical Center LLC | 17-31498 | 38-3945993 |
| 41. | Cedar Park Lakeline Medical Center LLC | 17-31505 | 35-2493773 |
| 42. | Centennial Medical Center LLC | 17-31509 | 32-0436930 |
| 43. | Center Street DP Medical Center LLC | 17-31516 | 35-2453223 |
| 44. | Chandler Germann Medical Center LLC | 17-31521 | 80-0938469 |
| 45. | Chandler Heights Medical Center LLC | 17-31525 | 32-0456525 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 46. | Cinco Ranch Medical Center LLC | 17-31529 | 61-1744313 |
| 47. | Colonial Lakes Medical Center LLC | 17-31535 | 90-1004044 |
| 48. | Colorado General Hospital LLC | 17-31539 | 35-2506314 |
| 49. | Conroe Medical Center LLC | 17-31544 | 37-1743660 |
| 50. | Converse Medical Center LLC | 17-31551 | 30-0820305 |
| 51. | Copperwood Medical Center LLC | 17-31554 | 84-1697403 |
| 52. | Creekside Forest Medical Center LLC | 17-31557 | 36-4781064 |
| 53. | Culebra-Tezel Medical Center LLC | 17-31559 | 90-1020838 |
| 54. | De Zavala Medical Center LLC | 17-31560 | 30-0879734 |
| 55. | Dublin Medical Center LLC | 17-31563 | 80-0965351 |
| 56. | Eagles Nest Medical Center LLC | 17-31565 | 04-3847518 |
| 57. | East Mesa Medical Center LLC | 17-31437 | 90-1033851 |
| 58. | East Pflugerville Medical Center LLC | 17-31439 | 90-1023315 |
| 59. | East Riverside Medical Center LLC | 17-31442 | 38-3973259 |
| 60. | ECC Management, LLC | 17-31443 | 16-1711879 |
| 61. | FCER Management, LLC | 17-31447 | 11-3798239 |
| 62. | First Choice ER, LLC | 17-31436 | 27-5348156 |
| 63. | First Texas Hospital Cy-Fair LLC | 17-31451 | 47-3480091 |
| 64. | Four Points Medical Center LLC | 17-31464 | 38-3938637 |
| 65. | Friendswood Medical Center LLC | 17-31469 | 38-3916132 |
| 66. | FTH Houston Partners LLC | 17-31474 | 47-3466871 |
| 67. | Garland Centerville Medical Center LLC | 17-31477 | 35-2537960 |
| 68. | Gilbert  Medical Center LLC | 17-31481 | 80-0940827 |
| 69. | Gleannloch Farms Medical Center LLC | 17-31485 | 35-2481256 |
| 70. | Glendale Medical Center LLC | 17-31489 | 90-1012820 |
| 71. | Goodyear Medical Center LLC | 17-31490 | 90-1007336 |
| 72. | Greenville Stacy Medical Center LLC | 17-31492 | 38-3926926 |
| 73. | Guadalupe River Medical Center LLC | 17-31496 | 35-2514826 |
| 74. | Hampden Tower Medical Center LLC | 17-31499 | 38-3928757 |
| 75. | Helotes Medical Center LLC | 17-31501 | 36-4782313 |
| 76. | Hilliard  Medical Center LLC | 17-31504 | 35-2491198 |
| 77. | Houston 9520 Jones Medical Center LLC | 17-31507 | 32-0432459 |
| 78. | Houston  FM 1960 Medical Center LLC | 17-31511 | 37-1783329 |
| 79. | Katy ER Center LLC | 17-31514 | 45-2583773 |
| 80. | Keller Medical Center LLC | 17-31517 | 61-1736669 |
| 81. | Kingwood Medical Center LLC | 17-31520 | 80-0684495 |
| 82. | Kuykendahl Medical Center LLC | 17-31524 | 34-2028269 |
| 83. | La Porte Medical Center LLC | 17-31526 | 80-0927953 |
| 84. | Lakewood Forest Medical Center LLC | 17-31530 | 90-1013791 |
| 85. | League City Medical Center LLC | 17-31438 | 36-4766358 |
| 86. | Legacy Trails Medical Center LLC | 17-31441 | 61-1744649 |
| 87. | Lewis Center Medical Center LLC | 17-31445 | 32-0431791 |
| 88. | Litchfield Park Medical Center LLC | 17-31446 | 36-4801379 |
| 89. | Louetta Medical Center LLC | 17-31450 | 74-3178584 |
| 90. | Marrero Medical Center LLC | 17-31453 | 61-1753468 |
| 91. | Meadowbrook Heights Medical Center LLC | 17-31457 | 32-0448039 |
| 92. | Medical Center of Crosby Lynchburg LLC | 17-31458 | 38-3922039 |
| 93. | Medical Center of Spring Rayford Richards LLC | 17-31462 | 37-1747613 |
| 94. | Mesa Tierra Medical Center LLC | 17-31465 | 35-2523890 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 95. | Midlothian Medical Center LLC | 17-31470 | 30-0802928 |
| 96. | Mountain Park Ranch Medical Center LLC | 17-31473 | 38-3939092 |
| 97. | National Medical Professionals of Arizona LLC | 17-31478 | 37-1757007 |
| 98. | National Medical Professionals of Ohio LLC | 17-31483 | 30-0829176 |
| 99. | New Orleans East Medical Center LLC | 17-31510 | 61-1753435 |
| 100. | Northwest Harris County Medical Center LLC | 17-31538 | 36-4781722 |
| 101. | Ohio General ER LLC | 17-31540 | 38-3918055 |
| 102. | Ohio General Hospital LLC | 17-31547 | 80-0956267 |
| 103. | OpFree Licensing LP | 17-31549 | 01-0831027 |
| 104. | OpFree RE Investments,  Ltd. | 17-31558 | 06-1740727 |
| 105. | OpFree, LLC | 17-31562 | 34-2028263 |
| 106. | Pearland 518 Medical Center LLC | 17-31566 | 90-1025398 |
| 107. | Pearland Parkway Medical Center LLC | 17-31567 | 51-0576704 |
| 108. | Pearland Sunrise Medical Center LLC | 17-31568 | 90-1001726 |
| 109. | Pflugerville Medical Center LLC | 17-31569 | 45-2552050 |
| 110. | Potranco Medical Center LLC | 17-31570 | 80-0966887 |
| 111. | Provinces Medical Center LLC | 17-31571 | 80-0967881 |
| 112. | Queen Creek Medical Center LLC | 17-31572 | 32-0457346 |
| 113. | Rosenberg Medical Center LLC | 17-31452 | 80-0964882 |
| 114. | Roy Richard Medical Center LLC | 17-31460 | 35-2491802 |
| 115. | San Antonio Nacogdoches Medical Center LLC | 17-31463 | 80-0937326 |
| 116. | San Tan Valley Medical Center LLC | 17-31467 | 36-4801184 |
| 117. | Seguin Foster Medical Center LLC | 17-31472 | 35-2532650 |
| 118. | Sienna Plantation  Medical Center LLC | 17-31476 | 90-1009094 |
| 119. | South Bend Medical Center LLC | 17-31480 | 61-1770288 |
| 120. | South Carrier Medical Center LLC | 17-31484 | 32-0429602 |
| 121. | South Green Oaks Medical Center LLC | 17-31487 | 90-1012518 |
| 122. | Spanish Oaks Medical Center LLC | 17-31491 | 90-1012951 |
| 123. | Spring 2920 Medical Center LLC | 17-31495 | 36-4776092 |
| 124. | Spring Green Medical Center LLC | 17-31500 | Pending |
| 125. | SSH Medical Center LLC | 17-31503 | 77-0666943 |
| 126. | Sterling Ridge Medical Center II LLC | 17-31506 | 32-0439505 |
| 127. | Sterling Ridge Medical Center LLC | 17-31513 | 16-1711883 |
| 128. | Summerwood Medical Center LLC | 17-31515 | 30-0802964 |
| 129. | Surprise Medical Center LLC | 17-31518 | 90-1012038 |
| 130. | SW Chandler Medical Center LLC | 17-31522 | 90-1032288 |
| 131. | Sycamore School Medical Center LLC | 17-31528 | 35-2494277 |
| 132. | Tempe McClintock Baseline Medical Center LLC | 17-31531 | 38-3923748 |
| 133. | Tempe Rural-Baseline Medical Center LLC | 17-31534 | 30-0852296 |
| 134. | Texas Regional Hospital LLC | 17-31537 | 37-1753820 |
| 135. | Victory Lakes Medical Center LLC | 17-31541 | 37-1751372 |
| 136. | Wadsworth-Belleview Medical Center LLC | 17-31543 | 35-2486458 |
| 137. | Waterside Medical Center LLC | 17-31546 | 36-4767886 |
| 138. | White Settlement Medical Center LLC | 17-31550 | 38-3970573 |
| 139. | Wilderness-Hardy Oak Medical Center LLC | 17-31552 | 80-0954867 |
| 140. | William Cannon Medical Center LLC | 17-31555 | 35-2493839 |

**EXHIBIT B**

## EXHIBIT B

ADPT DFW Holdings LLC
Tabulation Summary

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| **3** | **DEERFIELD SECURED CLAIMS** | 1 | 0 | $165,000,000.00 | $0.00 | Accepting |
| | | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| **4** | **MEDICAL MALPRACTICE CLAIMS** | | No votes were returned in this Class | | | N/A |
| **5** | **GENERAL UNSECURED CLAIMS** | 19 | 18 | $141,762,786.36 | $5,579,232.22 | Accepting |
| | | **51.35%** | **48.65%** | **96.21%** | **3.79%** | |
| **6** | **CONVENIENCE CLASS CLAIMS** | 125 | 3 | $1,131,103.20 | $2,463.75 | Accepting |
| | | **97.66%** | **2.34%** | **99.78%** | **0.22%** | |
| **7** | **SUBORDINATED CLAIMS** | 0 | 3 | $0.00 | $3.00 | Rejecting |
| | | **0.00%** | **100.00%** | **0.00%** | **100.00%** | |
| **8** | **EXISTING PREFERRED EQUITY INTERESTS** | | | 0.000 | 11,813.000 | Rejecting |
| | | | | **0.00%** | **100.00%** | |
| **9** | **EXISTING COMMON EQUITY INTERESTS** | | | 1,337,140.000 | 1,712,239.000 | Rejecting |
| | | | | **43.85%** | **56.15%** | |

## **EXHIBIT C**

## EXHIBIT C

ADPT DFW HOLDINGS LLC.
Report of Excluded Ballots

| Claim / Schedule Number | Plan Class | Plan Class Description | Name | Voting Amount | Vote Accept / Reject | Ballot Number(s) | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 1361, 1363, 1365 | 5 | GENERAL UNSECURED CLAIMS | AGH PHOENIX LLC | $3.00 | Reject | 299 | DUPLICATIVE OF ANOTHER BALLOT THAT WAS COUNTED |
| 1361, 1363, 1365 | 5 | GENERAL UNSECURED CLAIMS | AGH PHOENIX LLC | $3.00 | Reject | 302 | DUPLICATIVE OF ANOTHER BALLOT THAT WAS COUNTED |
| 1382 | 5 | GENERAL UNSECURED CLAIMS | BMO CAPITAL MARKETS CORP. | $1.00 | Reject | 315 | BALLOT DOES NOT BEAR AN ORIGINAL SIGNATURE |
| 1394 | 5 | GENERAL UNSECURED CLAIMS | DEUTSCHE BANK SECURITIES INC. | $1.00 | Reject | 314 | BALLOT DOES NOT BEAR AN ORIGINAL SIGNATURE |
| 1360, 1362, 1364 | 5 | GENERAL UNSECURED CLAIMS | DIGNITY HEALTH | $3.00 | Reject | 300 | DUPLICATIVE OF ANOTHER BALLOT THAT WAS COUNTED |
| 1360, 1362, 1364 | 5 | GENERAL UNSECURED CLAIMS | DIGNITY HEALTH | $3.00 | Reject | 301 | DUPLICATIVE OF ANOTHER BALLOT THAT WAS COUNTED |
| 476 | 6 | CONVENIENCE CLASS CLAIMS | ENCISION INC | $3,104.27 | Accept | 33 | DUPLICATIVE OF ANOTHER BALLOT THAT WAS COUNTED AND BALLOT DOES NOT BEAR AN ORIGINAL SIGNATURE |
| 1384 | 5 | GENERAL UNSECURED CLAIMS | EVERCORE GROUP L.L.C. | $1.00 | Reject | 310 | BALLOT DOES NOT BEAR AN ORIGINAL SIGNATURE |
| 305 | 6 | CONVENIENCE CLASS CLAIMS | GRIFOLS DIAGNOSTIC SOLUTIONS, INC | $5,440.90 | | 5 | NO VOTE:  BALLOT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 1992 | 6 | CONVENIENCE CLASS CLAIMS | JOHNSON, MARY | $1,200.00 | | 288 | NO VOTE:  BALLOT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 797 | 5 | GENERAL UNSECURED CLAIMS | LG ARVADA FCER, LLC | $396,884.24 | Accept | 323 | BALLOT DOES NOT BEAR AN ORIGINAL SIGNATURE |
| 799 | 5 | GENERAL UNSECURED CLAIMS | LG ROWLETT FCER, LLC | $443,893.65 | Accept | 324 | BALLOT DOES NOT BEAR AN ORIGINAL SIGNATURE |
| 451002620 | 6 | CONVENIENCE CLASS CLAIMS | MAGED AMINE MD PA | $4,000.00 | | 325 | NO VOTE:  BALLOT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| Multiple claims | 5 | GENERAL UNSECURED CLAIMS | PST SERVICES LLC | $5,155,144.50 | Reject | 133-271 | DUPLICATIVE OF ANOTHER BALLOT THAT WAS COUNTED |
| 1392 | 5 | GENERAL UNSECURED CLAIMS | RBC CAPITAL MARKETS, LLC | $1.00 | Reject | 312 | BALLOT DOES NOT BEAR AN ORIGINAL SIGNATURE |