Louis R. Strubeck, Jr. (SBT 19425600)
John N. Schwartz (SBT 00797397)
Liz Boydston (SBT 24053684)
Timothy S. Springer (SBT 24088460)
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile:  (214) 855-8200

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>ADPT DFW Holdings LLC, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-31432<br><br>Jointly Administered under Case No. 17-31432 |

**STIPULATION BETWEEN THE DEBTORS AND WELLS FARGO VENDOR FINANCIAL SERVICES, LLC RESOLVING PLAN OBJECTIONS AND RESERVING RIGHTS AS TO CURE AMOUNTS**

This Stipulation is made as of September 25, 2017, by and between the above-referenced Debtors (the "Debtors") and Wells Fargo Vendor Financial Services, LLC (the "Creditor," and together with the Debtors, collectively, the "Parties").

**RECITALS**

A. WHEREAS, on April 19, 2017 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code"), thereby commencing the bankruptcy cases that are being jointly administered under the case styled as *In re ADPT DFW Holdings LLC*, Case No. 17-31432, which is pending in the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court");

---

[1] The Debtors include all of the affiliated entities that are listed on the Appendix, attached hereto.

B. WHEREAS, prior to the Petition Date, the Debtors and the Creditor entered into certain leases for equipment (cumulatively hereinafter the "Contracts");

C. WHEREAS, on August 1, 2017, the Debtors filed their *Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Dkt No. 513];

D. WHEREAS, on August 21, 2017, the Debtors filed their *Plan Supplement* [Dkt. No. 589], reflecting that the Debtors intend to assume some of the Contracts and to reject others;

E. WHEREAS, on September 11, 2017, the Creditor filed *its Objection of Wells Fargo Vendor Financial Services, LLC to Both the Debtors' Proposed "Contract Rejection Schedule" and the Debtors' Proposed "Contract Assumption Schedule"* [Dkt No. 682] (the "Assumption/Rejection Objection");

F. WHEREAS, on September 13, 2017, the Debtors filed their *Third Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Dkt No. 719] (the "Plan"), and are seeking to have the Plan confirmed by the Bankruptcy Court;

G. WHEREAS, in conjunction with the confirmation of the Plan, the Debtors further seek to assume and reject various of the Contracts under 11 U.S.C. § 365;

H. WHEREAS, the Debtors and the Creditor dispute the amount required to cure any monetary or nonmonetary defaults allegedly existing under the Contracts (together, the "Cure Amounts") for the Debtors to assume the Contracts, but otherwise agree to the assumption and rejection of the Contracts, to the satisfaction of any demand for adequate assurance of future performance, and to the confirmation of the Plan;

I. WHEREAS the Debtors and the Creditor hereby agree that it is in their mutual interests to continue negotiations regarding the Cure Amount;

J.        WHEREAS, the Debtors and the Creditor hereby agree to resolve all issues regarding the assumption and rejecting of the Contracts pursuant to 11 U.S.C. § 365 other than the Cure Amounts that are required to be paid;

## STIPULATION

**NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1.        The foregoing recitals are incorporated herein by reference as if set forth in full herein and are made an express part of this Stipulation.

2.        The Debtors and Creditor hereby agree to continue a hearing on the Assumption / Rejection Objection solely to determine the Cure Amounts, if any, that may be required to be paid pursuant to 11 U.S.C. § 365(b)(1)(A), during the omnibus hearings set on October 25, 2017, at 9:30 a.m. (prevailing Central time), and the Debtors and Creditor each reserve all rights regarding the Cure Amounts.

3.        The Creditor hereby withdraws its Assumption / Rejection Objection as to the Debtors' assumption and rejection of the Contracts pursuant to 11 U.S.C. § 365(a) and the confirmation of the Plan, and hereby withdraws all any other objections except regarding the Cure Amount, effective immediately upon the Parties' execution of this Stipulation.

4.        This Stipulation will be binding upon, and shall inure to the benefit of each of the Debtors and the Creditor, and their respective agents, employees, representatives, assigns, successors in interest, and attorneys, and shall be binding and effective despite any conversion of any of these bankruptcy cases to a case under any other chapter of the Bankruptcy Code. The Parties consent to the waiving of any stay of effectiveness provided by Federal Rule of Bankruptcy Procedure.

5. The provisions of this Stipulation shall be liberally construed to effectuate the treatment of the matters addressed herein. For purposes of determining the meaning of, or resolving any ambiguity with respect to, any word, phrase, term, or provision of this Stipulation, the Parties shall be deemed to have had equal bargaining strength in the negotiation of this Stipulation and equal control over the preparation of this document, such that neither the Stipulation nor any uncertainty or ambiguity herein shall be arbitrarily construed or resolved against any party under any rule of construction. This Stipulation shall be construed under the laws of the state of Texas.

6. This Stipulation may be signed in counterparts and by facsimile, image or by affixing "/s/." When each party has signed and delivered at least one such counterpart, or otherwise indicated in writing that it has approved the Stipulation and authorize its "/s/", each counterpart shall be deemed an original, and when taken together with the other signed counterpart, shall constitute one Stipulation.

7. The Parties agreed that each of the Parties to the Stipulation shall bear its own attorneys' fees and costs in connection with the matters resolved by this Stipulation.

8. This Stipulation constitutes the entire agreement between the Parties and may not be amended or modified in any manner except by a writing signed by each of the Parties or their counsel and approved by the Court.

AGREED:

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP** | **REAGAN MCLAIN & HATCH, LLP** |

By: */s/ Timothy S. Springer*  
Louis R. Strubeck, Jr. (SBT 19425600)  
louis.strubeck@nortonrosefulbright.com  
John N. Schwartz (SBT 00797397)  
john.schwartz@nortonrosefulbright.com  
Liz Boydston (SBT 24053684)  
liz.boydston@nortonrosefulbright.com  
Timothy S. Springer (SBT 24088460)  
tim.springer@nortonrosefulbright.com  
Norton Rose Fulbright US LLP  
2200 Ross Avenue, Suite 3600  
Dallas, Texas 75201-7932  
Telephone: (214) 855-8000  
Facsimile: (214) 855-8200  

*Attorneys for the Debtors  
and Debtors in Possession*

By: */s/ William Thomas McLain (with permission)*  
Robert J. Reagan  
William Thomas McLain  
Darren Robert Hatch  
REAGAN McLAIN & HATCH, LLP  
White Rock Tower, Suite 300  
6510 Abrams Road  
Dallas, Texas 75231  
(214) 691-6622  
(214) 691-2984 (telecopy)  

*Attorneys for Wells Fargo Vendor Financial Services, LLC*

## Appendix
## (Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Adeptus Health Colorado Holdings LLC | 17-31448 | 30-0857912 |
| 2. | Adeptus Health Inc. | 17-31434 | 46-5037387 |
| 3. | Adeptus Health LLC | 17-31435 | 32-0432716 |
| 4. | Adeptus Health Management LLC | 17-31455 | 32-0448472 |
| 5. | Adeptus Health Phoenix Holdings LLC | 17-31461 | 35-2487075 |
| 6. | Adeptus Health Ventures LLC | 17-31466 | 36-4802997 |
| 7. | ADPT Columbus Holdings LLC | 17-31471 | 36-4835265 |
| 8. | ADPT DFW Holdings LLC | 17-31432 | 30-0857947 |
| 9. | ADPT Houston Holdings LLC | 17-31479 | 30-0857977 |
| 10. | ADPT New Orleans Holdings LLC | 17-31486 | 32-0479313 |
| 11. | ADPT New Orleans Management LLC | 17-31493 | Pending |
| 12. | ADPT-AZ MPT Holdings LLC | 17-31497 | 61-1772047 |
| 13. | ADPT-AZ RE Holdings LLC | 17-31502 | 47-5241979 |
| 14. | ADPT-CO MPT Holdings LLC | 17-31508 | 47-3512571 |
| 15. | ADPT-CO RE Holdings LLC | 17-31512 | 47-3565144 |
| 16. | ADPT-Columbus MPT Holdings LLC | 17-31519 | Pending |
| 17. | ADPT-Columbus RE Holdings LLC | 17-31523 | Pending |
| 18. | ADPT-DFW MPT Holdings LLC | 17-31527 | 81-0772445 |
| 19. | ADPT-DFW RE Holdings LLC | 17-31532 | 81-0785981 |
| 20. | ADPT-Houston MPT Holdings LLC | 17-31533 | 30-0914017 |
| 21. | ADPT-Houston RE Holdings LLC | 17-31536 | 61-1781468 |
| 22. | ADPT-LA MPT Holdings LLC | 17-31542 | 81-0752643 |
| 23. | ADPT-LA RE Holdings LLC | 17-31545 | 81-0758384 |
| 24. | AJNH Medical Center LLC | 17-31548 | 36-4729524 |
| 25. | Alamo Heights SA Medical Center LLC | 17-31553 | 35-2547715 |
| 26. | Algiers Medical Center LLC | 17-31556 | 32-0455775 |
| 27. | Alvin Medical Center LLC | 17-31561 | 90-1008817 |
| 28. | Anthem Medical Center LLC | 17-31564 | 37-1740119 |
| 29. | Antoine Medical Center LLC | 17-31440 | 35-2537322 |
| 30. | Arizona General ER LLC | 17-31444 | 90-1025598 |
| 31. | Atascocita 1960 Medical Center LLC | 17-31449 | 36-4780687 |
| 32. | Austin Brodie Medical Center LLC | 17-31454 | 61-1713294 |
| 33. | Baytown Medical Center LLC | 17-31456 | 30-0840445 |
| 34. | Bella Terra Medical Center LLC | 17-31459 | 80-0957867 |
| 35. | Bender's Landing Medical Center LLC | 17-31468 | 37-1752156 |
| 36. | Blacklick Woods Medical Center LLC | 17-31475 | 30-0805532 |
| 37. | Briar Forest-Eldridge Medical Center LLC | 17-31482 | 35-2481862 |
| 38. | Broad Wagoner Medical Center LLC | 17-31488 | 35-2492252 |
| 39. | Brushy Creek Medical Center LLC | 17-31494 | 38-3923792 |
| 40. | Camelback 83rd Medical Center LLC | 17-31498 | 38-3945993 |
| 41. | Cedar Park Lakeline Medical Center LLC | 17-31505 | 35-2493773 |
| 42. | Centennial Medical Center LLC | 17-31509 | 32-0436930 |
| 43. | Center Street DP Medical Center LLC | 17-31516 | 35-2453223 |
| 44. | Chandler Germann Medical Center LLC | 17-31521 | 80-0938469 |

| #   | Debtor Name                                   | Case No.  | EIN        |
| --- | --------------------------------------------- | --------- | ---------- |
| 45. | Chandler Heights Medical Center LLC           | 17-31525  | 32-0456525 |
| 46. | Cinco Ranch Medical Center LLC                | 17-31529  | 61-1744313 |
| 47. | Colonial Lakes Medical Center LLC             | 17-31535  | 90-1004044 |
| 48. | Colorado General Hospital LLC                 | 17-31539  | 35-2506314 |
| 49. | Conroe Medical Center LLC                     | 17-31544  | 37-1743660 |
| 50. | Converse Medical Center LLC                   | 17-31551  | 30-0820305 |
| 51. | Copperwood Medical Center LLC                 | 17-31554  | 84-1697403 |
| 52. | Creekside Forest Medical Center LLC           | 17-31557  | 36-4781064 |
| 53. | Culebra-Tezel Medical Center LLC              | 17-31559  | 90-1020838 |
| 54. | De Zavala Medical Center LLC                  | 17-31560  | 30-0879734 |
| 55. | Dublin Medical Center LLC                     | 17-31563  | 80-0965351 |
| 56. | Eagles Nest Medical Center LLC                | 17-31565  | 04-3847518 |
| 57. | East Mesa Medical Center LLC                  | 17-31437  | 90-1033851 |
| 58. | East Pflugerville Medical Center LLC          | 17-31439  | 90-1023315 |
| 59. | East Riverside Medical Center LLC             | 17-31442  | 38-3973259 |
| 60. | ECC Management, LLC                           | 17-31443  | 16-1711879 |
| 61. | FCER Management, LLC                          | 17-31447  | 11-3798239 |
| 62. | First Choice ER, LLC                          | 17-31436  | 27-5348156 |
| 63. | First Texas Hospital Cy-Fair LLC              | 17-31451  | 47-3480091 |
| 64. | Four Points Medical Center LLC                | 17-31464  | 38-3938637 |
| 65. | Friendswood Medical Center LLC                | 17-31469  | 38-3916132 |
| 66. | FTH Houston Partners LLC                      | 17-31474  | 47-3466871 |
| 67. | Garland Centerville Medical Center LLC        | 17-31477  | 35-2537960 |
| 68. | Gilbert Medical Center LLC                    | 17-31481  | 80-0940827 |
| 69. | Gleannloch Farms Medical Center LLC           | 17-31485  | 35-2481256 |
| 70. | Glendale Medical Center LLC                   | 17-31489  | 90-1012820 |
| 71. | Goodyear Medical Center LLC                   | 17-31490  | 90-1007336 |
| 72. | Greenville Stacy Medical Center LLC           | 17-31492  | 38-3926926 |
| 73. | Guadalupe River Medical Center LLC            | 17-31496  | 35-2514826 |
| 74. | Hampden Tower Medical Center LLC              | 17-31499  | 38-3928757 |
| 75. | Helotes Medical Center LLC                    | 17-31501  | 36-4782313 |
| 76. | Hilliard Medical Center LLC                   | 17-31504  | 35-2491198 |
| 77. | Houston 9520 Jones Medical Center LLC         | 17-31507  | 32-0432459 |
| 78. | Houston FM 1960 Medical Center LLC            | 17-31511  | 37-1783329 |
| 79. | Katy ER Center LLC                            | 17-31514  | 45-2583773 |
| 80. | Keller Medical Center LLC                     | 17-31517  | 61-1736669 |
| 81. | Kingwood Medical Center LLC                   | 17-31520  | 80-0684495 |
| 82. | Kuykendahl Medical Center LLC                 | 17-31524  | 34-2028269 |
| 83. | La Porte Medical Center LLC                   | 17-31526  | 80-0927953 |
| 84. | Lakewood Forest Medical Center LLC            | 17-31530  | 90-1013791 |
| 85. | League City Medical Center LLC                | 17-31438  | 36-4766358 |
| 86. | Legacy Trails Medical Center LLC              | 17-31441  | 61-1744649 |
| 87. | Lewis Center Medical Center LLC               | 17-31445  | 32-0431791 |
| 88. | Litchfield Park Medical Center LLC            | 17-31446  | 36-4801379 |
| 89. | Louetta Medical Center LLC                    | 17-31450  | 74-3178584 |
| 90. | Marrero Medical Center LLC                    | 17-31453  | 61-1753468 |
| 91. | Meadowbrook Heights Medical Center LLC        | 17-31457  | 32-0448039 |
| 92. | Medical Center of Crosby Lynchburg LLC        | 17-31458  | 38-3922039 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 93. | Medical Center of Spring Rayford Richards LLC | 17-31462 | 37-1747613 |
| 94. | Mesa Tierra Medical Center LLC | 17-31465 | 35-2523890 |
| 95. | Midlothian Medical Center LLC | 17-31470 | 30-0802928 |
| 96. | Mountain Park Ranch Medical Center LLC | 17-31473 | 38-3939092 |
| 97. | National Medical Professionals of Arizona LLC | 17-31478 | 37-1757007 |
| 98. | National Medical Professionals of Ohio LLC | 17-31483 | 30-0829176 |
| 99. | New Orleans East Medical Center LLC | 17-31510 | 61-1753435 |
| 100. | Northwest Harris County Medical Center LLC | 17-31538 | 36-4781722 |
| 101. | Ohio General ER LLC | 17-31540 | 38-3918055 |
| 102. | Ohio General Hospital LLC | 17-31547 | 80-0956267 |
| 103. | OpFree Licensing LP | 17-31549 | 01-0831027 |
| 104. | OpFree RE Investments, Ltd. | 17-31558 | 06-1740727 |
| 105. | OpFree, LLC | 17-31562 | 34-2028263 |
| 106. | Pearland 518 Medical Center LLC | 17-31566 | 90-1025398 |
| 107. | Pearland Parkway Medical Center LLC | 17-31567 | 51-0576704 |
| 108. | Pearland Sunrise Medical Center LLC | 17-31568 | 90-1001726 |
| 109. | Pflugerville Medical Center LLC | 17-31569 | 45-2552050 |
| 110. | Potranco Medical Center LLC | 17-31570 | 80-0966887 |
| 111. | Provinces Medical Center LLC | 17-31571 | 80-0967881 |
| 112. | Queen Creek Medical Center LLC | 17-31572 | 32-0457346 |
| 113. | Rosenberg Medical Center LLC | 17-31452 | 80-0964882 |
| 114. | Roy Richard Medical Center LLC | 17-31460 | 35-2491802 |
| 115. | San Antonio Nacogdoches Medical Center LLC | 17-31463 | 80-0937326 |
| 116. | San Tan Valley Medical Center LLC | 17-31467 | 36-4801184 |
| 117. | Seguin Foster Medical Center LLC | 17-31472 | 35-2532650 |
| 118. | Sienna Plantation Medical Center LLC | 17-31476 | 90-1009094 |
| 119. | South Bend Medical Center LLC | 17-31480 | 61-1770288 |
| 120. | South Carrier Medical Center LLC | 17-31484 | 32-0429602 |
| 121. | South Green Oaks Medical Center LLC | 17-31487 | 90-1012518 |
| 122. | Spanish Oaks Medical Center LLC | 17-31491 | 90-1012951 |
| 123. | Spring 2920 Medical Center LLC | 17-31495 | 36-4776092 |
| 124. | Spring Green Medical Center LLC | 17-31500 | Pending |
| 125. | SSH Medical Center LLC | 17-31503 | 77-0666943 |
| 126. | Sterling Ridge Medical Center II LLC | 17-31506 | 32-0439505 |
| 127. | Sterling Ridge Medical Center LLC | 17-31513 | 16-1711883 |
| 128. | Summerwood Medical Center LLC | 17-31515 | 30-0802964 |
| 129. | Surprise Medical Center LLC | 17-31518 | 90-1012038 |
| 130. | SW Chandler Medical Center LLC | 17-31522 | 90-1032288 |
| 131. | Sycamore School Medical Center LLC | 17-31528 | 35-2494277 |
| 132. | Tempe McClintock Baseline Medical Center LLC | 17-31531 | 38-3923748 |
| 133. | Tempe Rural-Baseline Medical Center LLC | 17-31534 | 30-0852296 |
| 134. | Texas Regional Hospital LLC | 17-31537 | 37-1753820 |
| 135. | Victory Lakes Medical Center LLC | 17-31541 | 37-1751372 |
| 136. | Wadsworth-Belleview Medical Center LLC | 17-31543 | 35-2486458 |
| 137. | Waterside Medical Center LLC | 17-31546 | 36-4767886 |
| 138. | White Settlement Medical Center LLC | 17-31550 | 38-3970573 |
| 139. | Wilderness-Hardy Oak Medical Center LLC | 17-31552 | 80-0954867 |
| 140. | William Cannon Medical Center LLC | 17-31555 | 35-2493839 |

(Sorted Numerically By Case Number)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | ADPT DFW Holdings LLC | 17-31432 | 30-0857947 |
| 2. | Adeptus Health Inc. | 17-31434 | 46-5037387 |
| 3. | Adeptus Health LLC | 17-31435 | 32-0432716 |
| 4. | First Choice ER, LLC | 17-31436 | 27-5348156 |
| 5. | East Mesa Medical Center LLC | 17-31437 | 90-1033851 |
| 6. | League City Medical Center LLC | 17-31438 | 36-4766358 |
| 7. | East Pflugerville Medical Center LLC | 17-31439 | 90-1023315 |
| 8. | Antoine Medical Center LLC | 17-31440 | 35-2537322 |
| 9. | Legacy Trails Medical Center LLC | 17-31441 | 61-1744649 |
| 10. | East Riverside Medical Center LLC | 17-31442 | 38-3973259 |
| 11. | ECC Management, LLC | 17-31443 | 16-1711879 |
| 12. | Arizona General ER LLC | 17-31444 | 90-1025598 |
| 13. | Lewis Center Medical Center LLC | 17-31445 | 32-0431791 |
| 14. | Litchfield Park Medical Center LLC | 17-31446 | 36-4801379 |
| 15. | FCER Management, LLC | 17-31447 | 11-3798239 |
| 16. | Adeptus Health Colorado Holdings LLC | 17-31448 | 30-0857912 |
| 17. | Atascocita 1960 Medical Center LLC | 17-31449 | 36-4780687 |
| 18. | Louetta Medical Center LLC | 17-31450 | 74-3178584 |
| 19. | First Texas Hospital Cy-Fair LLC | 17-31451 | 47-3480091 |
| 20. | Rosenberg Medical Center LLC | 17-31452 | 80-0964882 |
| 21. | Marrero Medical Center LLC | 17-31453 | 61-1753468 |
| 22. | Austin Brodie Medical Center LLC | 17-31454 | 61-1713294 |
| 23. | Adeptus Health Management LLC | 17-31455 | 32-0448472 |
| 24. | Baytown Medical Center LLC | 17-31456 | 30-0840445 |
| 25. | Meadowbrook Heights Medical Center LLC | 17-31457 | 32-0448039 |
| 26. | Medical Center of Crosby Lynchburg LLC | 17-31458 | 38-3922039 |
| 27. | Bella Terra Medical Center LLC | 17-31459 | 80-0957867 |
| 28. | Roy Richard Medical Center LLC | 17-31460 | 35-2491802 |
| 29. | Adeptus Health Phoenix Holdings LLC | 17-31461 | 35-2487075 |
| 30. | Medical Center of Spring Rayford Richards LLC | 17-31462 | 37-1747613 |
| 31. | San Antonio Nacogdoches Medical Center LLC | 17-31463 | 80-0937326 |
| 32. | Four Points Medical Center LLC | 17-31464 | 38-3938637 |
| 33. | Mesa Tierra Medical Center LLC | 17-31465 | 35-2523890 |
| 34. | Adeptus Health Ventures LLC | 17-31466 | 36-4802997 |
| 35. | San Tan Valley Medical Center LLC | 17-31467 | 36-4801184 |
| 36. | Bender's Landing Medical Center LLC | 17-31468 | 37-1752156 |
| 37. | Friendswood Medical Center LLC | 17-31469 | 38-3916132 |
| 38. | Midlothian Medical Center LLC | 17-31470 | 30-0802928 |
| 39. | ADPT Columbus Holdings LLC | 17-31471 | 36-4835265 |
| 40. | Seguin Foster Medical Center LLC | 17-31472 | 35-2532650 |
| 41. | Mountain Park Ranch Medical Center LLC | 17-31473 | 38-3939092 |
| 42. | FTH Houston Partners LLC | 17-31474 | 47-3466871 |
| 43. | Blacklick Woods Medical Center LLC | 17-31475 | 30-0805532 |
| 44. | Sienna Plantation Medical Center LLC | 17-31476 | 90-1009094 |
| 45. | Garland Centerville Medical Center LLC | 17-31477 | 35-2537960 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 46. | National Medical Professionals of Arizona LLC | 17-31478 | 37-1757007 |
| 47. | ADPT Houston Holdings LLC | 17-31479 | 30-0857977 |
| 48. | South Bend Medical Center LLC | 17-31480 | 61-1770288 |
| 49. | Gilbert Medical Center LLC | 17-31481 | 80-0940827 |
| 50. | Briar Forest-Eldridge Medical Center LLC | 17-31482 | 35-2481862 |
| 51. | National Medical Professionals of Ohio LLC | 17-31483 | 30-0829176 |
| 52. | South Carrier Medical Center LLC | 17-31484 | 32-0429602 |
| 53. | Gleannloch Farms Medical Center LLC | 17-31485 | 35-2481256 |
| 54. | ADPT New Orleans Holdings LLC | 17-31486 | 32-0479313 |
| 55. | South Green Oaks Medical Center LLC | 17-31487 | 90-1012518 |
| 56. | Broad Wagoner Medical Center LLC | 17-31488 | 35-2492252 |
| 57. | Glendale Medical Center LLC | 17-31489 | 90-1012820 |
| 58. | Goodyear Medical Center LLC | 17-31490 | 90-1007336 |
| 59. | Spanish Oaks Medical Center LLC | 17-31491 | 90-1012951 |
| 60. | Greenville Stacy Medical Center LLC | 17-31492 | 38-3926926 |
| 61. | ADPT New Orleans Management LLC | 17-31493 | Pending |
| 62. | Brushy Creek Medical Center LLC | 17-31494 | 38-3923792 |
| 63. | Spring 2920 Medical Center LLC | 17-31495 | 36-4776092 |
| 64. | Guadalupe River Medical Center LLC | 17-31496 | 35-2514826 |
| 65. | ADPT-AZ MPT Holdings LLC | 17-31497 | 61-1772047 |
| 66. | Camelback 83rd Medical Center LLC | 17-31498 | 38-3945993 |
| 67. | Hampden Tower Medical Center LLC | 17-31499 | 38-3928757 |
| 68. | Spring Green Medical Center LLC | 17-31500 | Pending |
| 69. | Helotes Medical Center LLC | 17-31501 | 36-4782313 |
| 70. | ADPT-AZ RE Holdings LLC | 17-31502 | 47-5241979 |
| 71. | SSH Medical Center LLC | 17-31503 | 77-0666943 |
| 72. | Hilliard Medical Center LLC | 17-31504 | 35-2491198 |
| 73. | Cedar Park Lakeline Medical Center LLC | 17-31505 | 35-2493773 |
| 74. | Sterling Ridge Medical Center II LLC | 17-31506 | 32-0439505 |
| 75. | Houston 9520 Jones Medical Center LLC | 17-31507 | 32-0432459 |
| 76. | ADPT-CO MPT Holdings LLC | 17-31508 | 47-3512571 |
| 77. | Centennial Medical Center LLC | 17-31509 | 32-0436930 |
| 78. | New Orleans East Medical Center LLC | 17-31510 | 61-1753435 |
| 79. | Houston FM 1960 Medical Center LLC | 17-31511 | 37-1783329 |
| 80. | ADPT-CO RE Holdings LLC | 17-31512 | 47-3565144 |
| 81. | Sterling Ridge Medical Center LLC | 17-31513 | 16-1711883 |
| 82. | Katy ER Center LLC | 17-31514 | 45-2583773 |
| 83. | Summerwood Medical Center LLC | 17-31515 | 30-0802964 |
| 84. | Center Street DP Medical Center LLC | 17-31516 | 35-2453223 |
| 85. | Keller Medical Center LLC | 17-31517 | 61-1736669 |
| 86. | Surprise Medical Center LLC | 17-31518 | 90-1012038 |
| 87. | ADPT-Columbus MPT Holdings LLC | 17-31519 | Pending |
| 88. | Kingwood Medical Center LLC | 17-31520 | 80-0684495 |
| 89. | Chandler Germann Medical Center LLC | 17-31521 | 80-0938469 |
| 90. | SW Chandler Medical Center LLC | 17-31522 | 90-1032288 |
| 91. | ADPT-Columbus RE Holdings LLC | 17-31523 | Pending |
| 92. | Kuykendahl Medical Center LLC | 17-31524 | 34-2028269 |
| 93. | Chandler Heights Medical Center LLC | 17-31525 | 32-0456525 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 94. | La Porte Medical Center LLC | 17-31526 | 80-0927953 |
| 95. | ADPT-DFW MPT Holdings LLC | 17-31527 | 81-0772445 |
| 96. | Sycamore School Medical Center LLC | 17-31528 | 35-2494277 |
| 97. | Cinco Ranch Medical Center LLC | 17-31529 | 61-1744313 |
| 98. | Lakewood Forest Medical Center LLC | 17-31530 | 90-1013791 |
| 99. | Tempe McClintock Baseline Medical Center LLC | 17-31531 | 38-3923748 |
| 100. | ADPT-DFW RE Holdings LLC | 17-31532 | 81-0785981 |
| 101. | ADPT-Houston MPT Holdings LLC | 17-31533 | 30-0914017 |
| 102. | Tempe Rural-Baseline Medical Center LLC | 17-31534 | 30-0852296 |
| 103. | Colonial Lakes Medical Center LLC | 17-31535 | 90-1004044 |
| 104. | ADPT-Houston RE Holdings LLC | 17-31536 | 61-1781468 |
| 105. | Texas Regional Hospital LLC | 17-31537 | 37-1753820 |
| 106. | Northwest Harris County Medical Center LLC | 17-31538 | 36-4781722 |
| 107. | Colorado General Hospital LLC | 17-31539 | 35-2506314 |
| 108. | Ohio General ER LLC | 17-31540 | 38-3918055 |
| 109. | Victory Lakes Medical Center LLC | 17-31541 | 37-1751372 |
| 110. | ADPT-LA MPT Holdings LLC | 17-31542 | 81-0752643 |
| 111. | Wadsworth-Belleview Medical Center LLC | 17-31543 | 35-2486458 |
| 112. | Conroe Medical Center LLC | 17-31544 | 37-1743660 |
| 113. | ADPT-LA RE Holdings LLC | 17-31545 | 81-0758384 |
| 114. | Waterside Medical Center LLC | 17-31546 | 36-4767886 |
| 115. | Ohio General Hospital LLC | 17-31547 | 80-0956267 |
| 116. | AJNH Medical Center LLC | 17-31548 | 36-4729524 |
| 117. | OpFree Licensing LP | 17-31549 | 01-0831027 |
| 118. | White Settlement Medical Center LLC | 17-31550 | 38-3970573 |
| 119. | Converse Medical Center LLC | 17-31551 | 30-0820305 |
| 120. | Wilderness-Hardy Oak Medical Center LLC | 17-31552 | 80-0954867 |
| 121. | Alamo Heights SA Medical Center LLC | 17-31553 | 35-2547715 |
| 122. | Copperwood Medical Center LLC | 17-31554 | 84-1697403 |
| 123. | William Cannon Medical Center LLC | 17-31555 | 35-2493839 |
| 124. | Algiers Medical Center LLC | 17-31556 | 32-0455775 |
| 125. | Creekside Forest Medical Center LLC | 17-31557 | 36-4781064 |
| 126. | OpFree RE Investments, Ltd. | 17-31558 | 06-1740727 |
| 127. | Culebra-Tezel Medical Center LLC | 17-31559 | 90-1020838 |
| 128. | De Zavala Medical Center LLC | 17-31560 | 30-0879734 |
| 129. | Alvin Medical Center LLC | 17-31561 | 90-1008817 |
| 130. | OpFree, LLC | 17-31562 | 34-2028263 |
| 131. | Dublin Medical Center LLC | 17-31563 | 80-0965351 |
| 132. | Anthem Medical Center LLC | 17-31564 | 37-1740119 |
| 133. | Eagles Nest Medical Center LLC | 17-31565 | 04-3847518 |
| 134. | Pearland 518 Medical Center LLC | 17-31566 | 90-1025398 |
| 135. | Pearland Parkway Medical Center LLC | 17-31567 | 51-0576704 |
| 136. | Pearland Sunrise Medical Center LLC | 17-31568 | 90-1001726 |
| 137. | Pflugerville Medical Center LLC | 17-31569 | 45-2552050 |
| 138. | Potranco Medical Center LLC | 17-31570 | 80-0966887 |
| 139. | Provinces Medical Center LLC | 17-31571 | 80-0967881 |
| 140. | Queen Creek Medical Center LLC | 17-31572 | 32-0457346 |