

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 3, 2018

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| ADPT DFW Holdings LLC, et al. | § | Case No. 17-31432 (SGJ) |
| | § | |
| Debtors | § | Jointly Administered |

### ORDER DENYING MOTION FOR AUTHORITY TO CONDUCT RULE 2004 DISCOVERY FROM THE DEBTORS' FORMER OFFICERS

Before this Court is the Motion of the Trustee of the Adeptus Litigation Trust (the "Trustee") to Conduct Rule 2004 Discovery from the Debtors' Former Officers. [Docket No. 1063]. By the Motion, the Trustee seeks an order pursuant to Federal Rule of Bankruptcy Procedure 2004 compelling the production of documents from and the examination under oath of Thomas S. Hall, Timothy L. Fielding, and Graham B. Cherrington. Having considered the Motion and the objections thereto, the Court DENIES the Motion.

### # # # End of Order # # #

Prepared by:

KING & SPALDING LLP

*/s/ Paul R. Bessette*
Paul R. Bessette
Michael J. Biles
Jill R. Carvalho
Rebecca Matsumura, admission pending

500 West 2nd Street, Suite 1800
Austin, TX 78701-4684
(512) 457-2000 (phone)
(512) 457-2100 (fax)

pbessette@kslaw.com
mbiles@kslaw.com
jcarvalho@kslaw.com
rmatsumura@kslaw.com

Thaddeus D. Wilson, *pro hac vice* pending
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572-4600 (phone)
(404) 572-5100 (fax)
thadwilson@kslaw.com