

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 17, 2018**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ADPT DFW Holdings LLC, *et al.,* | § | Case No. 17-31432 |
| | § | |
| Debtors. | § | Jointly Administered under |
| | § | Case No. 17-31432 |

## ORDER GRANTING LITIGATION TRUST'S ELEVENTH
## <u>OMNIBUS OBJECTION TO DUPLICATE OR MULTI-DEBTOR CLAIMS</u>

The Court considered the *Litigation Trust's Eleventh Omnibus Objection to Duplicate or Multi-Debtor Claims* [Docket No. 1400] (the "<u>Objection</u>") filed by the Adeptus Litigation Trust (the "<u>Trust</u>") pursuant to which the Trust seeks to disallow certain Duplicate Claims because, in each instance, the proof of claim duplicates one or more other proofs of claim asserted by the same creditor against the same or multiple Debtors; the Court having reviewed the Objection and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Objection and of the hearing on the Objection was sufficient under the

circumstances and in full compliance with the requirements of the Bankruptcy Code, the

Bankruptcy Rules and the Local Rules, and (d) that good cause appears for the relief requested, it

is therefore **HEREBY ORDERED THAT**:

       1.      The Objection is SUSTAINED.

       2.      Each of the Duplicate Claims identified on **<u>Exhibit 1</u>** attached hereto is

disallowed and expunged in its entirety pursuant to section 502(b) of the Bankruptcy Code.

       3.      Nothing in this Order shall affect the claims listed under the "Surviving

Claim No." column identified on <u>Exhibit 1</u>. The Trust reserves its right to object to such

surviving claims.

       4.      The Trust, or the claims agent, Epiq Bankruptcy Solutions, LLC, as

applicable, is authorized to update the Claims Register in these cases to reflect the relief granted

in this Order.

       5.      The Order shall be immediately effective and enforceable upon its entry.

       6.      This Court retains jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

       7.      Each of the Duplicate Claims and the objections by the Trust to such

Duplicate Claims, constitutes a separate contested matter as contemplated by Bankruptcy Rule

9014. This Order shall be deemed a separate Order with respect to each of the Duplicate Claims.

### ### END OF ORDER ###

## **EXHIBIT 1**

**Duplicate Claims**

**Duplicate Claims**

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | Adeptus Health Ventures LLC | 6/30/2017 | 836 | 2099 |
| PST SERVICES LLC | Adeptus Health Phoenix Holdings LLC | 6/30/2017 | 837 | 2099 |
| PST SERVICES LLC | Adeptus Health Management LLC | 6/30/2017 | 838 | 2099 |
| PST SERVICES LLC | Adeptus Health LLC | 6/30/2017 | 839 | 2099 |
| PST SERVICES LLC | Adeptus Health Inc. | 6/30/2017 | 840 | 2099 |
| PST SERVICES LLC | Adeptus Health Colorado Holdings LLC | 6/30/2017 | 841 | 2099 |
| PST SERVICES LLC | Briar Forest-Eldridge Medical Center LLC | 6/30/2017 | 842 | 2099 |
| PST SERVICES LLC | Blacklick Woods Medical Center LLC | 6/30/2017 | 843 | 2099 |
| PST SERVICES LLC | Bender's Landing Medical Center LLC | 6/30/2017 | 844 | 2099 |
| PST SERVICES LLC | Bella Terra Medical Center LLC | 6/30/2017 | 845 | 2099 |
| PST SERVICES LLC | Baytown Medical Center LLC | 6/30/2017 | 846 | 2099 |
| PST SERVICES LLC | Austin Brodie Medical Center LLC | 6/30/2017 | 847 | 2099 |
| PST SERVICES LLC | Atascocita 1960 Medical Center LLC | 6/30/2017 | 848 | 2099 |
| PST SERVICES LLC | Arizona General ER LLC | 6/30/2017 | 849 | 2099 |
| PST SERVICES LLC | Antoine Medical Center LLC | 6/30/2017 | 850 | 2099 |
| PST SERVICES LLC | Anthem Medical Center LLC | 6/30/2017 | 851 | 2099 |
| PST SERVICES LLC | Alvin Medical Center LLC | 6/30/2017 | 852 | 2099 |
| PST SERVICES LLC | Algiers Medical Center LLC | 6/30/2017 | 853 | 2099 |
| PST SERVICES LLC | Alamo Heights SA Medical Center LLC | 6/30/2017 | 854 | 2099 |
| PST SERVICES LLC | ADPT-LA RE Holdings LLC | 6/30/2017 | 856 | 2099 |
| PST SERVICES LLC | ADPT-LA MPT Holdings LLC | 6/30/2017 | 857 | 2099 |
| PST SERVICES LLC | ADPT-Houston RE Holdings LLC | 6/30/2017 | 858 | 2099 |
| PST SERVICES LLC | First Texas Hospital Cy-Fair LLC | 6/30/2017 | 859 | 2099 |
| PST SERVICES LLC | Copperwood Medical Center LLC | 6/30/2017 | 860 | 2099 |
| PST SERVICES LLC | Converse Medical Center LLC | 6/30/2017 | 861 | 2099 |
| PST SERVICES LLC | Conroe Medical Center LLC | 6/30/2017 | 862 | 2099 |
| PST SERVICES LLC | Colorado General Hospital LLC | 6/30/2017 | 863 | 2099 |
| PST SERVICES LLC | Colonial Lakes Medical Center LLC | 6/30/2017 | 864 | 2099 |
| PST SERVICES LLC | Cinco Ranch Medical Center LLC | 6/30/2017 | 865 | 2099 |
| PST SERVICES LLC | Chandler Heights Medical Center LLC | 6/30/2017 | 866 | 2099 |
| PST SERVICES LLC | Chandler Germann Medical Center LLC | 6/30/2017 | 867 | 2099 |
| PST SERVICES LLC | Center Street DP Medical Center LLC | 6/30/2017 | 868 | 2099 |
| PST SERVICES LLC | Centennial Medical Center LLC | 6/30/2017 | 869 | 2099 |
| PST SERVICES LLC | Cedar Park Lakeline Medical Center LLC | 6/30/2017 | 870 | 2099 |
| PST SERVICES LLC | Camelback 83rd Medical Center LLC | 6/30/2017 | 871 | 2099 |
| PST SERVICES LLC | Brushy Creek Medical Center LLC | 6/30/2017 | 872 | 2099 |
| PST SERVICES LLC | Broad Wagoner Medical Center LLC | 6/30/2017 | 873 | 2099 |
| PST SERVICES LLC | ECC Management, LLC | 6/30/2017 | 874 | 2099 |

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | East Riverside Medical Center LLC | 6/30/2017 | 875 | 2099 |
| PST SERVICES LLC | Eagles Nest Medical Center LLC | 6/30/2017 | 876 | 2099 |
| PST SERVICES LLC | East Pflugerville Medical Center LLC | 6/30/2017 | 877 | 2099 |
| PST SERVICES LLC | East Mesa Medical Center LLC | 6/30/2017 | 878 | 2099 |
| PST SERVICES LLC | Dublin Medical Center LLC | 6/30/2017 | 879 | 2099 |
| PST SERVICES LLC | De Zavala Medical Center LLC | 6/30/2017 | 880 | 2099 |
| PST SERVICES LLC | Culebra-Tezel Medical Center LLC | 6/30/2017 | 881 | 2099 |
| PST SERVICES LLC | Creekside Forest Medical Center LLC | 6/30/2017 | 882 | 2099 |
| PST SERVICES LLC | Four Points Medical Center LLC | 6/30/2017 | 883 | 2099 |
| PST SERVICES LLC | First Choice ER, LLC | 6/30/2017 | 884 | 2099 |
| PST SERVICES LLC. | FCER Management, LLC | 6/30/2017 | 885 | 2099 |
| PST SERVICES LLC | League City Medical Center LLC | 6/30/2017 | 886 | 2099 |
| PST SERVICES LLC | Lakewood Forest Medical Center LLC | 6/30/2017 | 887 | 2099 |
| PST SERVICES LLC | La Porte Medical Center LLC | 6/30/2017 | 888 | 2099 |
| PST SERVICES LLC | Kuykendahl Medical Center LLC | 6/30/2017 | 889 | 2099 |
| PST SERVICES LLC | Kingwood Medical Center LLC | 6/30/2017 | 890 | 2099 |
| PST SERVICES LLC | Keller Medical Center LLC | 6/30/2017 | 891 | 2099 |
| PST SERVICES LLC | Katy ER Center LLC | 6/30/2017 | 892 | 2099 |
| PST SERVICES LLC | Houston FM 1960 Medical Center LLC | 6/30/2017 | 893 | 2099 |
| PST SERVICES LLC | Houston 9520 Jones Medical Center LLC | 6/30/2017 | 894 | 2099 |
| PST SERVICES LLC | Hilliard Medical Center LLC | 6/30/2017 | 895 | 2099 |
| PST SERVICES LLC | Helotes Medical Center LLC | 6/30/2017 | 896 | 2099 |
| PST SERVICES LLC | Hampden Tower Medical Center LLC | 6/30/2017 | 897 | 2099 |
| PST SERVICES LLC | Guadalupe River Medical Center LLC | 6/30/2017 | 898 | 2099 |
| PST SERVICES LLC | Greenville Stacy Medical Center LLC | 6/30/2017 | 899 | 2099 |
| PST SERVICES LLC | Goodyear Medical Center LLC | 6/30/2017 | 900 | 2099 |
| PST SERVICES LLC | Glendale Medical Center LLC | 6/30/2017 | 901 | 2099 |
| PST SERVICES LLC | Gleannloch Farms Medical Center LLC | 6/30/2017 | 902 | 2099 |
| PST SERVICES LLC | Gilbert Medical Center LLC | 6/30/2017 | 903 | 2099 |
| PST SERVICES LLC | Garland Centerville Medical Center LLC | 6/30/2017 | 904 | 2099 |
| PST SERVICES LLC | FTH Houston Partners LLC | 6/30/2017 | 905 | 2099 |
| PST SERVICES LLC | Friendswood Medical Center LLC | 6/30/2017 | 906 | 2099 |
| PST SERVICES LLC | Ohio General ER LLC | 6/30/2017 | 907 | 2099 |
| PST SERVICES LLC | Northwest Harris County Medical Center LLC | 6/30/2017 | 908 | 2099 |
| PST SERVICES LLC | New Orleans East Medical Center LLC | 6/30/2017 | 909 | 2099 |
| PST SERVICES LLC | National Medical Professionals of Ohio LLC | 6/30/2017 | 910 | 2099 |
| PST SERVICES LLC | National Medical Professionals of Arizona LLC | 6/30/2017 | 911 | 2099 |

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | Mountain Park Ranch Medical Center LLC | 6/30/2017 | 912 | 2099 |
| PST SERVICES LLC | Midlothian Medical Center LLC | 6/30/2017 | 913 | 2099 |
| PST SERVICES LLC | Mesa Tierra Medical Center LLC | 6/30/2017 | 914 | 2099 |
| PST SERVICES LLC | Medical Center of Spring Rayford Richards LLC | 6/30/2017 | 915 | 2099 |
| PST SERVICES LLC | Medical Center of Crosby Lynchburg LLC | 6/30/2017 | 916 | 2099 |
| PST SERVICES LLC | Meadowbrook Heights Medical Center LLC | 6/30/2017 | 917 | 2099 |
| PST SERVICES LLC | Marrero Medical Center LLC | 6/30/2017 | 918 | 2099 |
| PST SERVICES LLC | Louetta Medical Center LLC | 6/30/2017 | 919 | 2099 |
| PST SERVICES LLC | Litchfield Park Medical Center LLC | 6/30/2017 | 920 | 2099 |
| PST SERVICES LLC | Lewis Center Medical Center LLC | 6/30/2017 | 921 | 2099 |
| PST SERVICES LLC | Pflugerville Medical Center LLC | 6/30/2017 | 923 | 2099 |
| PST SERVICES LLC | Pearland Sunrise Medical Center LLC | 6/30/2017 | 924 | 2099 |
| PST SERVICES LLC | Pearland Parkway Medical Center LLC | 6/30/2017 | 925 | 2099 |
| PST SERVICES LLC | Pearland 518 Medical Center LLC | 6/30/2017 | 926 | 2099 |
| PST SERVICES LLC | OpFree, LLC | 6/30/2017 | 927 | 2099 |
| PST SERVICES LLC | OpFree RE Investments, Ltd. | 6/30/2017 | 928 | 2099 |
| PST SERVICES LLC | Opfree Licensing LP | 6/30/2017 | 929 | 2099 |
| PST SERVICES LLC | Ohio General Hospital LLC | 6/30/2017 | 930 | 2099 |
| PST SERVICES LLC | Surprise Medical Center LLC | 6/30/2017 | 931 | 2099 |
| PST SERVICES LLC | Summerwood Medical Center LLC | 6/30/2017 | 932 | 2099 |
| PST SERVICES LLC | Sterling Ridge Medical Center LLC | 6/30/2017 | 933 | 2099 |
| PST SERVICES LLC | Sterling Ridge Medical Center II LLC | 6/30/2017 | 934 | 2099 |
| PST SERVICES LLC | SSH Medical Center LLC | 6/30/2017 | 935 | 2099 |