

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 17, 2018

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ADPT DFW Holdings LLC, *et al.*, | § | Case No. 17-31432 |
| | § | |
| Debtors. | § | Jointly Administered under |
| | § | Case No. 17-31432 |

## ORDER GRANTING LITIGATION TRUST'S TWELFTH
## OMNIBUS OBJECTION TO DUPLICATE OR MULTI-DEBTOR CLAIMS

The Court considered the *Litigation Trust's Twelfth Omnibus Objection to Duplicate or Multi-Debtor Claims* [Docket No. 1401] (the "Objection") filed by the Adeptus Litigation Trust (the "Trust") pursuant to which the Trust seeks to disallow certain Duplicate Claims because, in each instance, the proof of claim duplicates one or more other proofs of claim asserted by the same creditor against the same or multiple Debtors; the Court having reviewed the Objection and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Objection and of the hearing on the Objection was sufficient under the

circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and (d) that good cause appears for the relief requested, it is therefore **HEREBY ORDERED THAT**:

1. The Objection is SUSTAINED.

2. Each of the Duplicate Claims identified on **Exhibit 1** attached hereto is disallowed and expunged in its entirety pursuant to section 502(b) of the Bankruptcy Code.

3. Nothing in this Order shall affect the claims listed under the "Surviving Claim No." column identified on Exhibit 1.  The Trust reserves its right to object to such surviving claims.

4. The Trust, or the claims agent, Epiq Bankruptcy Solutions, LLC, as applicable, is authorized to update the Claims Register in these cases to reflect the relief granted in this Order.

5. The Order shall be immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

7. Each of the Duplicate Claims and the objections by the Trust to such Duplicate Claims, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each of the Duplicate Claims.

### ### END OF ORDER ###

# **EXHIBIT 1**

**Duplicate Claims**

## Duplicate Claims

| CLAIMANT | DEBTOR NAME | CLAIM DATE. | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | Spring Green Medical Center LLC | 6/30/2017 | 936 | 2099 |
| PST SERVICES LLC | Spring 2920 Medical Center LLC | 6/30/2017 | 937 | 2099 |
| PST SERVICES LLC | Spanish Oaks Medical Center LLC | 6/30/2017 | 938 | 2099 |
| PST SERVICES LLC | South Green Oaks Medical Center LLC | 6/30/2017 | 939 | 2099 |
| PST SERVICES LLC | South Carrier Medical Center LLC | 6/30/2017 | 940 | 2099 |
| PST SERVICES LLC | South Bend Medical Center LLC | 6/30/2017 | 941 | 2099 |
| PST SERVICES LLC | Sienna Plantation Medical Center LLC | 6/30/2017 | 942 | 2099 |
| PST SERVICES LLC | Seguin Foster Medical Center LLC | 6/30/2017 | 943 | 2099 |
| PST SERVICES LLC | San Tan Valley Medical Center LLC | 6/30/2017 | 944 | 2099 |
| PST SERVICES LLC | San Antonio Nacogdoches Medical Center LLC | 6/30/2017 | 945 | 2099 |
| PST SERVICES LLC | Roy Richard Medical Center LLC | 6/30/2017 | 946 | 2099 |
| PST SERVICES LLC | Rosenberg Medical Center LLC | 6/30/2017 | 947 | 2099 |
| PST SERVICES LLC | Queen Creek Medical Center LLC | 6/30/2017 | 948 | 2099 |
| PST SERVICES LLC | Provinces Medical Center LLC | 6/30/2017 | 949 | 2099 |
| PST SERVICES LLC | Potranco Medical Center LLC | 6/30/2017 | 950 | 2099 |
| PST SERVICES LLC | Texas Regional Hospital LLC | 6/30/2017 | 951 | 2099 |
| PST SERVICES LLC | Tempe Rural-Baseline Medical Center LLC | 6/30/2017 | 952 | 2099 |
| PST SERVICES LLC | Tempe McClintock Baseline Medical Center LLC | 6/30/2017 | 953 | 2099 |
| PST SERVICES LLC | Sycamore School Medical Center LLC | 6/30/2017 | 954 | 2099 |
| PST SERVICES LLC | SW Chandler Medical Center LLC | 6/30/2017 | 955 | 2099 |
| PST SERVICES LLC | Victory Lakes Medical Center LLC | 6/30/2017 | 956 | 2099 |
| PST SERVICES LLC | Wadsworth-Belleview Medical Center LLC | 6/30/2017 | 957 | 2099 |
| PST SERVICES LLC | ADPT DFW Holdings LLC | 6/30/2017 | 958 | 2099 |
| PST SERVICES LLC | Waterside Medical Center LLC | 6/30/2017 | 959 | 2099 |
| PST SERVICES LLC | White Settlement Medical Center LLC | 6/30/2017 | 960 | 2099 |
| PST SERVICES LLC | Wilderness-Hardy Oak Medical Center LLC | 6/30/2017 | 961 | 2099 |
| PST SERVICES LLC | ADPT-Houston MPT Holdings LLC | 6/30/2017 | 962 | 2099 |
| PST SERVICES LLC | ADPT-DFW RE Holdings LLC | 6/30/2017 | 963 | 2099 |
| PST SERVICES LLC | ADPT-DFW MPT Holdings LLC | 6/30/2017 | 964 | 2099 |
| PST SERVICES LLC | ADPT-Columbus RE Holdings LLC | 6/30/2017 | 965 | 2099 |
| PST SERVICES LLC | ADPT-Columbus MPT Holdings LLC | 6/30/2017 | 966 | 2099 |
| PST SERVICES LLC | ADPT-CO RE Holdings LLC | 6/30/2017 | 967 | 2099 |
| PST SERVICES LLC | ADPT-CO MPT Holdings LLC | 6/30/2017 | 968 | 2099 |
| PST SERVICES LLC | ADPT-AZ RE Holdings LLC | 6/30/2017 | 969 | 2099 |
| PST SERVICES LLC | ADPT-AZ MPT Holdings LLC | 6/30/2017 | 970 | 2099 |
| PST SERVICES LLC | ADPT New Orleans Management LLC | 6/30/2017 | 971 | 2099 |
| PST SERVICES LLC | ADPT New Orleans Holdings LLC | 6/30/2017 | 972 | 2099 |

| CLAIMANT | DEBTOR NAME | CLAIM DATE. | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | ADPT Houston Holdings LLC | 6/30/2017 | 973 | 2099 |
| PST SERVICES LLC | ADPT Columbus Holdings LLC | 6/30/2017 | 974 | 2099 |
| PST SERVICES LLC | William Cannon Medical Center LLC | 6/30/2017 | 975 | 2099 |
| PST SERVICES LLC | Medical Center of Spring Rayford Richards LLC | 6/28/2017 | 1572 | 2099 |
| PST SERVICES LLC | ADPT DFW Holdings LLC | 8/31/2017 | 2096 | 2099 |
| PST SERVICES LLC | Adeptus Health Inc. | 8/31/2017 | 2097 | 2099 |
| PST SERVICES LLC | Adeptus Health LLC | 8/31/2017 | 2098 | 2099 |
| PST SERVICES LLC | East Mesa Medical Center LLC | 8/31/2017 | 2100 | 2099 |
| PST SERVICES LLC | League City Medical Center LLC | 8/31/2017 | 2101 | 2099 |
| PST SERVICES LLC | East Pflugerville Medical Center LLC | 8/31/2017 | 2102 | 2099 |
| PST SERVICES LLC | Antoine Medical Center LLC | 8/31/2017 | 2103 | 2099 |
| PST SERVICES LLC | Legacy Trails Medical Center LLC | 8/31/2017 | 2104 | 2099 |
| PST SERVICES LLC | East Riverside Medical Center LLC | 8/31/2017 | 2105 | 2099 |
| PST SERVICES LLC | ECC Management, LLC | 8/31/2017 | 2106 | 2099 |
| PST SERVICES LLC | Arizona General ER LLC | 8/31/2017 | 2107 | 2099 |
| PST SERVICES LLC | Lewis Center Medical Center LLC | 8/31/2017 | 2108 | 2099 |
| PST SERVICES LLC | Litchfield Park Medical Center LLC | 8/31/2017 | 2109 | 2099 |
| PST SERVICES LLC | FCER Management, LLC | 8/31/2017 | 2110 | 2099 |
| PST SERVICES LLC | Adeptus Health Colorado Holdings LLC | 8/31/2017 | 2111 | 2099 |
| PST SERVICES LLC | Atascocita 1960 Medical Center LLC | 8/31/2017 | 2112 | 2099 |
| PST SERVICES LLC | Louetta Medical Center LLC | 8/31/2017 | 2113 | 2099 |
| PST SERVICES LLC | First Texas Hospital Cy-Fair LLC | 8/31/2017 | 2114 | 2099 |
| PST SERVICES LLC | Rosenberg Medical Center LLC | 8/31/2017 | 2115 | 2099 |
| PST SERVICES LLC | Marrero Medical Center LLC | 8/31/2017 | 2116 | 2099 |
| PST SERVICES LLC | Austin Brodie Medical Center LLC | 8/31/2017 | 2117 | 2099 |
| PST SERVICES LLC | Adeptus Health Management LLC | 8/31/2017 | 2118 | 2099 |
| PST SERVICES LLC | Baytown Medical Center LLC | 8/31/2017 | 2119 | 2099 |
| PST SERVICES LLC | Meadowbrook Heights Medical Center LLC | 8/31/2017 | 2120 | 2099 |
| PST SERVICES LLC | Medical Center of Crosby Lynchburg LLC | 8/31/2017 | 2121 | 2099 |
| PST SERVICES LLC | Bella Terra Medical Center LLC | 8/31/2017 | 2122 | 2099 |
| PST SERVICES LLC | Roy Richard Medical Center LLC | 8/31/2017 | 2123 | 2099 |
| PST SERVICES LLC | Adeptus Health Phoenix Holdings LLC | 8/31/2017 | 2124 | 2099 |
| PST SERVICES LLC | San Antonio Nacogdoches Medical Center LLC | 8/31/2017 | 2125 | 2099 |
| PST SERVICES LLC | Four Points Medical Center LLC | 8/31/2017 | 2126 | 2099 |
| PST SERVICES LLC | Mesa Tierra Medical Center LLC | 8/31/2017 | 2127 | 2099 |
| PST SERVICES LLC | Adeptus Health Ventures LLC | 8/31/2017 | 2128 | 2099 |
| PST SERVICES LLC | San Tan Valley Medical Center LLC | 8/31/2017 | 2129 | 2099 |
| PST SERVICES LLC | Bender's Landing Medical Center LLC | 8/31/2017 | 2130 | 2099 |
| PST SERVICES LLC | Friendswood Medical Center LLC | 8/31/2017 | 2131 | 2099 |
| PST SERVICES LLC | Midlothian Medical Center LLC | 8/31/2017 | 2132 | 2099 |

| CLAIMANT | DEBTOR NAME | CLAIM DATE. | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | ADPT Columbus Holdings LLC | 8/31/2017 | 2133 | 2099 |
| PST SERVICES LLC | Seguin Foster Medical Center LLC | 8/31/2017 | 2134 | 2099 |
| PST SERVICES LLC | Mountain Park Ranch Medical Center LLC | 8/31/2017 | 2135 | 2099 |
| PST SERVICES LLC | FTH Houston Partners LLC | 8/31/2017 | 2136 | 2099 |
| PST SERVICES LLC | Blacklick Woods Medical Center LLC | 8/31/2017 | 2137 | 2099 |
| PST SERVICES LLC | Sienna Plantation Medical Center LLC | 8/31/2017 | 2138 | 2099 |
| PST SERVICES LLC | Garland Centerville Medical Center LLC | 8/31/2017 | 2139 | 2099 |
| PST SERVICES LLC | National Medical Professionals of Arizona LLC | 8/31/2017 | 2140 | 2099 |
| PST SERVICES LLC | ADPT Houston Holdings LLC | 8/31/2017 | 2141 | 2099 |
| PST SERVICES LLC | South Bend Medical Center LLC | 8/31/2017 | 2142 | 2099 |
| PST SERVICES LLC | Gilbert Medical Center LLC | 8/31/2017 | 2143 | 2099 |
| PST SERVICES LLC | Briar Forest-Eldridge Medical Center LLC | 8/31/2017 | 2144 | 2099 |
| PST SERVICES LLC | National Medical Professionals of Ohio LLC | 8/31/2017 | 2145 | 2099 |
| PST SERVICES LLC | South Carrier Medical Center LLC | 8/31/2017 | 2146 | 2099 |
| PST SERVICES LLC | Gleannloch Farms Medical Center LLC | 8/31/2017 | 2147 | 2099 |
| PST SERVICES LLC | ADPT New Orleans Holdings LLC | 8/31/2017 | 2148 | 2099 |
| PST SERVICES LLC | South Green Oaks Medical Center LLC | 8/31/2017 | 2149 | 2099 |
| PST SERVICES LLC | Broad Wagoner Medical Center LLC | 8/31/2017 | 2150 | 2099 |
| PST SERVICES LLC | Glendale Medical Center LLC | 8/31/2017 | 2151 | 2099 |
| PST SERVICES LLC | Goodyear Medical Center LLC | 8/31/2017 | 2152 | 2099 |
| PST SERVICES LLC | Spanish Oaks Medical Center LLC | 8/31/2017 | 2153 | 2099 |
| PST SERVICES LLC | Greenville Stacy Medical Center LLC | 8/31/2017 | 2154 | 2099 |
| PST SERVICES LLC | ADPT New Orleans Management LLC | 8/31/2017 | 2155 | 2099 |