

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 17, 2018

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>ADPT DFW Holdings LLC, *et al.*,<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 17-31432<br>§<br>§ Jointly Administered under<br>§ Case No. 17-31432 |

### ORDER GRANTING LITIGATION TRUST'S THIRTEENTH
### OMNIBUS OBJECTION TO DUPLICATE OR MULTI-DEBTOR CLAIMS

The Court considered the *Litigation Trust's Thirteenth Omnibus Objection to Duplicate or Multi-Debtor Claims* [Docket No. 1402] (the "Objection") filed by the Adeptus Litigation Trust (the "Trust") pursuant to which the Trust seeks to disallow certain Duplicate Claims because, in each instance, the proof of claim duplicates one or more other proofs of claim asserted by the same creditor against the same or multiple Debtors; the Court having reviewed the Objection and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Objection and of the hearing on the Objection was sufficient under the

DOCS_SF:98397.1 13046/001

circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and (d) that good cause appears for the relief requested, it is therefore **HEREBY ORDERED THAT**:

1. The Objection is SUSTAINED.

2. Each of the Duplicate Claims identified on **Exhibit 1** attached hereto is disallowed and expunged in its entirety pursuant to section 502(b) of the Bankruptcy Code.

3. Nothing in this Order shall affect the claims listed under the "Surviving Claim No." column identified on Exhibit 1.  The Trust reserves its right to object to such surviving claims, and the claimants reserve their right to defend such surviving claims.

4. The Trust, or the claims agent, Epiq Bankruptcy Solutions, LLC, as applicable, is authorized to update the Claims Register in these cases to reflect the relief granted in this Order.

5. The Order shall be immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

7. Each of the Duplicate Claims and the objections by the Trust to such Duplicate Claims, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each of the Duplicate Claims.

### ### END OF ORDER ###

# EXHIBIT 1

**Duplicate Claims**

**Duplicate Claims**

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | Brushy Creek Medical Center LLC | 8/31/2017 | 2156 | 2099 |
| PST SERVICES LLC | Spring 2920 Medical Center LLC | 8/31/2017 | 2157 | 2099 |
| PST SERVICES LLC | Guadalupe River Medical Center LLC | 8/31/2017 | 2158 | 2099 |
| PST SERVICES LLC | ADPT-AZ MPT Holdings LLC | 8/31/2017 | 2159 | 2099 |
| PST SERVICES LLC | Camelback 83rd Medical Center LLC | 8/31/2017 | 2160 | 2099 |
| PST SERVICES LLC | Hampden Tower Medical Center LLC | 8/31/2017 | 2161 | 2099 |
| PST SERVICES LLC | Spring Green Medical Center LLC | 8/31/2017 | 2162 | 2099 |
| PST SERVICES LLC | Helotes Medical Center LLC | 8/31/2017 | 2163 | 2099 |
| PST SERVICES LLC | ADPT-AZ RE Holdings LLC | 8/31/2017 | 2164 | 2099 |
| PST SERVICES LLC | SSH Medical Center LLC | 8/31/2017 | 2165 | 2099 |
| PST SERVICES LLC | Hilliard Medical Center LLC | 8/31/2017 | 2166 | 2099 |
| PST SERVICES LLC | Cedar Park Lakeline Medical Center LLC | 8/31/2017 | 2167 | 2099 |
| PST SERVICES LLC | Sterling Ridge Medical Center II LLC | 8/31/2017 | 2168 | 2099 |
| PST SERVICES LLC | Houston 9520 Jones Medical Center LLC | 8/31/2017 | 2169 | 2099 |
| PST SERVICES LLC | ADPT-CO MPT Holdings LLC | 8/31/2017 | 2170 | 2099 |
| PST SERVICES LLC | Centennial Medical Center LLC | 8/31/2017 | 2171 | 2099 |
| PST SERVICES LLC | New Orleans East Medical Center LLC | 8/31/2017 | 2172 | 2099 |
| PST SERVICES LLC | Houston FM 1960 Medical Center LLC | 8/31/2017 | 2173 | 2099 |
| PST SERVICES LLC | ADPT-CO RE Holdings LLC | 8/31/2017 | 2174 | 2099 |
| PST SERVICES LLC | Sterling Ridge Medical Center LLC | 8/31/2017 | 2175 | 2099 |
| PST SERVICES LLC | Katy ER Center LLC | 8/31/2017 | 2176 | 2099 |
| PST SERVICES LLC | Summerwood Medical Center LLC | 8/31/2017 | 2177 | 2099 |
| PST SERVICES LLC | Center Street DP Medical Center LLC | 8/31/2017 | 2178 | 2099 |
| PST SERVICES LLC | Keller Medical Center LLC | 8/31/2017 | 2179 | 2099 |
| PST SERVICES LLC | Surprise Medical Center LLC | 8/31/2017 | 2180 | 2099 |
| PST SERVICES LLC | ADPT-Columbus MPT Holdings LLC | 8/31/2017 | 2181 | 2099 |
| PST SERVICES LLC | Kingwood Medical Center LLC | 8/31/2017 | 2182 | 2099 |
| PST SERVICES LLC | Chandler Germann Medical Center LLC | 8/31/2017 | 2183 | 2099 |
| PST SERVICES LLC | SW Chandler Medical Center LLC | 8/31/2017 | 2184 | 2099 |
| PST SERVICES LLC | ADPT-Columbus RE Holdings LLC | 8/31/2017 | 2185 | 2099 |
| PST SERVICES LLC | Kuykendahl Medical Center LLC | 8/31/2017 | 2186 | 2099 |
| PST SERVICES LLC | Chandler Heights Medical Center LLC | 8/31/2017 | 2187 | 2099 |
| PST SERVICES LLC | La Porte Medical Center LLC | 8/31/2017 | 2188 | 2099 |
| PST SERVICES LLC | ADPT-DFW MPT Holdings LLC | 8/31/2017 | 2189 | 2099 |
| PST SERVICES LLC | Sycamore School Medical Center LLC | 8/31/2017 | 2190 | 2099 |
| PST SERVICES LLC | Cinco Ranch Medical Center LLC | 8/31/2017 | 2191 | 2099 |
| PST SERVICES LLC | Lakewood Forest Medical Center LLC | 8/31/2017 | 2192 | 2099 |
| PST SERVICES LLC | Tempe McClintock Baseline Medical Center LLC | 8/31/2017 | 2193 | 2099 |

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | ADPT-DFW RE Holdings LLC | 8/31/2017 | 2194 | 2099 |
| PST SERVICES LLC | ADPT-Houston MPT Holdings LLC | 8/31/2017 | 2195 | 2099 |
| PST SERVICES LLC | Tempe Rural-Baseline Medical Center LLC | 8/31/2017 | 2196 | 2099 |
| PST SERVICES LLC | Colonial Lakes Medical Center LLC | 8/31/2017 | 2197 | 2099 |
| PST SERVICES LLC | ADPT-Houston RE Holdings LLC | 8/31/2017 | 2198 | 2099 |
| PST SERVICES LLC | Texas Regional Hospital LLC | 8/31/2017 | 2199 | 2099 |
| PST SERVICES LLC | Northwest Harris County Medical Center LLC | 8/31/2017 | 2200 | 2099 |
| PST SERVICES LLC | Colorado General Hospital LLC | 8/31/2017 | 2201 | 2099 |
| PST SERVICES LLC | Ohio General ER LLC | 8/31/2017 | 2202 | 2099 |
| PST SERVICES LLC | Victory Lakes Medical Center LLC | 8/31/2017 | 2203 | 2099 |
| PST SERVICES LLC | ADPT-LA MPT Holdings LLC | 8/31/2017 | 2204 | 2099 |
| PST SERVICES LLC | Wadsworth-Belleview Medical Center LLC | 8/31/2017 | 2205 | 2099 |
| PST SERVICES LLC | Conroe Medical Center LLC | 8/31/2017 | 2206 | 2099 |
| PST SERVICES LLC | ADPT-LA RE Holdings LLC | 8/31/2017 | 2207 | 2099 |
| PST SERVICES LLC | Waterside Medical Center LLC | 8/31/2017 | 2208 | 2099 |
| PST SERVICES LLC | Ohio General Hospital LLC | 8/31/2017 | 2209 | 2099 |
| PST SERVICES LLC | AJNH Medical Center LLC | 8/31/2017 | 2210 | 2099 |
| PST SERVICES LLC | Opfree Licensing LP | 8/31/2017 | 2211 | 2099 |
| PST SERVICES LLC | White Settlement Medical Center LLC | 8/31/2017 | 2212 | 2099 |
| PST SERVICES LLC | Converse Medical Center LLC | 8/31/2017 | 2213 | 2099 |
| PST SERVICES LLC | Wilderness-Hardy Oak Medical Center LLC | 8/31/2017 | 2214 | 2099 |
| PST SERVICES LLC | Alamo Heights SA Medical Center LLC | 8/31/2017 | 2215 | 2099 |
| PST SERVICES LLC | Copperwood Medical Center LLC | 8/31/2017 | 2216 | 2099 |
| PST SERVICES LLC | William Cannon Medical Center LLC | 8/31/2017 | 2217 | 2099 |
| PST SERVICES LLC | Algiers Medical Center LLC | 8/31/2017 | 2218 | 2099 |
| PST SERVICES LLC | Creekside Forest Medical Center LLC | 8/31/2017 | 2219 | 2099 |
| PST SERVICES LLC | OpFree RE Investments, Ltd. | 8/31/2017 | 2220 | 2099 |
| PST SERVICES LLC | Culebra-Tezel Medical Center LLC | 8/31/2017 | 2221 | 2099 |
| PST SERVICES LLC | De Zavala Medical Center LLC | 8/31/2017 | 2222 | 2099 |
| PST SERVICES LLC | Alvin Medical Center LLC | 8/31/2017 | 2223 | 2099 |
| PST SERVICES LLC | OpFree, LLC | 8/31/2017 | 2224 | 2099 |
| PST SERVICES LLC | Dublin Medical Center LLC | 8/31/2017 | 2225 | 2099 |
| PST SERVICES LLC | Anthem Medical Center LLC | 8/31/2017 | 2226 | 2099 |
| PST SERVICES LLC | Eagles Nest Medical Center LLC | 8/31/2017 | 2227 | 2099 |
| PST SERVICES LLC | Pearland 518 Medical Center LLC | 8/31/2017 | 2228 | 2099 |
| PST SERVICES LLC | Pearland Parkway Medical Center LLC | 8/31/2017 | 2229 | 2099 |
| PST SERVICES LLC | Pearland Sunrise Medical Center LLC | 8/31/2017 | 2230 | 2099 |
| PST SERVICES LLC | Pflugerville Medical Center LLC | 8/31/2017 | 2231 | 2099 |
| PST SERVICES LLC | Potranco Medical Center LLC | 8/31/2017 | 2232 | 2099 |
| PST SERVICES LLC | Potranco Medical Center LLC | 8/31/2017 | 2233 | 2099 |

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| PST SERVICES LLC | Provinces Medical Center LLC | 8/31/2017 | 2234 | 2099 |
| PST SERVICES LLC | Queen Creek Medical Center LLC | 8/31/2017 | 2235 | 2099 |
| SCOTT, GREGORY W. | ADPT DFW Holdings LLC | 6/30/2017 | 1116 | 1119 |
| SCOTT, GREGORY W. | Adeptus Health Inc. | 6/30/2017 | 1117 | 1119 |
| SCOTT, GREGORY W. | Adeptus Health LLC | 6/30/2017 | 1118 | 1119 |
| SCOTT, GREGORY W. | East Mesa Medical Center LLC | 6/30/2017 | 1120 | 1119 |
| SCOTT, GREGORY W. | League City Medical Center LLC | 6/30/2017 | 1121 | 1119 |
| SCOTT, GREGORY W. | East Pflugerville Medical Center LLC | 6/30/2017 | 1122 | 1119 |
| SCOTT, GREGORY W. | Antoine Medical Center LLC | 6/30/2017 | 1123 | 1119 |
| SCOTT, GREGORY W. | Legacy Trails Medical Center LLC | 6/30/2017 | 1124 | 1119 |
| SCOTT, GREGORY W. | East Riverside Medical Center LLC | 6/30/2017 | 1125 | 1119 |
| SCOTT, GREGORY W. | ECC Management, LLC | 6/30/2017 | 1126 | 1119 |
| SCOTT, GREGORY W. | Arizona General ER LLC | 6/30/2017 | 1127 | 1119 |
| SCOTT, GREGORY W. | Lewis Center Medical Center LLC | 6/30/2017 | 1128 | 1119 |
| SCOTT, GREGORY W. | Litchfield Park Medical Center LLC | 6/30/2017 | 1129 | 1119 |
| SCOTT, GREGORY W. | FCER Management, LLC | 6/30/2017 | 1130 | 1119 |
| SCOTT, GREGORY W. | Adeptus Health Colorado Holdings LLC | 6/30/2017 | 1131 | 1119 |
| SCOTT, GREGORY W. | Atascocita 1960 Medical Center LLC | 6/30/2017 | 1132 | 1119 |
| SCOTT, GREGORY W. | Louetta Medical Center LLC | 6/30/2017 | 1133 | 1119 |
| SCOTT, GREGORY W. | First Texas Hospital Cy-Fair LLC | 6/30/2017 | 1134 | 1119 |
| SCOTT, GREGORY W. | Rosenberg Medical Center LLC | 6/30/2017 | 1135 | 1119 |