

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 17, 2018**

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ADPT DFW Holdings LLC, *et al.,* | § | Case No. 17-31432 |
| | § | |
| Debtors. | § | Jointly Administered under |
| | § | Case No. 17-31432 |

### ORDER GRANTING LITIGATION TRUST'S FOURTEENTH
### OMNIBUS OBJECTION TO DUPLICATE OR MULTI-DEBTOR CLAIMS

The Court considered the *Litigation Trust's Fourteenth Omnibus Objection to Duplicate or Multi-Debtor Claims* [Docket No. 1403] (the "Objection") filed by the Adeptus Litigation Trust (the "Trust") pursuant to which the Trust seeks to disallow certain Duplicate Claims because, in each instance, the proof of claim duplicates one or more other proofs of claim asserted by the same creditor against the same or multiple Debtors; the Court having reviewed the Objection and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Objection and of the hearing on the Objection was sufficient under the

circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and (d) that good cause appears for the relief requested, it is therefore **HEREBY ORDERED THAT**:

1. The Objection is SUSTAINED.

2. Each of the Duplicate Claims identified on **Exhibit 1** attached hereto is disallowed and expunged in its entirety pursuant to section 502(b) of the Bankruptcy Code.

3. Nothing in this Order shall affect the claims listed under the "Surviving Claim No." column identified on Exhibit 1.  The Trust reserves its right to object to such surviving claims, and the claimants reserve their right to defend such surviving claims.

4. The Trust, or the claims agent, Epiq Bankruptcy Solutions, LLC, as applicable, is authorized to update the Claims Register in these cases to reflect the relief granted in this Order.

5. The Order shall be immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

7. Each of the Duplicate Claims and the objections by the Trust to such Duplicate Claims, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each of the Duplicate Claims.

### END OF ORDER ###

# EXHIBIT 1

**Duplicate Claims**

**Duplicate Claims**

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| SCOTT, GREGORY W. | Marrero Medical Center LLC | 6/30/2017 | 1136 | 1119 |
| SCOTT, GREGORY W. | Austin Brodie Medical Center LLC | 6/30/2017 | 1137 | 1119 |
| SCOTT, GREGORY W. | Adeptus Health Management LLC | 6/30/2017 | 1138 | 1119 |
| SCOTT, GREGORY W. | Baytown Medical Center LLC | 6/30/2017 | 1139 | 1119 |
| SCOTT, GREGORY W. | Meadowbrook Heights Medical Center LLC | 6/30/2017 | 1140 | 1119 |
| SCOTT, GREGORY W. | Medical Center of Crosby Lynchburg LLC | 6/30/2017 | 1141 | 1119 |
| SCOTT, GREGORY W. | Bella Terra Medical Center LLC | 6/30/2017 | 1142 | 1119 |
| SCOTT, GREGORY W. | Roy Richard Medical Center LLC | 6/30/2017 | 1143 | 1119 |
| SCOTT, GREGORY W. | Adeptus Health Phoenix Holdings LLC | 6/30/2017 | 1144 | 1119 |
| SCOTT, GREGORY W. | Medical Center of Spring Rayford Richards LLC | 6/30/2017 | 1145 | 1119 |
| SCOTT, GREGORY W. | San Antonio Nacogdoches Medical Center LLC | 6/30/2017 | 1146 | 1119 |
| SCOTT, GREGORY W. | Four Points Medical Center LLC | 6/30/2017 | 1147 | 1119 |
| SCOTT, GREGORY W. | Mesa Tierra Medical Center LLC | 6/30/2017 | 1148 | 1119 |
| SCOTT, GREGORY W. | Adeptus Health Ventures LLC | 6/30/2017 | 1149 | 1119 |
| SCOTT, GREGORY W. | San Tan Valley Medical Center LLC | 6/30/2017 | 1150 | 1119 |
| SCOTT, GREGORY W. | Bender's Landing Medical Center LLC | 6/30/2017 | 1151 | 1119 |
| SCOTT, GREGORY W. | Friendswood Medical Center LLC | 6/30/2017 | 1152 | 1119 |
| SCOTT, GREGORY W. | Midlothian Medical Center LLC | 6/30/2017 | 1153 | 1119 |
| SCOTT, GREGORY W. | ADPT Columbus Holdings LLC | 6/30/2017 | 1154 | 1119 |
| SCOTT, GREGORY W. | Seguin Foster Medical Center LLC | 6/30/2017 | 1155 | 1119 |
| SCOTT, GREGORY W. | Mountain Park Ranch Medical Center LLC | 6/30/2017 | 1156 | 1119 |
| SCOTT, GREGORY W. | FTH Houston Partners LLC | 6/30/2017 | 1157 | 1119 |
| SCOTT, GREGORY W. | Blacklick Woods Medical Center LLC | 6/30/2017 | 1158 | 1119 |
| SCOTT, GREGORY W. | Sienna Plantation Medical Center LLC | 6/30/2017 | 1159 | 1119 |
| SCOTT, GREGORY W. | Garland Centerville Medical Center LLC | 6/30/2017 | 1160 | 1119 |
| SCOTT, GREGORY W. | National Medical Professionals of Arizona LLC | 6/30/2017 | 1161 | 1119 |
| SCOTT, GREGORY W. | ADPT Houston Holdings LLC | 6/30/2017 | 1162 | 1119 |
| SCOTT, GREGORY W. | South Bend Medical Center LLC | 6/30/2017 | 1163 | 1119 |
| SCOTT, GREGORY W. | Gilbert Medical Center LLC | 6/30/2017 | 1164 | 1119 |
| SCOTT, GREGORY W. | Briar Forest-Eldridge Medical Center LLC | 6/30/2017 | 1165 | 1119 |
| SCOTT, GREGORY W. | National Medical Professionals of Ohio LLC | 6/30/2017 | 1166 | 1119 |
| SCOTT, GREGORY W. | South Carrier Medical Center LLC | 6/30/2017 | 1167 | 1119 |
| SCOTT, GREGORY W. | Gleannloch Farms Medical Center LLC | 6/30/2017 | 1168 | 1119 |
| SCOTT, GREGORY W. | ADPT New Orleans Holdings LLC | 6/30/2017 | 1169 | 1119 |
| SCOTT, GREGORY W. | South Green Oaks Medical Center LLC | 6/30/2017 | 1170 | 1119 |
| SCOTT, GREGORY W. | Broad Wagoner Medical Center LLC | 6/30/2017 | 1171 | 1119 |
| SCOTT, GREGORY W. | Glendale Medical Center LLC | 6/30/2017 | 1172 | 1119 |
| SCOTT, GREGORY W. | Goodyear Medical Center LLC | 6/30/2017 | 1173 | 1119 |

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| SCOTT, GREGORY W. | Spanish Oaks Medical Center LLC | 6/30/2017 | 1174 | 1119 |
| SCOTT, GREGORY W. | Greenville Stacy Medical Center LLC | 6/30/2017 | 1175 | 1119 |
| SCOTT, GREGORY W. | ADPT New Orleans Management LLC | 6/30/2017 | 1176 | 1119 |
| SCOTT, GREGORY W. | Brushy Creek Medical Center LLC | 6/30/2017 | 1177 | 1119 |
| SCOTT, GREGORY W. | Spring 2920 Medical Center LLC | 6/30/2017 | 1178 | 1119 |
| SCOTT, GREGORY W. | Guadalupe River Medical Center LLC | 6/30/2017 | 1179 | 1119 |
| SCOTT, GREGORY W. | ADPT-AZ MPT Holdings LLC | 6/30/2017 | 1180 | 1119 |
| SCOTT, GREGORY W. | Camelback 83rd Medical Center LLC | 6/30/2017 | 1181 | 1119 |
| SCOTT, GREGORY W. | Hampden Tower Medical Center LLC | 6/30/2017 | 1182 | 1119 |
| SCOTT, GREGORY W. | Spring Green Medical Center LLC | 6/30/2017 | 1183 | 1119 |
| SCOTT, GREGORY W. | Helotes Medical Center LLC | 6/30/2017 | 1184 | 1119 |
| SCOTT, GREGORY W. | ADPT-AZ RE Holdings LLC | 6/30/2017 | 1185 | 1119 |
| SCOTT, GREGORY W. | SSH Medical Center LLC | 6/30/2017 | 1186 | 1119 |
| SCOTT, GREGORY W. | Hilliard Medical Center LLC | 6/30/2017 | 1187 | 1119 |
| SCOTT, GREGORY W. | Cedar Park Lakeline Medical Center LLC | 6/30/2017 | 1188 | 1119 |
| SCOTT, GREGORY W. | Sterling Ridge Medical Center II LLC | 6/30/2017 | 1189 | 1119 |
| SCOTT, GREGORY W. | Houston 9520 Jones Medical Center LLC | 6/30/2017 | 1190 | 1119 |
| SCOTT, GREGORY W. | ADPT-CO MPT Holdings LLC | 6/30/2017 | 1191 | 1119 |
| SCOTT, GREGORY W. | Centennial Medical Center LLC | 6/30/2017 | 1192 | 1119 |
| SCOTT, GREGORY W. | New Orleans East Medical Center LLC | 6/30/2017 | 1193 | 1119 |
| SCOTT, GREGORY W. | Houston FM 1960 Medical Center LLC | 6/30/2017 | 1194 | 1119 |
| SCOTT, GREGORY W. | ADPT-CO RE Holdings LLC | 6/30/2017 | 1195 | 1119 |
| SCOTT, GREGORY W. | Sterling Ridge Medical Center LLC | 6/30/2017 | 1196 | 1119 |
| SCOTT, GREGORY W. | Katy ER Center LLC | 6/30/2017 | 1197 | 1119 |
| SCOTT, GREGORY W. | Summerwood Medical Center LLC | 6/30/2017 | 1198 | 1119 |
| SCOTT, GREGORY W. | Center Street DP Medical Center LLC | 6/30/2017 | 1199 | 1119 |
| SCOTT, GREGORY W. | Keller Medical Center LLC | 6/30/2017 | 1200 | 1119 |
| SCOTT, GREGORY W. | Surprise Medical Center LLC | 6/30/2017 | 1201 | 1119 |
| SCOTT, GREGORY W. | ADPT-Columbus MPT Holdings LLC | 6/30/2017 | 1202 | 1119 |
| SCOTT, GREGORY W. | Kingwood Medical Center LLC | 6/30/2017 | 1203 | 1119 |
| SCOTT, GREGORY W. | Chandler Germann Medical Center LLC | 6/30/2017 | 1204 | 1119 |
| SCOTT, GREGORY W. | SW Chandler Medical Center LLC | 6/30/2017 | 1205 | 1119 |
| SCOTT, GREGORY W. | ADPT-Columbus RE Holdings LLC | 6/30/2017 | 1206 | 1119 |
| SCOTT, GREGORY W. | Kuykendahl Medical Center LLC | 6/30/2017 | 1207 | 1119 |
| SCOTT, GREGORY W. | Chandler Heights Medical Center LLC | 6/30/2017 | 1208 | 1119 |
| SCOTT, GREGORY W. | La Porte Medical Center LLC | 6/30/2017 | 1209 | 1119 |
| SCOTT, GREGORY W. | ADPT-DFW MPT Holdings LLC | 6/30/2017 | 1210 | 1119 |
| SCOTT, GREGORY W. | Sycamore School Medical Center LLC | 6/30/2017 | 1211 | 1119 |
| SCOTT, GREGORY W. | Cinco Ranch Medical Center LLC | 6/30/2017 | 1212 | 1119 |
| SCOTT, GREGORY W. | Lakewood Forest Medical Center LLC | 6/30/2017 | 1213 | 1119 |

| CLAIMANT | DEBTOR NAME | CLAIM DATE | DUPLICATE CLAIM NO. | SURVIVING CLAIM NO. |
|---|---|---|---|---|
| SCOTT, GREGORY W. | Tempe McClintock Baseline Medical Center LLC | 6/30/2017 | 1214 | 1119 |
| SCOTT, GREGORY W. | ADPT-DFW RE Holdings LLC | 6/30/2017 | 1215 | 1119 |
| SCOTT, GREGORY W. | ADPT-Houston MPT Holdings LLC | 6/30/2017 | 1216 | 1119 |
| SCOTT, GREGORY W. | Tempe Rural-Baseline Medical Center LLC | 6/30/2017 | 1217 | 1119 |
| SCOTT, GREGORY W. | Colonial Lakes Medical Center LLC | 6/30/2017 | 1218 | 1119 |
| SCOTT, GREGORY W. | ADPT-Houston RE Holdings LLC | 6/30/2017 | 1219 | 1119 |
| SCOTT, GREGORY W. | Texas Regional Hospital LLC | 6/30/2017 | 1220 | 1119 |
| SCOTT, GREGORY W. | Northwest Harris County Medical Center LLC | 6/30/2017 | 1221 | 1119 |
| SCOTT, GREGORY W. | Colorado General Hospital LLC | 6/30/2017 | 1222 | 1119 |
| SCOTT, GREGORY W. | Ohio General ER LLC | 6/30/2017 | 1223 | 1119 |
| SCOTT, GREGORY W. | Victory Lakes Medical Center LLC | 6/30/2017 | 1224 | 1119 |
| SCOTT, GREGORY W. | ADPT-LA MPT Holdings LLC | 6/30/2017 | 1225 | 1119 |
| SCOTT, GREGORY W. | Wadsworth-Belleview Medical Center LLC | 6/30/2017 | 1226 | 1119 |
| SCOTT, GREGORY W. | Conroe Medical Center LLC | 6/30/2017 | 1227 | 1119 |
| SCOTT, GREGORY W. | ADPT-LA RE Holdings LLC | 6/30/2017 | 1228 | 1119 |
| SCOTT, GREGORY W. | Waterside Medical Center LLC | 6/30/2017 | 1229 | 1119 |
| SCOTT, GREGORY W. | Ohio General Hospital LLC | 6/30/2017 | 1230 | 1119 |
| SCOTT, GREGORY W. | AJNH Medical Center LLC | 6/30/2017 | 1231 | 1119 |
| SCOTT, GREGORY W. | Opfree Licensing LP | 6/30/2017 | 1232 | 1119 |
| SCOTT, GREGORY W. | White Settlement Medical Center LLC | 6/30/2017 | 1233 | 1119 |
| SCOTT, GREGORY W. | Converse Medical Center LLC | 6/30/2017 | 1234 | 1119 |
| SCOTT, GREGORY W. | Wilderness-Hardy Oak Medical Center LLC | 6/30/2017 | 1235 | 1119 |