**ASK LLP**
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
E-mail: kcasteel@askllp.com

Edward E. Neiger
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
E-mail: eneiger@askllp.com

**REED & ELMQUIST, P.C.**
David W. Elmquist SBT #06591300
501 N. College Street
Waxahachie, TX 75165
Telephone: (972) 938-7339
Email: delmquist@bcylawyers.com

*Counsel for Drivetrain, LLC, Litigation Trustee*
*of the Adeptus Litigation Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>ADPT DFW Holdings LLC,<br>　　　　　　　　　　　　Reorganized Debtor. | Case No. 17-31432-SGJ-11 |
| Drivetrain, LLC, as Litigation Trustee<br>of the Adeptus Litigation Trust,<br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Defendants Listed on Exhibit "A",<br>　　　　　　　　　　　　Defendant. | **Hearing Date: June 13, 2019**<br>**Hearing Time: 2:30 p.m.**<br><br>Adv. No. See Exhibit "A" |

## NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR AN ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY PLAINTIFF PURSUANT TO SECTIONS 547, 548, AND 550 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that the Plaintiff's Motion for an Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 547, 548, and 550 of the Bankruptcy Code filed herewith by Drivetrain, LLC, as Litigation Trustee of the Adeptus Litigation Trust, has been set for hearing on **June 13, 2019 at 2:30 p.m.** before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 1, Dallas, Texas.

Dated: May 14, 2019                     Respectfully Submitted,

**ASK LLP**
By: /s/ *Kara E. Casteel*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

-and-

**REED & ELMQUIST, P.C.**
David W. Elmquist – SBT #06591300
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339
(972) 923-0430 (fax)
Email: delmquist@bcylawyers.com

*Counsel for Drivetrain, LLC, As Litigation Trustee*
*of the Adeptus Litigation Trust*

# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| A-1 Freeman North American, Inc. | 19-03041 |
| ABM Building & Energy Solutions, LLC fdba ABM Building & Energy Solutions Inc. | 19-03042 |
| Active Imagination, Inc. | 19-03043 |
| Adopt-A-Highway Maintenance Corporation dba Texas Sponsor A Highway | 19-03044 |
| Alsco Inc. dba Admiral Linen & Uniform | 19-03045 |
| AMCOL Systems, Inc. | 19-03046 |
| American Express Company | 19-03093 |
| American Proficiency Institute, Inc. | 19-03047 |
| Ameripower, LLC | 19-03048 |
| Austin Welder & Generator Service, Inc. dba Austin Generator Service | 19-03049 |
| BMC Group VDR LLC | 19-03051 |
| Bracco Diagnostics Inc. | 19-03052 |
| Christopher Leo Grottenthaler aka Chris Grottenthaler | 19-03053 |
| Colormark, L.C. | 19-03054 |
| CRST Specialized Transportation, Inc. | 19-03055 |
| Dell Marketing L.P. | 19-03056 |
| Depuy Synthes Sales, Inc. | 19-03057 |
| DirecTv, LLC | 19-03058 |
| ER Express, LLC | 19-03059 |
| Facilities Contracting, Inc. | 19-03060 |
| FedEx Corporation | 19-03061 |
| G. L. Seaman & Company | 19-03062 |
| Google LLC dba Google Adwords | 19-03063 |
| GSR Andrade Architects, Inc. | 19-03064 |
| Hilton Worldwide Holdings Inc. dba Hilton Hotels and Hilton Garden Inn | 19-03065 |
| Joele Frank, Wilkinson, Brimmer, Katcher | 19-03066 |
| Kimley-Horn and Associates, Inc. | 19-03068 |
| Language Line Services, Inc. | 19-03069 |
| McKesson Corporation dba McKesson Provider Technologies ** | 19-03096 |
| Medical White Rock Capital, LLC dba Texas Emergency Training | 19-03070 |
| Michael Lyle Brower aka Michael L. Brower | 19-03071 |
| Mint Medical Physician Staffing, LP | 19-03094 |
| Off Duty Services, Inc. | 19-03073 |
| Protiviti Inc. | 19-03074 |
| RSM US LLP | 19-03075 |

| | |
|---|---|
| S.A. Noonan Communications, LLC | 19-03076 |
| Salt River Project Agricultural Improvement and Power District dba SRP | 19-03077 |
| ScImage, Inc. | 19-03078 |
| Security Reconnaissance Team, Inc. | 19-03079 |
| ServiceNow, Inc. | 19-03080 |
| Smith Seckman Reid, Inc. | 19-03081 |
| SNI Companies | 19-03082 |
| Southwest Search, L.L.C. | 19-03083 |
| Terracon Consultants, Inc. | 19-03084 |
| Texas Department of State Health Services | 19-03085 |
| The Encompass Group | 19-03086 |
| The North Highland Company LLC | 19-03087 |
| United States Postal Service dba USPS.com Postal Store | 19-03088 |
| Value Management Group, L.L.C. dba VMG Health | 19-03089 |
| Vickrey & Associates, Inc. | 19-03090 |
| Western Healthcare, LLC | 19-03095 |
| Wolters Kluwer United States Inc. dba CT Corporation | 19-03091 |
| YPS Group, Inc. | 19-03092 |

*53 Adversary Proceedings

** Adversary Proceeding only handled by Reed & Elmquist, P.C.