

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 12, 2019

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>ADPT DFW Holdings LLC, *et al.*,<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 17-31432<br>§<br>§ Jointly Administered under<br>§ Case No. 17-31432<br>§ |

### ORDER GRANTING FOURTH MOTION OF THE ADEPTUS LITIGATION TRUST FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS
**[Relates to Docket No. 1552]**

Upon consideration of the *Fourth Motion of the Adeptus Litigation Trust for an Order Extending the Deadline to Objection to Claims* (the "Motion")[1] filed by the Adeptus Litigation Trust (the "Trust") and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

and the Trust has shown good, sufficient and sound justification for the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, the Court hereby finds that the Motion should be granted as provided herein,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Current Claims Objection Deadline is extended to and including December 31, 2019.

3. This Order shall be without prejudice to the Trust's right to seek a further extension or extensions of the December 31, 2019 claims objection deadline.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

### END OF ORDER ###