**CASE NAME:    ADPT DFW HOLDINGS LLC**

**CASE NUMBER: 17-31432**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

## FOR POST-CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILIATION

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Operating Report, and the Post Confirmation Quarterly Bank Reconciliation, and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than the responsible party), is based on all information of which preparer has any knowledge.

**RESPONSIBLE PARTY:**

Original Signature of Responsible Party

Printed Name of Responsible Party     **Alan Carr**

Title                                 **Managing Member, Drivetrain, LLC as Trustee**

Date                                  **October 7, 2019**

**PREPARER:**

Original Signature of Preparer

Printed Name of Preparer              **David Mack**

Title                                 **Representative of Drivetrain, LLC**

Date                                  **October 7, 2019**

# POST CONFIRMATION QUARTERLY OPERATING REPORT

**CASE NAME:** ADPT DFW HOLDINGS LLC

**CASE NUMBER:** 17-31432

| PERIOD COVERED: | July 1, 2019 – September 30, 2019 |
|---|---|
| 1. BEGINNING CASH BALANCE | $8,350,501.00 |
| CASH RECEIPTS: | |
| CASH RECEIPTS DURING CURRENT QUARTER | |
| A. Cash receipts – transfer from debtor | $ |
| B. Cash receipts – from interest | - |
| C. Cash receipts – recovery actions | $449,296.00 |
| 2. TOTAL CASH RECEIPTS | $449,296.00 |
| CASH DISBURSEMENTS: | |
| A. PAYMENTS MADE UNDER THE PLAN: | |
| 1. Administrative | - |
| 2. Secured Creditors | - |
| 3. Priority Creditors | - |
| 4. Unsecured Creditors | - |
| 5. Additional Plan Payments | - |
| A. OTHER PAYMENTS MADE DURING THE QUARTER: | |
| 1. General Business/Expense Reserve | $433,247.00 |
| 2. Other Disbursements (U.S. Trustee Fees) | $ |
| 3. TOTAL DISBURSEMENTS | $ |
| 4. CASH BALANCE END OF QUARTER | $8,366,550.00 |

# POST CONFIRMATION QUARTERLY OPERATING REPORT

**CASE NAME:** ADPT DFW HOLDINGS LLC

**CASE NUMBER:** 17-31432

The Reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investments accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attached addition sheets for each bank reconcilement if necessary.

**PERIOD COVERED:** Quarter Ending September 30, 2019

| Bank Reconciliations | Account #1 | Account #2 | Account #3 |
|---|---|---|---|
| A. Bank | Wells Fargo Private Bank | Wells Fargo Private Bank | Wells Fargo Private Bank |
| B. Account No. | X8457 | X8465 | X2162/X8024 |
| C. Purpose (Type) | Operating | Disputed Claim Reserve | Counsel Expense Fund |
| 1. Balance per statement | $7,004,597.39 | $ -0- | $ -0- |
| 2. Add: Total Deposits not credited | - | - | |
| 3. Subtract: Outstanding checks | - | - | |
| 4. Other reconciling items | - | - | |
| 5. Month End Balance Per Books | $7,004,597.39 | $ -0- | $ -0- |
| 6. Number of Last Check Written | N/A | N/A | N/A |
| 7. Cash: Currency on Hand | N/A | N/A | N/A |
| 8. Total Cash – End of Month | $7,004,597.39 | $ -0- | $ -0- |

| Bank Reconciliations | Account #4 | Account #5 | Account #6 |
|---|---|---|---|
| A. Bank | Wells Fargo Private Bank | Wells Fargo Private Bank | Wells Fargo Private Bank |
| B. Account No. | X8016 | X2196 | X2170 |
| C. Purpose (Type) | Reserve Account | Preference Receipts | Additional Compensation |
| 1. Balance per statement | $ -0- | $1,361,952.19 | $ -0- |
| 2. Add: Total Deposits not credited | | | |
| 3. Subtract: Outstanding checks | | | |
| 4. Other reconciling items | | | |
| 5. Month End Balance Per Books | $ -0- | $1,361,952.19 | $ -0- |
| 6. Number of Last Check Written | N/A | N/A | N/A |
| 7. Cash: Currency on Hand | N/A | N/A | N/A |
| 8. Total Cash – End of Month | $ -0- | $1,361,952.19 | $ -0- |

| Cash in Investment Account | | | |
|---|---|---|---|
| Bank, Account Name, Account No. | Date of Purchase | Type of Instrument | Value |
| 9. N/A | | | |
| 10. N/A | | | |
| 11. TOTAL CASH INVESTMENTS | | | |
| 12. TOTAL CASH | LINE 8 – PLUS LINE 11 = LINE 12 | | $ |