William T. Reid, IV (TX Bar No. 00788817)
Eric D. Madden (TX Bar No. 24013079)
REID COLLINS & TSAI LLP
1601 Elm St., 42nd Floor
Dallas, Texas 75201
Telephone: (214) 420-8900
Facsimile:   (214) 420-8909
wreid@rctlegal.com
emadden@rctlegal.com

*Counsel for the Adeptus Litigation Trust*

Bradford J. Sandler (*admitted pro hac vice*)
Shirley S. Cho (*admitted pro hac vice*)
Steven W. Golden (TX Bar No. 5374152)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
bsandler@pszjlaw.com
scho@pszjlaw.com
sgolden@pszjlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: <br><br> ADPT DFW Holdings LLC, *et al.*, <br><br> Debtors. | § § § § § § § § § | Chapter 11 <br><br> Case No. 17-31432 <br><br> Jointly Administered under Case No. 17-31432 |

**NOTICE OF HEARING REGARDING THE SIXTH MOTION OF
THE ADEPTUS LITIGATION TRUST FOR AN ORDER FURTHER
EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

**PLEASE TAKE NOTICE** that, a hearing will be held on **March 5, 2020 at 9:30 a.m. (Prevailing Central Time)** on the *Sixth Motion of the Adeptus Litigation Trust for an Order Further Extending the Deadline to Object to Claims* [Docket No. 1614] (the "Motion"). Any response or opposition to the Motion shall be in writing and filed with the clerk of the United States Bankruptcy Court at 1100 Commerce Street, Room 1254, Dallas, Texas 75242-1496 before the close of business on **February 26, 2020**, which is at least 21 days from the date of service hereof. A copy of any response or opposition shall be served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, if no written response or opposition is timely filed, the relief requested by the Trust shall be deemed to be unopposed, and the court

may enter an order granting the relief sought in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Regarding Telephonic Appearances [Docket No. 62], prior court approval is not required for telephonic appearances by non-attorney parties who desire to participate in "listen-in only" mode. If counsel is presenting evidence, questioning witnesses, or intending to make extensive legal argument, then counsel must obtain prior approval for a telephonic appearance by email request to sgj_settings@txnb.uscourts.gov at least 24 hours prior to the hearing. Counsel and non-attorney parties must set up each telephonic appearance with CourtCall the day before the hearing, if not sooner. The contact number for CourtCall is (866) 582-6878.

Dated: February 5, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven W. Golden*
Bradford J. Sandler (*admitted pro hac vice*)
Shirley S. Cho (*admitted pro hac vice*)
Steven W. Golden (TX Bar No. 24099681)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100 / Facsimile: (302) 652-4400
bsandler@pszjlaw.com
scho@pszjlaw.com
sgolden@pszjlaw.com

-and-

REID COLLINS & TSAI LLP
William T. Reid, IV (TX Bar No. 00788817)
Eric D. Madden (TX Bar No. 24013079)
1601 Elm St., 42nd Floor
Dallas, Texas 75201
Telephone: (214) 420-8900 / Facsimile: (214) 420-8909
wreid@rctlegal.com / emadden@rctlegal.com

*Counsel for the Adeptus Litigation Trust*