# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ADPT DFW Holdings LLC, *et al.*, | § § § | Case No. 17-31432 |
| Debtors. | § § § § | Jointly Administered under Case No. 17-31432 |

## STIPULATION RESOLVING OBJECTION OF WORKPLACE SOLUTIONS, INC. TO THE EIGHTH MOTION OF THE ADEPTUS LITIGATION TRUST FOR AN ORDER FURTEHR EXTENDING THE DEADLIEN TO OJECT TO CLAIMS

This Stipulation ("Stipulation") is entered into between the Adeptus Litigation Trust (the "Trust"), and claimant Workplace Solutions, Inc. ("WPS"). The Trust and WPS shall also be referred to herein as a "Party" and collectively, the "Parties."

## RECITALS

**WHEREAS**, on February 8, 2021, the Trust filed its *Eighth Motion of the Adeptus Litigation Trust for an Order Further Extending the Deadline to Object to Claims* [Docket No. 1653] (the "Motion").

**WHEREAS**, on February 26, 2021, WPS filed its Objection to the Motion. [Docket No. 1657]

**WHEREAS**, after discussion, the Parties have agreed to resolve the Objection on the terms set forth herein.

**STIPULATION**

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, THROUGH THEIR COUNSEL, AS FOLLOWS:**

1. The Trust agrees to meet with WPS on a quarterly basis to provide a case update at WPS's convenience, or more often than quarterly upon the request of WPS.

2. In consideration of the Trust's agreement, the Objection filed by WPS shall be deemed withdrawn effective immediately upon the filing of this Stipulation with the Court.

Dated: March 18, 2021

| REED SMITH LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| */s/Keith Aurzada* | */s/ Steven W. Golden* |
| Keith Aurzada, Esq. | Bradford J. Sandler (*admitted pro hac vice*) |
| TX Bar No. 24009880 | Shirley S. Cho (*admitted pro hac vice*) |
| Mark L. Johansen | Steven W. Golden (TX Bar No. 24099681) |
| TX Bar No. 10670240 | Pachulski Stang Ziehl & Jones LLP |
| E. Steve Smith | 919 North Market Street, 17th Floor |
| TX Bar No. 24095623 | Wilmington, DE 19801 |
| 2501 N Harwood Street | Telephone: (302) 652-4100 |
| Suite 1700 | Facsimile: (302) 652-4400 |
| Dallas, TX 75201 | Email  bsandler@pszjlaw.com |
| Telephone: (469) 680-4200 |           scho@pszjlaw.com |
| Facsimile:  (469) 680-4299 |           sgolden@pszjlaw.com |
| Email:  kaurzada@reedsmith.com | |
|            mjohansen@reedsmith.com | -and- |
|            stevesmith@reedsmith.com | |
| | William T. Reid, IV (TX Bar No. 00788817) |
| *Counsel for Workplace Solutions, Inc.* | Eric D. Madden (TX Bar No. 24013079) |
| | Reid Collins & Tsai LLP |
| | 1601 Elm St., 42nd Floor |
| | Dallas, Texas 75201 |
| | Tel.: (214) 420-8900 / Fax: (214)420-8909 |
| | Email: wreid@rctlegal.com |
| |           emadden@rctlegal.com |
| | |
| | *Counsel for the Adeptus Litigation Trust* |