ADPT DFW Holdings, LLC 17-31432
Attachment to Post Confirmation Report Q1 2022

The Adeptus Litigation Trust anticipates a distribution to allowed holders of general unsecured claims. At this juncture, the percentage of distribution is unknown pending resolution of litigation and contingent claims. To date, there have been not less than $26.0 million of asserted general unsecured claims that have been allowed. This amount could increase as further contested claims are resolved.

On account of Convenience Class Claims, $7,520,886.79 have been allowed to date and $808,425.20 has been paid on behalf of the Reorganized Debtors in accordance with the Plan. The Debtor holding the remaining Convenience Claims fund, ECC Management, LLC, filed for chapter 7 in the United States Bankruptcy Court, in Northern District of Texas, Houston Division, pending as Case No. 20-33071 and therefore, the Adeptus Litigation Trust does not anticipate any further distributions to Convenience Class Claims.